ONWEALTH OF PENNSYLVANIA

JNTY OF:_____

Magisterial District Number:

**RECEIVED**

MDJ Name: Hon.

Address:

MAR 1 6 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Telephone: ( )

Docket No.:

Date Filed:

OTN:

(Above to be completed by court personnel)

**PRIVATE CRIMINAL COMPLAINT**

**COMMONWEALTH OF PENNSYLVANIA**
**VS.**

┌ DEFENDANT:
   NAME and ADDRESS

Mike Barton
Donegal Insurance Group
1195 River Road, P.O. Box 302
Marietta, PA 17547-0302 ┘

(Fill in defendant's name and address)

**Notice:** Under Pa.R.Crim.P. 506, your complaint may require approval by the attorney for the Commonwealth before it can be accepted by the magisterial district court. If the attorney for the Commonwealth disapproves your complaint, you may petition the court of common pleas for review of the decision of the attorney for the Commonwealth.

Fill in as much information as you have.

| Defendant's Race/Ethnicity | Defendant's Sex | Defendant's D.O.B. | | Defendant's SID (State Identification Number) |
|---|---|---|---|---|
| ☐ White ☐ Black <br> ☐ Asian ☐ Native American <br> ☐ Hispanic ☐ Unknown | ☐ Female <br> ☐ Male | | | |
| Defendant's A.K.A. (also known as) | Defendant's Vehicle Information <br> Plate Number          State | | Registration Sticker (MM/YY) | Defendant's Driver's License Number <br> State |
| | | | | |

I, ___David B. Carpenter___

(Name of Complainant-Please Print or Type)

do hereby state: (check appropriate box)

1.  ☐ I accuse the above named defendant who lives at the address set forth above
    ☐ I accuse the defendant whose name is unknown to me but who is described as _____

    ☐ I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I have therefore designated as John Doe

with violating the penal laws of the Commonwealth of Pennsylvania at _____
                                                                    (Place-Political Subdivision)

in _____ County on or about _____

Participants were: (if there were participants, place their names here, repeating the name of the above defendant)

_____

_____

_____

AOPC 411A-10                                    Page 1 of 2

| Defendant's Name: |
|---|
| Docket Number: |



# PRIVATE
# CRIMINAL COMPLAINT

2.  The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits.* 204 Pa.Code §§ 213.1 - 213.7.)

This complaint against real estate agents, attorneys, Mike Barton, Donegal Insurance Group ("Donegal") does serve legitimate purpose because it shows the corruption behind the scenes of real estate 1148 Mill Mar Road Lancaster Pennsylvania 17601 to 601 Commonwealth Avenue Harrisburg Pennsylvania.

Actions against legal malpractice, fraud, corruption, breach of fiduciary duty, bribery, deceit, conflicts of interests, negligence, and willful ignorance do have a legitimate purpose.

Real estate attorney Don Hess knows about rule or law of 18 Pa.C.S.A. Section 3503(b) Defiant Trespasser, but is willfully ignorant to the obvious other violations of rules or laws in regards to the areas of real estate.

Don Hess representing the interests of two clients in the same matter real estate matter of 1148 Mill Mar Road Lancaster Pennsylvania 17601.

- July 5, 2017, "Hello, JD. I had been dealing with Mike Barton."
- July 11, 2017, "JD, can you give me a call please? I have the same view on this matter as Mike Barton expresses.

Don Hess not following up with an extension by JD Young.

Don Hess being willfully ignorant in regards to the suggestion by the pcbartonteam@aol.com on June 19, 2017 at 1:10 PM regarding the information request of "paperless."

It must be nice to have the freedom of choosing what is paperless and what is not paperless.

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
               (Section)                             (Subsection)

of the _____
         (PA Statute)

3.  I ask that process be issued and that the defendant be required to answer the charges I have made.

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____      _____
          Date                                  Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____    _____    _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____    _____    **SEAL**
(Magisterial District)                                     (Issuing Authority)

Defendant's Name:

Docket Number:

**PRIVATE
CRIMINAL COMPLAINT**

2.   **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

Former Assistant District Attorney of Lancaster, Former Saxton & Stump associate, current attorney for the District of Arizona real estate dealings of 1148 Mill Mar Road Lancaster Pennsylvania 17601 wasn't something put into paperless in 2017 and 2020.

According to Pennsylvania Attorney Thomas French ID: 39305 ....

RHOADS & SINON LLP

Thomas A. French
ph (717) 233-5731
fx (717) 260-4325
tfrench@rhoads-sinon.com
Reply to Harrisburg Office
File No: 8501/03

August 18, 2017

Re: Donegal Insurance Group
Via Certified Mail, Return Receipt Requested
and U.S. Mail

Mr. David Carpenter
1128 Greens Avenue
Landisville, PA 17538

Dear Mr. Carpenter:

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                                                              (Section)                                      (Subsection)

*of the* _____
                     (PA Statute)

3.   I ask that process be issued and that the defendant be required to answer the charges I have made.

4.   I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____              _____
           Date                                          Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved   ☐ Disapproved because: _____

(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)   (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____              _____ **SEAL**
    (Magisterial District)                         (Issuing Authority)

AOPC 411B-10                              Page 2 of 2

| Defendant's Name: |
| :--- |
| Docket Number: |

**PRIVATE
CRIMINAL COMPLAINT**

2.    **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

This law firm represents Donegal Insurance Group ("Donegal"). We are in receipt of a copy of an email which you forwarded to Michael Barton, and copied to the human resources department of Donegal. In your email, you threaten to bring a lawsuit against Donegal for Mr. Barton's undefined "actions" which you apparently claim arose in some private dealings you had with him. We write to request that you cease and desist making such unfounded threats. You are not a Donegal policyholder, and Donegal has had no relationship with you whatsoever. To the extent that you follow through on your threats and file a frivolous lawsuit, Donegal will seek sanctions in court, including recovery of its attorney's fees incurred in having your suit dismissed.

You are also instructed not to enter into or upon Donegal's place of business. If you are found at the premises, you will be considered a trespasser and will be reported to the police.

Please govern yourself accordingly.

Very truly yours,

RHOADS & SINON LLP

BY: Thomas A. French

..... Private Dealings of real estate 1148 Mill Mar Road Lancaster Pennsylvania 17601 which Mike Barton wasn't the owner.

How can someone have Private Dealings of nothing?

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                                    (Section)                              (Subsection)

of the _____
              (PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____        _____
            Date                                     Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____        _____        _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

**SEAL**

_____        _____
   (Magisterial District)                      (Issuing Authority)

endant's Name:

Docket Number:



# PRIVATE
# CRIMINAL COMPLAINT

2.  **The acts committed by the accused were:**
    (Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

Mike Barton had to of offered a bribe to Pennsylvania Attorney Marcus Wanner Shand ID: 323052 somehow with his Private Dealings of real estate 1148 Mill Mar Road Lancaster Pennsylvania 17601 back in 2017 from $200,000 which then he sold for $295,000 in 2020.

It's like everyone just went above and beyond to corrupt behind the scenes .... but without ever any effort to follow through with anything such as the obligated notice that was never received....

Whether or not Ms. Groff was aware of these material defects when she signed and delivered the Seller Property Disclosure form, she is now on notice. Being on notice, she is obligated under (SS) 7307 of the Real Estate Seller Disclosure Law to give notice in writing to Mr. Carpenter. She has not done so. In whatever manner Ms. Groff decides to deal with the Carpenter agreement, it is obvious to me, that she will never be able to sell the house to any other party without disclosing these conditions disclosed in the FHA inspection.

Or ...JD Young is generating an extension..... JD Young obviously never generated an extension.

Also, being willfully ignorant to predator lending/fraud for profits between parent company Donegal Insurance Group to sub company Union Community Bank.

How was this ever considered "fair dealings?"

Former D-Board of Paul J. Killion from 601 Commonwealth Avenue Harrisburg Pennsylvania is willfully ignorant of every element regarding the event as a whole.

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
 (Section)                        (Subsection)

of the _____
 (PA Statute)

3.  I ask that process be issued and that the defendant be required to answer the charges I have made.

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
            Date                       Signature of Complainant

Office of the Attorney for the Commonwealth☐ Approved    ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)          (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____
                                                                    **SEAL**

_____          _____
(Magisterial District)                        (Issuing Authority)

AOPC 411B-10                        Page 2 of 2

Defendant's Name:

Docket Number:



# PRIVATE
# CRIMINAL COMPLAINT

2.  **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

How long was everyone willfully ignorant about Former Chief Counsel of the Judicial Conduct Board eligibility status in Florida?

Willful ignorance just doesn't erase past events like the Groff-Shand the private real estate dealings of real estate 1148 Mill Mar Road Lancaster Pennsylvania 17601 like it never occurred between the sellers(s) and Marcus Wanner Shand.

Willful ignorance just doesn't erase past event of a not eligible to practice law in Florida attorney reviewing a Judicial Conduct Board complaint.

Willfully ignorance of Pennsylvania Attorney Joshua James Knapp ID: 92123 claiming to represent the interests Berkshire Hathaway and Sarah Sample's by sending mail fraud when Joshua James Knapp should had tried to understand what reality happened at 1148 Mill Mar Road Lancaster Pennsylvania 17601..... which parts did Joshua James Knapp choose to be in paperless?

Joshua James Knapp had to know about the corrupted real estate dealings between the sellers and Marcus Wanner Shand for real estate 1148 Mill Mar Road Lancaster Pennsylvania 17601..... which parts were in paperless?

Was the real estate transaction between Pennsylvania Attorney Marcus Wanner Shand ID: 323052 and Danelle Bledsoe, the current owner of real estate 1148 Mill Mar Road Lancaster Pennsylvania 17601 also something in paperless?

Pennsylvania Attorney Esther Jean Winne ID: 316115 from the District of Arizona would know because she married Marcus Wanner Shand ID: 323052 on September 5, 2020.

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
(Section)                                    (Subsection)

of the _____
(PA Statute)

3.  I ask that process be issued and that the defendant be required to answer the charges I have made.

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____                              _____
Date                                          Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____                    _____                    _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)           (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____ **SEAL**

_____                              _____
(Magisterial District)                        (Issuing Authority)

AOPC 411B-10                          Page 2 of 2

| Defendant's Name: |
| Docket Number: |

**PRIVATE CRIMINAL COMPLAINT**

2.    **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

Marcus Wanner Shand and Esther Jean Winne's wedding isn't something in paperless like that corruption behind the scenes at real estate 1148 Mill Mar Road Lancaster Pennsylvania 17601.

It's like the goal of everyone attorney in Pennsylvania including Paul J. Killion is to be willfully ignorant about Mike Barton's special interests with private dealings of real estate 1148 Mill Mar Road Lancaster Pennsylvania 17601 that he didn't own.

When was willful ignorance not present between May 01, 2017 of the Agreement of Sale for real estate 1148 Mill Mar Road Lancaster Pennsylvania 17601 to Florida Bar Member #111929 Richard Walter Long's resignation from the Judicial Conduct Board of February 2022?

Who wasn't willfully ignorant between those times?

How is Sarah Sample not willfully ignorant?
How is Pamela Dull not willfully ignorant?
How is Donald Huber Hess not willfully ignorant?
How is JD Young not willfully ignorant?
How is Mike Barton not willfully ignorant?
How is Donegal Insurance Group not willfully ignorant?
How is Amy Suzanne Muller not willfully ignorant?
How is Dennis Charles Dougherty not willfully ignorant?
How is Joshua James Knapp not willfully ignorant?
How is Thomas French not willfully ignorant?
How is Marcus Wanner Shand not willfully ignorant?
How is Esther Jean Winne not willfully ignorant?
How is Marc Scaringi not willfully ignorant?

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                                        (Section)                              (Subsection)

of the _____
           (PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
Date                                              Signature of Complainant

Office of the Attorney for the Commonwealth☐ Approved    ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)         (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____          _____          **SEAL**
(Magisterial District)                          (Issuing Authority)

AOPC 411B-10                          Page 2 of 2

| Defendant's Name: |
| Docket Number: |

**PRIVATE CRIMINAL COMPLAINT**

2. **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

How is Frank Mroczka not willfully ignorant?
How is Paul J. Killion not willfully ignorant?
How is Richard Walter Long not willfully ignorant?
How is Donald Nikolaus not willfully ignorant?
How is Michael Grab not willfully ignorant?
How is John Hohenadel not willfully ignorant?
How is Daniel Bardo not willfully ignorant?
How is Christopher Patterson not willfully ignorant?
How is Gabriella H. Farhat not willfully ignorant?
How is Hunter B. Schenck not willfully ignorant?
How is Jack M. Hartman not willfully ignorant?
How is Thomas Farrell not willfully ignorant?
How is Anne Gingrich Cornick not willfully ignorant?

Who is not willfully ignorant?

The willful ignorant list could go on forever.

It's like every bar associate would had done exactly what Don Hess did/didn't do and also not have been able to do what Marcus Wanner Shand did which was close on real estate.

How could every attorney in Pennsylvania all a sudden lose their education in real estate when former Assistant District Attorney Marcus Wanner Shand of Lancaster County knew what to do to capitalize on the 1148 Mill Mar Road Lancaster Pennsylvania 17601 opportunity.

How much money did it cost real estate agent Sarah Sample to retain Joshua James Knapp as legal representation so corrupted real estate deal with the former assistant District Attorney

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                                          (Section)                              (Subsection)

of the _____
              (PA Statute)

3. I ask that process be issued and that the defendant be required to answer the charges I have made.

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____        _____
              Date                                        Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____        _____        _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)              (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

                                                                                                    **SEAL**
_____        _____
              (Magisterial District)                              (Issuing Authority)

AOPC 411B-10                                    Page 2 of 2

| Defendant's Name: | | PRIVATE |
| --- | --- | --- |
| Docket Number: | | CRIMINAL COMPLAINT |

2.  **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits.* 204 Pa.Code §§ 213.1 - 213.7.)

Marcus Wanner Shand ID: 323052 to take place..... it just doesn't make sense.... it's like so much effort had to go on behind the scenes with real estate corruption .... but never any effort to do follow through with anything.

It's like they went above and beyond to make a deal with Former Assistant District Attorney Marcus Wanner Shand and were just willfully ignorant about the Groff-Carpenter agreement.

It's both Pennsylvania Attorneys Thomas French ID: 39305 and Joshua James Knapp ID: 92123 purpose in this matter of being retained by opposing parties is to create mail fraud and to be willfully ignorant about the event has a whole.

Even the Department of Justice in Philadelphia Pennsylvania is willfully ignorant when it comes to government attorneys who are not eligible to practice law.

Even former Chief Justice Thomas Saylor is willfully ignorant about former D-Board Chief Paul J. Killion.

It's like David Carpenter not a Pro se litigant by choice, but because every bar associate has a conflict of interest with fraud and corruption; and also with Mike Barton's special interests in things that he doesn't own.

It's like because of fraud and corruption, real estate 1148 Mill Mar Road Lancaster Pennsylvania 17601 was lost twice along with every legal professional.

It's like Dennis Charles Dougherty and Amy Suzanne Muller couldn't have a trial in Lancaster Pennsylvania because it wouldn't had been much of a benefit for Mike Barton, Cindy Barton, or Sarah Sample to come to court and to tell the truth.

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                                (Section)                                              (Subsection)

of the _____
                    (PA Statute)

3.  I ask that process be issued and that the defendant be required to answer the charges I have made.

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____                    _____
            Date                                                    Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____        _____        _____
(Name of Attorney for Commonwealth-Please Print or Type)        (Signature of Attorney for Commonwealth)        (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____        _____        **SEAL**
        (Magisterial District)                                        (Issuing Authority)

AOPC 411B-10                                Page 2 of 2

Defendant's Name: _____

Docket Number: _____

**PRIVATE CRIMINAL COMPLAINT**

2. **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

If Amy Suzanne Muller and Dennis Charles Dougherty would of had a trial, it would had been discovered that the former Assistant District Attorney Marcus Wanner Shand received those Private Dealings of 1148 Mill Mar Road Lancaster Pennsylvania 17601 that Mike Barton didn't own.

Paul J. Killion just had to go above and beyond to corrupted behind the scenes but was never willing to question about the obligated notice that was never received.

It's like maintaining the false image of integrity in the legal profession was something important to Paul.

If Paul J. Killion claims to know nothing about this information below someday, he is lying.

Because former D-Board Paul J. Killion defends fraud and corruption with willfully ignorance.

The worst people in the world are people like Paul J. Killion who don't follow their own rules and choose to do nothing for the purpose of defending corrupted legal professionals who truly committed acts of misconduct by being willfully ignorant and disregarding anything factual or what actually happened.


From: Cindy Barton (pcbartonteam@aol.com)
Subject: Re: 1148 Mill Mar
Date: Jun 16, 2017 at 3:01:39 PM
To: dhess@gkh.com, MichaelBarton@donegalgroup.com, sarahsample12@gmail.com
Cc: carpenter003@comcast.net


All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
(Section)                          (Subsection)

of the _____
(PA Statute)

3. I ask that process be issued and that the defendant be required to answer the charges I have made.

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
Date                                              Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved   ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)          (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____                          _____ **SEAL**
(Magisterial District)                                         (Issuing Authority)

AOPC 411B-10                          Page 2 of 2

efendant's Name:

Docket Number:

# PRIVATE
# CRIMINAL COMPLAINT

2.    **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

Sounds great ! See you all then!

Cindy Barton, Realtor
ABR, SRES, ASP - RE/MAX HALL OF FAME

RE/MAX Associates of Lancaster
500 Delp Road
Lancaster, PA 17601
1 (717)-569-2222

pcbartonteam@aol.com
cindybarton@remax.net

1-(717)-371-6000 Cindy cell

— —- Original Message— — —
From: Don Hess dhess@gkh.com
To: Barton, Michael MichaelBarton@donegalgroup.com; Cindy Barton pcbartonteam@aol.com;
sarahsample12 sarahsample12@gmail.com
Cc: carpenter003 carpenter003@comcast.net
Sent: Fri, 16 Jun 2017 14:26
Subject: RE: 1148 Mill Mar

11:00 Monday at the house.

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                                    (Section)                                    (Subsection)

of the _____
            (PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____                _____
            Date                                                          Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____        _____        _____
(Name of Attorney for Commonwealth-Please Print or Type)      (Signature of Attorney for Commonwealth)                (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

                                                                                                    **SEAL**

_____            _____
            (Magisterial District)                                      (Issuing Authority)

AOPC 411B-10                                          Page 2 of 2

| Defendant's Name: |
| --- |
| Docket Number: |

**PRIVATE CRIMINAL COMPLAINT**

2.   The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

I will plan to be there. I don't believe we have yet gotten confirmation from Mr. Carpenter.

Don

Don Hess, Attorney | Gibbel Kraybill & Hess LLP
2933 Lititz Pike, P.O. Box 5349 | Lancaster, PA 17606
P: 717.291.1700 | F: 717.291.5547 | Email: dhess@gkh.com
Visit our website: www.gkh.com

From: Barton, Michael (mailto:MichaelBarton@donegalgroup.com)
Sent: Friday, June 16, 2017 2:19 PM
To: Cindy Barton (pcbartonteam@aol.com); Don Hess (dhess@gkh.com);
sarahsample12@gmail.com
Cc: carpenter003@comcast.net
Subject: RE: 1148 Mill Mar

Can we meet at the House?

Mike Barton
Assistant Vice President
Director and Manager of Facilities
Donegal Insurance Group
1195 River Road PO Box 302
Marietta, PA 17547
Cell PH: 717-572-1244
Office PH: 800-877-0600 ext. 7409
Fax: 717-426-7313
mikebarton@donegalgroup.com

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                                      (Section)                              (Subsection)

of the _____
              (PA Statute)

3.   I ask that process be issued and that the defendant be required to answer the charges I have made.

4.   I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
              Date                              Signature of Complainant

Office of the Attorney for the Commonwealth☐ Approved    ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)              (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

                                                                                                              **SEAL**

_____          _____
        (Magisterial District)                          (Issuing Authority)

AOPC 411B-10                                    Page 2 of 2

| ␣ndant's Name: | |
|---|---|
| ␣ocket Number: | |

**PRIVATE CRIMINAL COMPLAINT**

2. The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits.* 204 Pa.Code §§ 213.1 - 213.7.)

From: Cindy Barton (mailto:pcbartonteam@aol.com)
Sent: Friday, June 16, 2017 2:04 PM
To: dhess@gkh.com; sarahsample12@gmail.com
Cc: carpenter003@comcast.net
Subject: Re: 1148 Mill Mar

Don, I think Monday is in order, we can certainly meet between 11-12 per sellers advisor Mike Barton. Can we set something up for that time? Also, we are still out of contract for settlement without David's signature on an extension. I just spoke to Sarah, who just called 5 minutes ago and she was not aware of the phone conference until 1:50 pm when she checked her email. Seller justs wants to sit down with buyer and avoid all of this back and forth which we are doing. Thxs, Cindy

Cindy Barton, Realtor
ABR, SRES, ASP - RE/MAX HALL OF FAME
RE/MAX Associates of Lancaster
500 Delp Road
Lancaster, PA 17601
1 (717)-569-2222

pcbartonteam@aol.com
cindybarton@remax.com

1-(717)-371-6000 Cindy cell

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
(Section)                                    (Subsection)

of the _____
(PA Statute)

3. I ask that process be issued and that the defendant be required to answer the charges I have made.

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
Date                              Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____          _____          **SEAL**
(Magisterial District)                              (Issuing Authority)

AOPC 411B-10                              Page 2 of 2

Defendant's Name: _____

Docket Number: _____

**PRIVATE CRIMINAL COMPLAINT**

2. The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

— — Original Message — —-
From: Don Hess (dhess@gkh.com)
To: Cindy Barton (pcbartonteam@aol.com); sarahsample12 (sarahsample12@gmail.com)
Cc: carpenter003 carpenter003@comcast.net
Sent: Fri, Jun 16, 2017 1:38 pm
Subject: RE: 1148 Mill Mar

Can everyone come to my office any time before 4:00 today? David will take off if necessary.
Please confirm a time.
Otherwise, we will need to schedule a meeting Monday. Thanks. Don

Don Hess, Attorney | Gibbel Kraybill & Hess LLP
2933 Lititz Pike, P.O. Box 5349 | Lancaster, PA 17606
P: 717.291.1700 | F: 717.291.5547 | Email: dhess@gkh.com
Visit our website: www.gkh.com

From: Cindy Barton (mailto:pcbartonteam@aol.com)
Sent: Friday, June 16, 2017 1:24 PM
To: Don Hess (dhess@gkh.com); sarahsample12@gmail.com
Cc: carpenter003@comcast.net
Subject: 1148 Mill Mar

Don are you requesting a conference call @ 1:30 with buyer and buyers agent and me? Seller is not available at that time and wants to meet face to face. Can we work that out? Thanks, Cindy

Cindy Barton, Realtor
ABR, SRES, ASP - RE/MAX HALL OF FAME

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
(Section)                                    (Subsection)

of the _____
(PA Statute)

3. I ask that process be issued and that the defendant be required to answer the charges I have made.

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
Date                              Signature of Complainant

Office of the Attorney for the Commonwealth☐ Approved   ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)   (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

**SEAL**

_____          _____
(Magisterial District)                    (Issuing Authority)

AOPC 411B-10                    Page 2 of 2

**PRIVATE CRIMINAL COMPLAINT**

Defendant's Name:

Docket Number:

2.  **The acts committed by the accused were:**
    (Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged.  A citation to the statute allegedly violated, without more, is not sufficient.  In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated.  The age of the victim at the time of the offense may be included, if known.  In addition, *social security numbers and financial information (e.g. PINS) should not be listed.  If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

RE/MAX Associates of Lancaster
Lancaster, PA 17601
1 (717)-569-2222

pcbartonteam@aol.com
cindybarton@remax.net

1-(717)-371-6000 Cindy cell

— — Original Message — —-

From: Don Hess (dhess@gkh.com)
To: Sarah Sample (sarahsample12@gmail.com); Cindy Barton (pcbartonteam@aol.com)
Cc: David Carpenter carpenter003@comcast.net
Sent: Fri, Jun 16, 2017 1:08 pm
Subject: RE: Message from "RNP00267364772C"

Can we get on a conference call sometime in the next 1 1/2 hours?

How about 1:30?

Toll Free Dial-In Number is: 888-861-1255

Participant PIN is: 132135 #

Don

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
(Section)                          (Subsection)

of the _____
(PA Statute)

3.  I ask that process be issued and that the defendant be required to answer the charges I have made.

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief.  This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
Date                                                    Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____          _____    **SEAL**
(Magisterial District)                                (Issuing Authority)

AOPC 411B-10                                     Page 2 of 2

Defendant's Name:

Docket Number:

**PRIVATE CRIMINAL COMPLAINT**

2. The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

Don Hess, Attorney | Gibbel Kraybill & Hess LLP
2933 Lititz Pike, P.O. Box 5349 | Lancaster, PA 17606
P: 717.291.1700 | F: 717.291.5547 | Email: dhess@gkh.com
Visit our website: www.gkh.com

From: Sarah Sample (mailto:sarahsample12@gmail.com)
Sent: Friday, June 16, 2017 1:00 PM
To: Cindy Barton (pcbartonteam@aol.com)
Subject: Re: Message from "RNP00267364772C"

Don,

If you would like to find a time that works for you and David for us all to meet. Thanks

| On Fri, Jun 16, 2017 at 12:58 PM, Cindy Barton (pcbartonteam@aol.com) wrote:
Sarah, Yes we can meet, today after 4:00pm tomorrow am early 8-9am or Monday 11-12 pm would work for all. Please advise for all, the quicker the better. at request to seller I have forwarded to Mark Kleinfelter to get a price on repairs. He is the contractor who has done work on the home and was at the structural inspection. Thanks, Cindy

Cindy Barton, Realtor
ABR, SRES. ASP - RE/MAX HALL OF FAME

RE/MAX Associates of Lancaster
500 Delp Road
Lancaster, PA 17601 1 (717)-569-2222

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                     (Section)                          (Subsection)

of the _____
        (PA Statute)

3. I ask that process be issued and that the defendant be required to answer the charges I have made.

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
         Date                       Signature of Complainant

Office of the Attorney for the Commonwealth☐ Approved   ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)        (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____          _____          **SEAL**
(Magisterial District)                        (Issuing Authority)

AOPC 411B-10                          Page 2 of 2

| Defendant's Name: |
| --- |
| Docket Number: |

# PRIVATE
# CRIMINAL COMPLAINT

2. **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

pcbartonteam@aol.com
cindybarton@remax.net

1-(717)-371-6000 Cindy cell

— — Original Message — —-
From: Sarah Sample (sarahsample12@gmail.com)
To: Cindy Barton (pcbartonteam@aol.com)
Cc: Don Hess (dhess@gkh.com)
Sent: Fri, Jun 16, 2017 12:39 pm
Subject: Re: Message from "RNP00267364772C"

Don,

Can you advise your client to meet with all parties to review a game plan. I think since he has came to you for counsel we should have the meeting with you in attendance. Thoughts?

| On Fri, Jun 16, 2017 at 12:16 PM, Cindy Barton (pcbartonteam@aol.com) wrote:
That is what we need, thanks Sarah!

Cindy Barton, Realtor
ABR, SRES, ASP - RE/MAX HALL OF FAME

RE/MAX Associates of Lancaster
500 Delp Road
Lancaster, PA 17601

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
(Section) (Subsection)

of the _____
(PA Statute)

3. I ask that process be issued and that the defendant be required to answer the charges I have made.

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
Date                                          Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____          _____          **SEAL**
(Magisterial District)                          (Issuing Authority)

AOPC 411B-10                          Page 2 of 2

| |
|---|
| Defendant's Name: |
| Docket Number: |

**PRIVATE CRIMINAL COMPLAINT**

2. **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

1 (717)-569-2222

pcbartonteam@aol.com
cindybarton@remax.net

1-(717)-371-6000 Cindy cell

— —- Original Message— —-
From: Sarah Sample (sarahsample12@gmail.com)
To: Don Hess (dhess@gkh.com), Cindy Barton (pcbartonteam@aol.com)
Sent: Fri, 16 Jun 2017 12:00
Subject: Fwd: Message from "RNP00267364772C"

Sarah Sample
Berkshire Hathaway Homesale Realty
Craig Hartranft Team - Buyer Specialist
(717) 575-9059 Cell
(717) 286-9996 Office

From: Barton, Michael MichaelBarton@donegalgroup.com
Subject: RE: 1148 Mill Mar
Date: Jun 20, 2017 at 5:57:44 AM
To: Don Hess dhess@gkh.com, Cindy Barton pcbartonteam@aol.com, pdull@homesale.com,
carpenter003@comcast.net

Don
Yes I will share this e-mail with Ms. Groff
Mike

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                    (Section)                    (Subsection)

of the _____
          (PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
          Date                              Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

                                                                        **SEAL**

_____          _____
(Magisterial District)                    (Issuing Authority)

AOPC 411B-10                          Page 2 of 2

| Defendant's Name: |
|---|
| Docket Number: |

# PRIVATE
# CRIMINAL COMPLAINT

2. **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits.* 204 Pa.Code §§ 213.1 - 213.7.)

Mike Barton
Assistant Vice President
Director and Manager of Facilities
Donegal Insurance Group
1195 River Road PO Box 302
Marietta m, PA 17547
Cell PH: 717-572-1244
Office PH: 800-877-0600 ext. 7409
Fax: 717-426-7313
mikebarton@donegalgroup.com

From: Don Hess (mailto: dhess@gkh.com)
Sent: Monday, June 19, 2017 5:29 PM
To: Cindy Barton; pdull@homesale.com; Barton, Michael; carpenter003@comcast.net
Subject: RE: 1148 Mill Mar

Thank you.

To serve as a reference, this is my understanding of the plan of action we agreed to this morning:

1. Jack McSherry.

   a. There is a portion missing from the report (the deck?). David will contact Jack about this.

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                         (Section)                    (Subsection)

of the _____
        (PA Statute)

3. I ask that process be issued and that the defendant be required to answer the charges I have made.

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____        _____
           Date                          Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____        _____        _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)        (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

                                                                    **SEAL**

_____        _____
        (Magisterial District)                          (Issuing Authority)

AOPC 411B-10                        Page 2 of 2

| |
| --- |
| efendant's Name: |
| Docket Number: |

**PRIVATE
CRIMINAL COMPLAINT**

2.   The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

b.   Mike Barton felt there might be more clarity to the McSherry report so the contractors know what needs to be bid. I suggest Mr. Barton contact Mr. McSherry to address his concerns.
c.   One specific point turned on a soil test - if we can get that, we would know whether or not some rather extensive shoring up will be necessary. I understood Me. Kleinfelter knows someone who can do the soil test, as a first order of priority. We did not discuss this, but may I suggest that Mr. Barton and Ms. Groff arrange for and pay for this testing?

2. Bidding

a.   The first order of business is for buyer and seller to agree to the final McSherry report and the work to put out to bid to contractors.
b.   David and Pamela Dull need to confirm with David's lender and the lender's inspector that the proposed work - when properly completed- will satisfy the inspector and the lender.
c.   Mr. Kleinfelter will bid the work.
d.   David will engage two other contractors to give a proposal.

3. David's mortgage

a.   David and Pamela will coordinate with the lender to confirm the bank will agree to an extension of its mortgage approval.

Mr. Barton, May I ask you to share this with Ms. Groff?

Don

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                                   (Section)                              (Subsection)

of the _____
           (PA Statute)

3.   I ask that process be issued and that the defendant be required to answer the charges I have made.

4.   I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
            Date                                        Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved   ☐ Disapproved because: _____

_____          _____        _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)        (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

                                                                                              **SEAL**

_____          _____
       (Magisterial District)                            (Issuing Authority)

AOPC 411B-10                                    Page 2 of 2

Defendant's Name:

Docket Number:

**PRIVATE
CRIMINAL COMPLAINT**

2.     The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

Don Hess, Attorney | Gibbel Kraybill & Hess LLP
2933 Lititz Pike, P.O. Box 5349 | Lancaster, PA 17606
P: 717.291.1700 | F: 717.291.5547 | Email: dhess@gkh.com
Visit our website: www.gkh.com

From: Cindy Barton (mailto:pcbartonteam@aol.com)
Sent: Monday, June 19, 2017 1:10 PM
To: pdull@homesale.com; sarahsample12@gmail.com; Don Hess (dhess@gkh.com);
mikebarton@donegalgroup.com; bridgehouse624@gmail.com; remaxlancaster@comcast.net
Subject: 1148 Mill Mar

Please put into paperless, Thanks Cindy

Cindy Barton, Realtor
ABR, SRES, ASP- RE/MAX HALL OF FAME

RE/MAX Associates of Lancaster
500 Delp Road
Lancaster, PA 17601
1 (717)-569-2222

pcbartonteam@aol.com
cindybarton@remax.com

1-(717)-371-6000 Cindy cell

From: Barton, Michael (mailto:MichaelBarton@donegalgroup.com)
Sent: Tuesday, June 20, 2017 2:15 PM

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                                  (Section)                                                      (Subsection)

of the _____
              (PA Statute)

3.     I ask that process be issued and that the defendant be required to answer the charges I have made.

4.     I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. *This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.*

_____                    _____
        Date                                                     Signature of Complainant

Office of the Attorney for the Commonwealth☐ Approved    ☐ Disapproved because: _____

_____            _____            _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)                (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____            _____            **SEAL**
(Magisterial District)                                      (Issuing Authority)

Defendant's Name: _____

Docket Number: _____

**PRIVATE CRIMINAL COMPLAINT**

2.  **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

To: Don Hess (dhess@gkh.com); Cindy Barton (pcbartonteam@aol.com); pdull@homesale.com; carpenter003@comcast.net
Cc: bridgehouse624@gmail.com
Subject: RE: 1148 Mill Mar

All
I had a conversation today with Mr. Jack Sherry (civil Engineer) I asked him primarily two questions. The first question was, what is his thoughts on getting a soil sample as he mention in his letter (e-mail) to Don Hess and David Carpenter dated June 14 th. Mr. Sherry said he really doubts that the ground will support the pillars to the 4500 lb that he is requesting and he would think the money would be better spent just moving forward and adding the supports that he is suggesting in his letter and by adding those supports he will be more than satisfied. The second question was when could we expect to see the report on the side deck that he did not have in his letter. He indicated that he wasn't going to do a report unless it is requested but quite simple if we replaced the rotten wood with pressure treated lumber (yellow pine #2) and tied the walk portion of the deck with bolts to the setting part of the deck he feels we would be okay. (he can return to inspect it latter ) I did call Mr. Kleinfelter And passed this information on to him so the job can be properly bid.
Mike

Mike Barton
Assistant Vice President
Director and Manager of Facilities
Donegal Insurance Group
1195 River Road PO Box 302
Marietta, PA 17547
Cell PH: 717-572-1244

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                    (Section)                            (Subsection)

of the _____
               (PA Statute)

3.  I ask that process be issued and that the defendant be required to answer the charges I have made.

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
Date                                          Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved  ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)  (Signature of Attorney for Commonwealth)  (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

**SEAL**

_____          _____
(Magisterial District)                    (Issuing Authority)

AOPC 411B-10                    Page 2 of 2

| Defendant's Name: |
| Docket Number: |

**PRIVATE CRIMINAL COMPLAINT**

2. **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits.* 204 Pa.Code §§ 213.1 - 213.7.)

Office PH: 800-877-0600 ext. 7409
Fax: 717-426-7313
mikebarton@donegalgroup.com

From: Pamela Dull (pamela.dull@gmail.com)
Subject: RE: 1148 Mill Mar
Date: Jun 21, 2017 at 5:35:01 PM
To: Barton, Michael (MichaelBarton@donegalgroup.com), Don Hess (dhess@gkh.com), Cindy Barton (pcbartonteam@aol.com), (carpenter003@comcast.net) carpenter003@comcast.net, Sarah Sample (sarahsample12@gmail.com)
Cc: bridgehouse624@gmail.com

Hi Everyone,

*Please see answers below (in red/yellow) to a couple of items that had been included in Don's* e-mail following our meeting at Mill Mar on Monday. The answer on what the appraiser will request upon completion of proposed work was cut pasted from e-mail that David's lender sent me. If you have any questions, please let us know. Thanks, Pam

David and Pamela will coordinate with the lender to confirm the bank will agree to an extension of its mortgage approval- the lender said there is no problem with extending David's mortgage approval.

David and Pamela Dull need to confirm with David's lender and the lender's inspector that the proposed work- when properly completed- will satisfy the inspector and the lender - Here are the conditions the appraiser is calling for, the structural engineer will need to prepare a letter (on company letter head) addressing conditions below in yellow:

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                              (Section)                             (Subsection)

of the _____
           (PA Statute)

3. I ask that process be issued and that the defendant be required to answer the charges I have made.

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____    _____
          Date                          Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved  ☐ Disapproved because: _____

_____  _____  _____
(Name of Attorney for Commonwealth-Please Print or Type)  (Signature of Attorney for Commonwealth)  (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____  _____ **SEAL**
(Magisterial District)                    (Issuing Authority)

AOPC 411B-10                   Page 2 of 2

| | |
|---|---|
| ...fendant's Name: | |
| Docket Number: | |

**PRIVATE**
**CRIMINAL COMPLAINT**

2. **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

AFTER AN INTERIOR AND EXTERIOR INSPECTION,
THE SUBJECT PROPERTY APPEARS TO MEET HUD HANDBOOK REQUIREMENTS 4000.1
WITH THE EXCEPTION OF THE FOLLOWING NEEDED REPAIRS/INSPECTIONS:

1. OPEN ELECTRIC JUNCTION BOXES UNDER THE DECK MUST BE EXTERNAL USE, ENCLOSED JUNCTION BOXES. LOOSE LIGHT FIXTURE/WIRING ATTACHED TO TREE STUMP UNDER DECK TO BE REMOVED. LOOSE WIRE UNDER DRIVEWAY DECK TO BE SECURED. (EST COST $250)
2. ROOF INSPECTION IS REQUIRED AS CEDAR SHAKE ROOFS ARE NOT TYPICAL TO THE AREA AND IS BEYOND THE APPRAISER'S CAPABILITY TO JUDGE CONDITIONS. ROOF SHOWS SIGNS OF DETERIORATION & MOSS GROWTH. INTERIOR OBSERVATION OF ATTIC DID NOT SHOW ANY OBVIOUS SIGNS OF DAMAGE.
3. A STRUCTURAL INSPECTION BY A QUALIFIED PROFESSIONAL IS REQUIRED AS THE DESIGN OF THE FOUNDATION IS NOT TYPICAL FOR THE AREA AND IS BEYOND THE APPRAISER'S CAPABILITY TO JUDGE CONDITION, SPECIFICALLY:

A) INSPECTION TO VERIFY THE CONDITION AND STABILITY OF THE CONCRETE PIERS AND STEEL SUPPORTS UNDER THE HOUSE.
B) INSPECTION TO VERIFY IF THE WOOD DECK DRIVEWAY IS SUFFICIENT TO SUPPORT THE WEIGHT OF VEHICLES BEING DRIVEN OVER ITS SURFACE, MULTIPLE BEAMS OF THE DRIVEWAY JOISTS DO NOT EVEN HAVE ANY SUPPORT.
C) INSPECTION TO VERIFY THE CONDITION OF THE SIDE DECK JOISTS AS SEVERAL APPEAR ROTTED. RESULTS OF THIS INSPECTION MAY RESULT IN ADDITIONAL REQUIRED REPAIRS.

This was also on the commitment letter as one of the u/w conditions:

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                            (Section)                            (Subsection)

of the _____
              (PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____        _____
          Date                              Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____        _____        _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)              (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____        _____        **SEAL**
          (Magisterial District)                        (Issuing Authority)

AOPC 411B-10                              Page 2 of 2

| |
|---|
| efendant's Name: |
| Docket Number: |

**PRIVATE CRIMINAL COMPLAINT**

2. **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

Provide verification from the town confirming the subject's foundation and driveway meet local requirements.

Pamela L. Dull, Realtor
The Craig Hartranft Team
Berkshire Hathaway HomeService Homesale Realty
150 North Pointe Boulevard
Lancaster, PA 17601
Office (717) 560-9100
Direct (717) 286-9637
Mobile (717) 333-6414
pamela.dull@gmail.com

From: Don Hess
Sent: Thursday June 22, 2017 5:11 PM
To: Barton, Michael (MichaelBarton@donegalgroup.com)
Subject: Groff— Carpenter Transaction

Mike:

1. Situation

I appreciate your involvement in this matter. And I appreciate the fact that Ms. Groff is participating in the matter we agreed upon when we met at the house this week. Mr. Carpenter

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
(Section)                           (Subsection)

of the _____
(PA Statute)

3. I ask that process be issued and that the defendant be required to answer the charges I have made.

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____        _____
Date                                    Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____        _____        _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)   (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

**SEAL**

_____        _____
(Magisterial District)                           (Issuing Authority)

| Defendant's Name: |
| Docket Number: |

**PRIVATE CRIMINAL COMPLAINT**

2.  The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

has or will be emailing you the completed inspection report of Jack McSherry. At this point in time Mr. Carpenter feels these matters of bidding and making repairs required to pass inspection and to pass code are properly the responsibility of Ms. Groff. I trust you will understand that Mr. Carpenter will not spend significant sums on a property he does not own, even if he had the cash available.

2. Ms. Groff

Whether or not Ms. Groff was aware of these material defects when she signed and delivered the Seller Property Disclosure form, she is now on notice. Being on notice, she is obligated under (SS) 7307 of the Real Estate Seller Disclosure Law to give notice in writing to Mr. Carpenter. She has not done so. In whatever manner Ms. Groff decides to deal with the Carpenter agreement, it is obvious to me, that she will never be able to sell the house to any other party without disclosing these conditions disclosed in the FHA inspection.

3. Mr. Carpenter

For his part, Mr. Carpenter has demonstrated his good faith by (1) devoting a significant number of hours to this situation, which from his perspective should have been taken care of by the property seller, (2) incurring direct costs in excess of $2,200 for the McSherry inspection, (3) incurring attorney fees, and by likely having to accept a mortgage interest rate higher than he would have if closing had taken place as originally scheduled.

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                (Section)                            (Subsection)

of the _____
          (PA Statute)

3.  I ask that process be issued and that the defendant be required to answer the charges I have made.

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____     _____
        Date                         Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved   ☐ Disapproved because: _____

_____   _____   _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)   (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

                                                                         **SEAL**

_____     _____
   (Magisterial District)                         (Issuing Authority)

Defendant's Name:

Docket Number:

**PRIVATE CRIMINAL COMPLAINT**

2.  The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits.* 204 Pa.Code §§ 213.1 - 213.7.)

### 4. Proposal

Mr. Carpenter asked me to make the following proposal to Ms. Groff:

1.  Ms. Groff will pay Mr. McSherry any additional sums for his services.

2. Mr. Carpenter has paid Mr. McSherry more than $2,200, but will not be responsible to pay any more.

3. Ms. Groff will obtain any estimates for repairs in her discretion.

4. Ms. Groff will have whatever work done on her home as is necessary to satisfy Mr. Carpenter's FHA inspector and his lender.

5. Ms. Groff will complete all necessary work within forty-five days.

6. Mr. Carpenter will make an additional earnest money payment of $5,000.00 to the Broker for Seller when this Addendum is fully executed.

I attached a proposed addendum for Ms. Groff's consideration, and hopefully for her approval.

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
            (Section)                                (Subsection)

of the _____
            (PA Statute)

3.  I ask that process be issued and that the defendant be required to answer the charges I have made.

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. *This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904)* relating to unsworn falsification to authorities.

_____                    _____
        Date                            Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved   ☐ Disapproved because: _____

_____                    _____                    _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)        (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____                    _____          **SEAL**
    (Magisterial District)                    (Issuing Authority)

AOPC 411B-10                    Page 2 of 2

| Defendant's Name: |
| Docket Number: |

**PRIVATE**
**CRIMINAL COMPLAINT**

2.  **The acts committed by the accused were:**
    (Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

To evidence his sincere intentions, Mr. Carpenter has delivered $5,000 to me this afternoon. If Ms. Groff and Mr. Carpenter sign a further addendum to the agreement of sale, I will deliver this $5,000 to the realtor holding the initial earnest money.

Please feel free to phone or email me to discuss this matter. May I rely on you to forward this communication to Ms. Groff?

Thank you. Don

Don Hess, Attorney | Gibbel Kraybill & Hess LLP
2933 Lititz Pike, P.O. Box 5349 | Lancaster, PA 17606
P: (717) 291-1700 | F: (717) 291-5547 | Email: dhess@gkh.com

From: David Carpenter carpenter003@comcast.net
Subject: Re: Don Hess shared "1148 Mill Mar Road Docs" with you
Date: Jul 8, 2017 at 7:43:10 PM
To: Cindy Barton pcbartonteam@aol.com
Cc: JSahm@gkh.com, pamela.dull@gmail.com
michaelbarton@donegalgroup.com, jd@lawyeryoung.com
sarahsample12@gmail.com, dhess@gkh.com

**My contact information is here. Call or stop by at any time. Thank you.**

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                          (Section)                    (Subsection)
of the _____
         (PA Statute)

3.  I ask that process be issued and that the defendant be required to answer the charges I have made.

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____                    _____
        Date                              Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved   ☐ Disapproved because: _____

_____              _____              _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)   (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____                    _____                    **SEAL**
   (Magisterial District)                    (Issuing Authority)

| Defendant's Name: |
| Docket Number: |

**PRIVATE
CRIMINAL COMPLAINT**

2.  The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits.* 204 Pa.Code §§ 213.1 - 213.7.)

**David Carpenter
(717) 947-5510
carpenter003@comcast.net**

**David Carpenter
1128 Greens Ave
Landisville, PA 17538**

Sent from my iPad

On Jul 6, 2017, at 12:10 PM, Cindy Barton (pcbartonteam@aol.com) wrote:

Sarah, Mike Barton's phone number for David to call him to get together 717 572 1244.
Per our conversation, we are still waiting on the rest of Kreider's estimate that address the deck and a third estimate from one more contractor which you are trying to reach today. JD Young is generating an extension. David and Mike need a bit of time to go over these estimates and get together personally to work things out. Hopefully, that can happen asap we get the last of estimates and the completed one from Kreider.
Thxs, Cindy

Cindy Barton, Realtor
ABR, SRES, ASP- RE/MAX HALL OF FAME

RE/MAX Associates of Lancaster
500 Delp Road
Lancaster, PA 17601

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                    (Section)                          (Subsection)

of the _____
            (PA Statute)

3.  I ask that process be issued and that the defendant be required to answer the charges I have made.

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
        Date                                  Signature of Complainant

Office of the Attorney for the Commonwealth☐ Approved    ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____          _____          **SEAL**
    (Magisterial District)                    (Issuing Authority)

AOPC 411B-10                          Page 2 of 2

| Defendant's Name: | | **PRIVATE** |
| Docket Number: | | **CRIMINAL COMPLAINT** |

2.    The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

Let me know if I misunderstand the status of things. I am under the impression you were spear heading the McSherry report and getting two of the bidders lined up in response to McShery's study, your lender's requirements and the FHA inspector's requirements. To that end, it is important that you make sure Mike Barton is on the same page as you.

However, if you believe Mike Barton has all the information he needs to make decisions, then you are correct— we should stand aside and expect him to get the work done.

Don

Don Hess, Attorney | Gibbel Kraybill & Hess LLP
2933 Lititz Pike, P.O. Box 5349 | Lancaster, PA 17606
P: 717.291.1700 | F: 717.291.5547 | Email: dhess@gkh.com
Visit our website: www.gkh.com

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

On Jul 9, 2017, at 6:26 PM, Barton, Michael (MichaelBarton@donegalgroup.com) wrote:

David
I know we can make this work for you, when you and I get together I can show you what I'm talking about. I'm sure Don Hess will approve. I just need to get a game plan in place.
Mike

Sent from my iPhone

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                        (Section)                              (Subsection)
of the _____
            (PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
            Date                                            Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)         (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____          _____          **SEAL**
    (Magisterial District)                                    (Issuing Authority)

| Defendant's Name: |
|---|
| Docket Number: |

**PRIVATE
CRIMINAL COMPLAINT**

2.    The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

From: David Carpenter (carpenter003@comcast.net)
Subject: Fwd: Don Hess shared "1148 Mill Mar Road Docs" with you
Date: Jul, 11 2017 at 12:19 PM
To: Don Hess (dhess@gkh.com)

Sent from my iPad

Begin forwarded message:

From: Barton, Michael (MichaelBarton@donegalgroup.com)
Date: July 11, 2017 at 9:24:13 AM
To: David Carpenter (carpenter003@comcast.net)
Subject: RE: Don Hess shared "1148 Mill Mar Road Docs" with you

David
I'm sorry and its unfortunate that your told not to meet with me, I only had you and Ms. Groff best interest in mind. I'm sure you will agree that Ms. Groff has been more than patient with all these delays in getting you the mortgage you are seeking. As I'm sure you will acknowledge I also have a lot of time invested in this project and as you also know we are now faced with telling potential interested buyers that there is an issue between the building codes of when the house was built to present building codes.

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                            (Section)                              (Subsection)

of the _____
         (PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
          Date                                  Signature of Complainant

Office of the Attorney for the Commonwealth☐ Approved    ☐ Disapproved because: _____

_____    _____    _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)         (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____    _____    **SEAL**
        (Magisterial District)                              (Issuing Authority)

| | |
|---|---|
| Defendant's Name: | |
| Docket Number: | |

**PRIVATE CRIMINAL COMPLAINT**

2.    The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

I will instruct our realtor today that because we have no purchase agreement with you to put the house back on the market at our original listing price.

My thoughts are, if you have future interest in purchasing the bridge house you get with your relator and we will start fresh.

All the best to you.
Thank
Mike

Mike Barton
Assistant Vice President
Director and Manager of Facilities
Donegal Insurance Group
1195 River Road PO Box 302
Marietta, PA 17547
Cell PH: 717-572-1244
Office PH: 800-877-0600 ext. 7409
Fax: 717-426-7313
mikebarton@donegalgroup.com

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

On Jul 11, 2017 at 12:16 PM, Barton, Michael (MichaelBarton@donegalgroup.com) wrote:

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
(Section)                                (Subsection)

of the _____
(PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
Date                                                  Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

**SEAL**

_____          _____
(Magisterial District)                          (Issuing Authority)

AOPC 411B-10                    Page 2 of 2

| Defendant's Name: |
| Docket Number: |

# PRIVATE
# CRIMINAL COMPLAINT

2. The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

David.
I do ! understand the challenges of buying and or selling a house and I'm sure with everyone telling you different things it can become overwhelming.

I too, do not understand why this must be so complicated I do know that with all the e-mails added cost, length of time, etc. it has become clear to me ( to many cooks in the kitchen will ruin the broth).

I feel, we need to start over if you would have an interest.

If you would like to meet I'm more than willing to talk about our situation with you. To be clear we will not be making any deals or commitments without real-estate people being involved.

I think the key thing to think about is, you wanted to buy the house and Ms. Groff wanted to sell you the house and she was willing to work towards that goal with you.
Thanks
Mike

Mike Barton
Assistant Vice President
Director and Manager of Facilities
Donegal Insurance Group
1195 River Road PO Box 302
Marietta, PA 17547
Cell PH: 717-572-1244
Office PH: 800-877-0600 ext. 7409
Fax: 717-426-7313
mikebarton@donegalgroup.com

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
(Section)                              (Subsection)

of the _____
(PA Statute)

3. I ask that process be issued and that the defendant be required to answer the charges I have made.

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. *This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.*

_____        _____
Date                                          Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____        _____        _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____        _____        **SEAL**
(Magisterial District)                        (Issuing Authority)

AOPC 411B-10                        Page 2 of 2

| Defendant's Name: |
|---|
| Docket Number: |

**PRIVATE CRIMINAL COMPLAINT**

2. The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

1148 Mill Mar Road Groff Carpenter
Date Jul 11, 2017 at 3 35 41 PM
To jd@lawyeryoung.com
Cc David Carpenter carpenter003@comcast.net, Barton, Michael
MichaelBarton@donegalgroup.com

JD, can you give me a call please?
I have the same view on this matter as Mike Barton expresses, and I thought David was in agreement. I expected Mike and David to work out a plan of action for the parties' mutual benefit.
Unfortunately, David was in a car accident which put him off his pace a bit. Then—as you will see from this email thread— David is getting input from other people with tangential interest in the transaction.
Let's get this back on track.
Thanks. Don

Don Hess, Attorney | Gibbel Kraybill & Hess LLP
2933 Lititz Pike, P.O. Box 5349 | Lancaster, PA 17606
P 717.291.1700 | F 717.291.5547 | Email dhess@gkh.com
Visit our website: www.gkh.com

From: Barton Michael (MichaelBarton@donegalgroup.com)
Date: July 12, 2017 at 5:43:47 AM EDT
To: David Carpenter (carpenter003@comcast.net)
Subject: Mikes number

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                              (Section)                          (Subsection)
of the _____
        (PA Statute)

3. I ask that process be issued and that the defendant be required to answer the charges I have made.

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____                    _____
Date                                Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

**SEAL**

_____          _____
(Magisterial District)                    (Issuing Authority)

AOPC 411B-10                    Page 2 of 2

| Defendant's Name: |
| Docket Number: |



# PRIVATE
# CRIMINAL COMPLAINT

2.     The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

David
Mike Pontz. 575-4680
I try to talk to you this afternoon sometime hope you're feeling better today
Mike

On Fri, Jul 14, 2017 at 12:14 PM, Cindy Barton (pcbartonteam@aol.com) wrote:

Sarah, Hoping to get that signed released back ASAP. We are out of contract and still holding his escrow money.

David, I am sorry to hear about your car accident and hope you are recovering quickly!
I have sent, to Sarah, a signed released from Shirley Groff for 1148 Mill Mar. We need to close up this agreement and and would be still willing to work with you on buying the house, but it needs to be under a fresh new contract and different conditions, that we can discuss.
Hopefully all of our time and efforts will prove beneficial and get you into this cool unique home.
Wishing you a speedy recovery!
Cindy Barton

Cindy Barton, Realtor
ABR, SRES, ASP- RE/MAX HALL OF FAME

RE/MAX Associates of Lancaster
500 Delp Road
Lancaster, PA 17601
1 (717)-569-2222

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                                (Section)                    (Subsection)

of the _____
        (PA Statute)

3.     I ask that process be issued and that the defendant be required to answer the charges I have made.

4.     I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. *This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.*

_____                                    _____
Date                                          Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____                        _____                    _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)        (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____                        _____                          **SEAL**
(Magisterial District)                (Issuing Authority)

AOPC 411B-10                        Page 2 of 2

| Defendant's Name: |
|---|
| Docket Number: |

**PRIVATE CRIMINAL COMPLAINT**

2.    The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

pcbartonteam@aol.com
cindybarton@remax.com

1-(717)-371-6000 Cindy cell

From: David Carpenter carpenter003@comcast.net
Subject: Fwd: Seller Attorney
Date: Aug 16, 2017 at 1:07:36 AM
To: Hunter B. Schenck hschenck@chalaw.com,
HUMANRESOURCES@DONEGALGROUP.COM, jd@lawyeryoung.com

Sent from my iPad

Begin forwarding messages:

From: Cindy Barton (pcbartonteam.com)
Date: July 15, 2017 at 7:27:24 AM EDT
To: carpenter003@comcast.net, dhess@gkh.com, michaelbarton@donegalgroup.com,
Pamela.dull@gmail.com, sarahsample12@gmail.com
Subject: Re: Seller Attorney

The sellers attorney is JD Young from Manheim. Mike Barton has contacted him professionally.
Cindy

Cindy Barton, Realtor
ABR, SRES, ASP- RE/MAX HALL OF FAME

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                                              (Section)                          (Subsection)

of the _____
              (PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____                    _____
            Date                                                    Signature of Complainant

Office of the Attorney for the Commonwealth☐ Approved    ☐ Disapproved because: _____

_____    _____    _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)              (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____    _____    **SEAL**
          (Magisterial District)                                  (Issuing Authority)

AOPC 411B-10                                    Page 2 of 2

| Defendant's Name: | |
|---|---|
| Docket Number: | |

**PRIVATE CRIMINAL COMPLAINT**

2.     The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits.* 204 Pa.Code §§ 213.1 - 213.7.)

RE/MAX Associates of Lancaster
500 Delp Road
Lancaster, PA 17601
1 (717)-569-2222

pcbartonteam@aol.com
cindybarton@remax.com

1-(717)-371-6000 Cindy cell

On Jul 17, 2017 at 11:56 AM, Barton, Michael (MichaelBarton@donegalgroup.com) wrote:

David
Greg Diehl from union community bank had me talk this morning to Bob Bradfield a loan person at the bank and explain as much as I could about the house and our present situation.
Bob asked me to pass on to you his cell phone number which is 572-1235
Bob would like to talk to you to see if there is anyway a loan could be set up for you to buy the house.
Good luck !!
Mike

The Law Offices of GKH | Gibbel Kraybill & Hess LLP | Attorneys & Counselors At Law

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                          (Section)                        (Subsection)

of the _____
                (PA Statute)

3.     I ask that process be issued and that the defendant be required to answer the charges I have made.

4.     I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. *This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904)* relating to unsworn falsification to authorities.

_____        _____
              Date                                        Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____    _____    _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____        _____    **SEAL**
            (Magisterial District)                              (Issuing Authority)

AOPC 411B-10                                    Page 2 of 2

| Defendant's Name: | |
|---|---|
| Docket Number: | |

**PRIVATE CRIMINAL COMPLAINT**

2.   The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

July 21, 2017

David Carpenter
1128 Greens Avenue
Landisville, PA 17538

Re: 1148 Mill Mar Road, Lancaster, PA 17601

Dear David:

Over the course of my work with on this matter, I have been continually surprised to see that you have not followed the course of action we agreed upon. Now yet again, I was surprised when I received your email a mere few hours after we met Friday July 14, 2017, that was in direct conflict with what we discussed.

I then received your email Sunday 16, 2017 asking for an invoice to date for our services. I took that to mean you no longer want my services.

Although you then continued to send me multiple further emails, I must regrettably conclude that there is no benefit for you if I continue representing you in this matter. As requested, you will our final invoice including in this mailing. You will also find our check for the remaining funds we held in escrow and as a retainer.

You had dropped off several binders of documents. I put them at our front desk for you to pick up whenever convenient for you.

I do hope you can find a resolution to this situation, hopefully, so that you can purchase the Mill Mar home.

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                              (Section)                              (Subsection)

of the _____
         (PA Statute)

3.   I ask that process be issued and that the defendant be required to answer the charges I have made.

4.   I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
          Date                                    Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)              (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____          _____          **SEAL**
          (Magisterial District)                              (Issuing Authority)

AOPC 411B-10                                    Page 2 of 2

| Defendant's Name: | |
|---|---|
| Docket Number: | |

**PRIVATE CRIMINAL COMPLAINT**

2.  The acts committed by the accused were:
    (Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

With warm regards.

Sincerely,

Don Hess

Gibbel Kraybill & Hess LLP
Attorneys at Law
P.O. Box 5349
Lancaster, PA 17606
(717) 291-1700

Fulton Bank
Check No: 65829
Check Date: 7-21-2017
Check Amount: $3,962.00

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

From: David Carpenter (carpenter003@comcast.net)
Subject: Re: Breach of Contract July 5, 2017
Date: Aug 9, 2017 at 9:56:25 AM

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                                    (Section)                                    (Subsection)
of the _____
            (PA Statute)

3.  I ask that process be issued and that the defendant be required to answer the charges I have made.

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. *This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.*

_____                    _____
Date                                                              Signature of Complainant

Office of the Attorney for the Commonwealth☐ Approved    ☐ Disapproved because: _____

_____    _____    _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____    _____    **SEAL**
(Magisterial District)                                (Issuing Authority)

AOPC 411B-10                                Page 2 of 2

| Defendant's Name: |
|---|
| Docket Number: |

**PRIVATE CRIMINAL COMPLAINT**

2. The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

To: Barton, Michael (MichaelBarton@donegalgroup.com)

Perhaps, at very least, it may be wise to create a personal email account. You wouldn't want to experience this same problem again in the future.

Sent from my iPad

On Aug 9, 2017, at 9:30 AM , Barton, Michael (MichaelBarton@donegalgroup.com) wrote:

David
I do not have a personal e-mail. I told everyone more than a few times I do not have a home or personal e-mail and that I am advising Ms. Groff as a personal favor. the only way we could keep the communications open and going back and forth communication with me was to use my work computer and e-mail. (Donegal Mutual Insurance has no interest in this personal matter.) Because you are listening Donegal Insurance as a potential litigant I am meeting the company lawyer today to inform them that my use of company E-mail has involved them in a personal matter on mine.
David as I said before we would help you as much as we can to get the house. I talked to some loan officer friends of mine and asked if they would help you I know you talked with them but I don't know what took place. I do not know any of your personal or financial information and I don't know why things did not work out just that no one called us back.

Mike Barton
Assistant Vice President
Director and Manager of Facilities
Donegal Insurance Group
1195 River Road PO Box 302

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ (Section) and _____ (Subsection)
of the _____ (PA Statute)

3. I ask that process be issued and that the defendant be required to answer the charges I have made.

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____ Date _____ Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved  ☐ Disapproved because: _____

_____ (Name of Attorney for Commonwealth-Please Print or Type)  _____ (Signature of Attorney for Commonwealth)  _____ (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____ (Magisterial District)  _____ (Issuing Authority)  **SEAL**

AOPC 411B-10                    Page 2 of 2

| Defendant's Name: |
| Docket Number: |

**PRIVATE
CRIMINAL COMPLAINT**

2.   **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

On March 10, 2020, former D-Board Chief Paul J. Killion did nothing. Being willfully ignorant shouldn't be considered as doing something. Paul J. Killion did nothing before and after retirement.

On September 8, 2020, a complaint against Paul J. Killion was submitted to the Disciplinary Board of the Supreme Court of Pennsylvania.

Complaint Against Paul J. Killion, Esquire
File Reference #C3-20-566

Sometimes I wonder if Paul J. Killion ever even read any complaints prior to retirement.
Sometimes I wonder if Paul J. Killion ever even listened to anything.

THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA
OFFICE OF DISCIPLINARY COUNSEL
www.padisciplinaryboard.com

September 15, 2020

**PERSONAL AND CONFIDENTIAL**

Thomas J. Farrell
Chief Disciplinary Counsel

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                                (Section)                              (Subsection)

of the _____
         (PA Statute)

3.   I ask that process be issued and that the defendant be required to answer the charges I have made.

4.   I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____              _____
              Date                                              Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved   ☐ Disapproved because: _____

_____   _____   _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)   (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____              _____            **SEAL**
       (Magisterial District)                                    (Issuing Authority)

AOPC 411B-10                                  Page 2 of 2

| Defendant's Name: |
| Docket Number: |



# PRIVATE
# CRIMINAL COMPLAINT

2.    The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

Raymond S. Wierciszewski
Deputy Chief Disciplinary Counsel

Jana M. Palko
Counsel-in-Charge, Central Intake
Frick Building, Ste. 1300
437 Grant Street
Pittsburgh, PA 15219
(412) 565-3173

Intake Counsel

Robin B. Godfrey
1601 Market St., Ste. 3320
Philadelphia, PA 19103-2337
(215) 560-6296

Elizabeth J. Rubin
1601 Market St., Ste. 3320
Philadelphia, PA 19103-2337
(215) 560-6296

Alan J. Davis
820 Adams Ave., Ste. 170
Trooper, PA 19403
(610) 650-8210

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                          (Section)                        (Subsection)

of the _____
        (PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
           Date                            Signature of Complainant

Office of the Attorney for the Commonwealth☐ Approved    ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)            (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____          _____          **SEAL**
        (Magisterial District)                        (Issuing Authority)

AOPC 411B-10                            Page 2 of 2

| Defendant's Name: |
|---|
| Docket Number: |

# PRIVATE
# CRIMINAL COMPLAINT

2.    **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits.* 204 Pa.Code §§ 213.1 - 213.7.)

Suzy S. Moore
820 Adams Ave., Ste. 170
Trooper, PA 19403
(610) 650-8210

Anna M. Ciardi
Frick Building, Ste. 1300
437 Grant Street
Pittsburgh, PA 15219
(412) 565-3173

David B. Carpenter
1128 Greens Avenue
Landisville, PA 17538

Re:
Complaint Against Donald H. Nikolaus, Esquire
File Reference #C2-20-652

Complaint Against Joshua James Knapp, Esquire
File Reference #C2-20-653

Complaint Against Donald Huber Hess, Esquire
File Reference #C2-20-695

Complaint Against Thomas A. French, Esquire
File Reference #C3-20-552

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
　　　　　　　　　　　　　　　　　　　　　　(Section)　　　　　　　　　　(Subsection)

of the _____
　　　　　(PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
　　　　　　Date　　　　　　　　　　　　　　　Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____          _____          **SEAL**
　　　　　(Magisterial District)　　　　　　　　　　　　(Issuing Authority)

| Defendant's Name: |
| Docket Number: |



# PRIVATE
# CRIMINAL COMPLAINT

2. The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

Complaint Against Marcus Wanner Shand, Esquire
File Reference #C4-20-671

Complaint Against Michael Steven to Grab, Esquire
File Reference #C2-20-712

Dear Mr. Carpenter:

We conducted a review of your complaints against Attorneys Donald H. Nikolaus, Joshua James Knapp, Donald Huber Hess, Thomas A. French, Marcus Wanner Shand, and Michael Steven Grab. After review of your complaints, our office has determined that the complaints warrants dismissal for the reasons set forth below.

Please note that your complaint to our office against Paul J. Killion will be handled separately by the Disciplinary Board.

Your multiple complaints to our office raises concerns related to attorneys that appear to be involved in your attempted purchase of a real estate located at 1148 Mill Mar Road, Pennsylvania in 2017. While you have supplied voluminous documentation with your complaints, we note that a significant portion of that documentation is both repetitive and/or print outs of publicly available information regarding the various attorneys. You appear to assert, among other things, that the above-referenced attorneys have engaged in fraud, mortgage fraud, real estate fraud, and conspiracy to commit mail fraud.

From our review, we note that Mr. Hess represented you related to your attempted purchase of real estate. Mr. Knapp represented the realty company Berkshire Hathaway. Mr. Nikolaus and Mr. Grab are attorneys with Nikolaus & Hohenadel. Mr. French represents Donegal Insurance Group. Mr. Shand later purchased the real estate at issue.

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____

(Section)                          (Subsection)

of the _____
(PA Statute)

3. I ask that process be issued and that the defendant be required to answer the charges I have made.

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____                          _____
Date                                      Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved   ☐ Disapproved because: _____

_____                          _____                    _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)   (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____                          _____                    **SEAL**
(Magisterial District)                    (Issuing Authority)

| Defendant's Name: |
|---|
| Docket Number: |



## PRIVATE
## CRIMINAL COMPLAINT

2.    The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

We note that the voluminous documentation you supplied to our office along with your complaints contains references to various other attorneys. Please remember, as we informed you previously, this office will not conduct reviews of any attorneys unless and until you complete and sign a complaint form which clearly specifies the attorney about whom you are complaining and the specific conduct about which you are concerned. There is no need for you to supply to us publicly available information, such as contact information or biographies, regarding any attorneys. We also note that the documentation you supplied contains publicly available information regarding various other professionals. Please understand that this office only has jurisdiction over attorneys licensed to practice law in Pennsylvania.

Some of the documentation which you supplied to our office references Judges in Pennsylvania. Complaints against Judges must be made to the Judicial Conduct Board at:

Judicial Conduct Board
Pennsylvania Judicial Center
601 Commonwealth Ave., Ste. 3500
P.O. Box 62525
Harrisburg, PA 17120

Please consider the following regarding the legal disciplinary system. The Rules of Professional Conduct are limited in scope, and express specific prohibitions in limited areas of what might be called "improper" or "unethical" behavior. Some actions which one might consider "improper" or "unethical" do not violate any of the pertinent Rules. Moreover, an attorney can

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                    (Section)                    (Subsection)

of the _____
         (PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____        _____
         Date                              Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____    _____    _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____    _____    **SEAL**
         (Magisterial District)                    (Issuing Authority)

| Defendant's Name: |
|---|
| Docket Number: |



# PRIVATE
# CRIMINAL COMPLAINT

2.  **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

only be disciplined for conduct when there is "clear and satisfactory proof" of facts that an attorney has violated a specific Rule.

To the extent that your complaint takes issue with Mr. Hess' advice, or the quality of his representation, this aspect of your complaint has been dismissed. Securing the services of an attorney is done in reliance upon his or her professional judgment and advice. The fact that the client may disagree with the attorney's judgment or conduct does not necessarily mean that the attorney has engaged in any violation of the Rules of Professional Conduct. An attorney's advice or judgment as to action which should be taken on a case is often unique to the circumstances surrounding that matter. Further, an attorney had discretion in representing a client. This office will not second-guess those actions during representation, unless there are compelling and substantial indications that we should do so. Those indications are not present in your description of the circumstances of your complaint.

To the extent that you believe that Mr. Hess may have committed malpractice, please understand that the Disciplinary Board is not a malpractice forum. This office cannot review your file to give you a "second opinion" regarding the manner in which Mr. Hess handled your legal matter. Nor can this office engage in a "fishing expedition" with a view to uncovering conduct that might constitute a violation of our Rules of Professional Conduct.

In so far as your complaints against Mr. Nikolaus, Mr. Grab, Mr. Knapp or Mr. French are related to them sending you notice to cease and desist, or pursuing charges against you, these portions of your complaint have been dismissed as well. Please understand that the attorneys have a duty to pursue the interests of their respective clients, which may oppose your interests. While you may have arguments against the position advocated by the attorneys, and while you may feel your position is correct. The attorneys are nonetheless entitled to seek to advance the interests of their clients. Further, our office has no authority or jurisdiction to impact any criminal charges that might have been brought against you related to same.

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                              (Section)                                    (Subsection)

of the _____
                (PA Statute)

3.  I ask that process be issued and that the defendant be required to answer the charges I have made.

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____          _____
                Date                                      Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____          _____          _____
(Name of Attorney for Commonwealth-Please Print or Type)        (Signature of Attorney for Commonwealth)                (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

**SEAL**

_____          _____
            (Magisterial District)                                      (Issuing Authority)

AOPC 411B-10                                      Page 2 of 2

<table>
<tr><td>Defendant's Name:</td></tr>
<tr><td>Docket Number:</td></tr>
</table>



# PRIVATE
# CRIMINAL COMPLAINT

2.   **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

To the extent that your complaint alleges that Mr. Shand acted inappropriately in later purchasing the property you had previously attempted to purchase, from our review, we find no evidence to substantiate misconduct on the part of Mr. Shand related to the property at issue.

To the extent that your complaint implies that the above-named attorneys somehow conspired or acted in concert against you, these portions of your complaints have been dismissed as well. Please understand that this office, like any other prosecutorial agency, has the burden of proof. Each and every allegation of ethical misconduct must be proven by "clear and satisfactory proof" of facts. Surmise, conjecture or even a strong suspicion of misconduct on the part of an attorney, will not suffice to meet the burden of proof. From our review, we do not find sufficient evidence to prove misconduct on the part of any of the above-referenced attorneys related to your concerns.

To the extent that you believe that the conduct of which you complain amounts to the commission of a crime or crimes by the any of the above-referenced attorneys, please note that this office does not enforce the Pennsylvania Crimes Code. If you believe that any of the above-referenced attorneys have committed a crime you should consult with law enforcement offices or counsel of your own choosing as to your legal rights and remedies in this regard. If any of the attorneys about which you complaint is convicted of a crime, you may report the conviction to this office at that time.

We do not have a basis to conduct further disciplinary inquiry and have dismissed your complaint. Let me briefly explain the process in which we engage before dismissing a complaint. After reviewing the file and making a determination for the dismissal, I forward the file to another attorney in this office. The second attorney will then review my recommendation

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                         (Section)                    (Subsection)
of the _____
        (PA Statute)

3.   I ask that process be issued and that the defendant be required to answer the charges I have made.

4.   I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____                          _____
      Date                            Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____            _____            _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)        (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

**SEAL**

_____            _____
(Magisterial District)                (Issuing Authority)

AOPC 411B-10                    Page 2 of 2

| Defendant's Name: |
|---|
| Docket Number: |

# PRIVATE
# CRIMINAL COMPLAINT

2.   **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged.  A citation to the statute allegedly violated, without more, is not sufficient.  In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known.  In addition, *social security numbers and financial information (e.g. PINS) should not be listed.  If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

and the file will either concur in or modify my recommendation. In this case the reviewing attorney concurred in my recommendation to dismiss this complaint.

With few exceptions, the attorney disciplinary system is confidential and remains so unless and until formal disciplinary charges are filed by the Office of Disciplinary Counsel against the respondent-attorney with the Disciplinary Board and the respondent-attorney has had the opportunity to answer those charges.

We appreciate the interest and concern with the legal profession which you showed by bringing this matter to our attention.

Very truly yours,

Anna Marie Ciardi
Disciplinary Counsel

AMC/rm

THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA
OFFICE OF DISCIPLINARY COUNSEL
www.padisciplinaryboard.com

October 8, 2020

## PERSONAL AND CONFIDENTIAL

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____

(Section)          (Subsection)

of the _____

(PA Statute)

3.   I ask that process be issued and that the defendant be required to answer the charges I have made.

4.   I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief.  This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

| Date | Signature of Complainant |
|---|---|

Office of the Attorney for the Commonwealth☐ Approved   ☐ Disapproved because: _____

| (Name of Attorney for Commonwealth-Please Print or Type) | (Signature of Attorney for Commonwealth) | (Date) |
|---|---|---|

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

| (Magisterial District) | (Issuing Authority) | **SEAL** |
|---|---|---|

AOPC 411B-10                    Page 2 of 2

| Defendant's Name: | | **PRIVATE** |
| Docket Number: | | **CRIMINAL COMPLAINT** |

2.  The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.)*

Thomas J. Farrell
Chief Disciplinary Counsel

Raymond S. Wierciszewski
Deputy Chief Disciplinary Counsel

Jana M. Palko
Counsel-in-Charge, Central Intake
Frick Building, Ste. 1300
437 Grant Street
Pittsburgh, PA 15219
(412) 565-3173

Intake Counsel

Robin B. Godfrey
1601 Market St., Ste. 3320
Philadelphia, PA 19103-2337
(215) 560-6296

Elizabeth J. Rubin
1601 Market St., Ste. 3320
Philadelphia, PA 19103-2337
(215) 560-6296

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
    (Section)                  (Subsection)

of the _____
    (PA Statute)

3.  I ask that process be issued and that the defendant be required to answer the charges I have made.

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. *This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904)* relating to unsworn falsification to authorities.

_____          _____
        Date                            Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved   ☐ Disapproved because: _____

_____    _____    _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)   (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____          _____          **SEAL**
    (Magisterial District)               (Issuing Authority)

| Defendant's Name: |
| Docket Number: |

**PRIVATE CRIMINAL COMPLAINT**

2. **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

Alan J. Davis
820 Adams Ave., Ste. 170
Trooper, PA 19403
(610) 650-8210

Suzy S. Moore
820 Adams Ave., Ste. 170
Trooper, PA 19403
(610) 650-8210

Anna M. Ciardi
Frick Building, Ste. 1300
437 Grant Street
Pittsburgh, PA 15219
(412) 565-3173

David B. Carpenter
1128 Greens Avenue
Landisville, PA 17538

Re:
Complaint Against Esther Jean Winne, Esquire
File Reference #C4-20-788

Dear Mr. Carpenter:

We conducted a review of your October 6, 2020 complaint against Attorney Esther Jean Winne. After review of your complaint, our office has determined that the complaint warrants

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                        (Section)                              (Subsection)

of the _____
       (PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

| _____ | _____ |
| Date | Signature of Complainant |

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

| _____ | _____ | _____ |
| (Name of Attorney for Commonwealth-Please Print or Type) | (Signature of Attorney for Commonwealth) | (Date) |

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

**SEAL**

| _____ | _____ |
| (Magisterial District) | (Issuing Authority) |

AOPC 411B-10                    Page 2 of 2

| | |
|---|---|
| Defendant's Name: | |
| Docket Number: | |



**PRIVATE
CRIMINAL COMPLAINT**

2.    The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits.* 204 Pa.Code §§ 213.1 - 213.7.)

dismissal for the reasons set forth below.

We also wanted to inform you that we are in receipt of your complaint, dated October 5, 2020, which you submitted against "Paul Killion's Assistant." We will <u>not</u> open a complaint file in reference to that complaint, as the person about whom you complain is <u>not</u> an attorney. We will not respond to you further regarding that matter.

In your complaint against Ms. Winne, you allege that Ms. Winne committed misconduct because when you "reported fraud" to Ms. Winne, she then reported you to the East Hempfield Police. You may recall from your previous complaints to our office, that the Rules of Professional Conduct are limited in scope, and express specific prohibitions in limited areas of what might be called "improper" or "unethical" behavior. Some actions which one might consider "improper" or "unethical" do not violate any of the pertinent Rules. Moreover, an attorney can only be disciplined for conduct when there is evidence substantiated by clear and satisfactory proof that the attorney engaged in conduct that violates a specific Rule.

Please understand that the majority of the Rules of Professional Conduct concern the conduct of an attorney while they are representing a *client* as an advisor, as an advocate, or as an evaluator, and Ms. Winne does not represent your interests in any way. Further, the conduct of which you complain does not amount to a *per se violation* of any of the Rules of Professional Conduct.

That being said, to the extent that your complaint amounts to an allegation that Ms. Winne made a false police report against you, or otherwise believe that the conduct of which you complain amounts to the commission of a crime, please note that this office does not enforce

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                                                (Section)                               (Subsection)

of the _____
           (PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. *This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.*

_____          _____
           Date                                              Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved    ☐ Disapproved because: _____

_____          _____    _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)              (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

**SEAL**

_____          _____
      (Magisterial District)                              (Issuing Authority)

| Defendant's Name: |
| --- |
| Docket Number: |

**PRIVATE
CRIMINAL COMPLAINT**

2.    **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

the Pennsylvania Criminal Code. As we have told you previously, if you believe that Ms. Winne or others have committed a crime you may consult with law enforcement offices or counsel of your own choosing as to your legal rights and remedies in this regard. If Ms. Winne is convinced of a crime, you may report the conviction to this office at the time.

We do not have a basis to conduct further disciplinary inquiry. We have dismissed your complaint and consider this matter closed. Let me briefly explain the process in which we engage before dismissing a complaint. After reviewing the file and making a determination for the dismissal, I forward the file to another attorney in this office. The second attorney will then review my recommendation and the file and will either concur in or modify my recommendation. In this case the reviewing attorney concurred in my recommendation to dismiss this complaint.

With few exceptions, the attorney disciplinary system is confidential and remains so unless and until formal disciplinary charges are filed by the Office of Disciplinary Counsel against the respondent-attorney with the Disciplinary Board and the respondent-attorney has had the opportunity to answer those charges.

We appreciate the interest and concern with the legal profession which you showed by bringing this matter to our attention.

Very truly yours,

Anna Marie Ciardi
Disciplinary Counsel

AMC/ec

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                                (Section)                              (Subsection)

of the _____
            (PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

_____      _____
            Date                              Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved   ☐ Disapproved because: _____

_____      _____      _____
(Name of Attorney for Commonwealth-Please Print or Type)   (Signature of Attorney for Commonwealth)   (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____      _____      **SEAL**
      (Magisterial District)                  (Issuing Authority)

| Defendant's Name: | |
|---|---|
| Docket Number: | |

**PRIVATE CRIMINAL COMPLAINT**

2.    The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated. The age of the victim at the time of the offense may be included, if known. In addition, *social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*)

City of Phoenix

BARTON J. FEARS
General Counsel
Phoenix Municipal Court

January 21, 2021

Mr. David Carpenter
P.O. Box 344
Landisville, PA 17538

Via US Mail — Certified

**RE: *The Envelope, The Three Boxes, and The Priority Mail Envelope Containing Documents Sent to the Phoenix Municipal Court***

Dear Mr. Carpenter:

As the Phoenix Municipal Court's ("Court's") attorney, I am writing to let you know that the envelope, the three boxes, and the priority mail envelope documents that you sent earlier this month to the Court have been received. Including in these documents is a one-page, set of proposed findings for the Court's Chief Presiding Judge to sign-off on finding "bribery" and "corruption" allegedly committed as a part of an alleged real estate purchase for address 1148

All of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of _____ and _____
                                                     (Section)                          (Subsection)

of the _____
       (PA Statute)

3.    I ask that process be issued and that the defendant be required to answer the charges I have made.

4.    I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. *This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.*

_____                    _____
        Date                              Signature of Complainant

Office of the Attorney for the Commonwealth ☐ Approved   ☐ Disapproved because: _____

_____                    _____                    _____
(Name of Attorney for Commonwealth-Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

AND NOW, on this date _____, I certify that the complaint has been properly completed and verified.

_____                    _____                    **SEAL**
(Magisterial District)                          (Issuing Authority)

**Thomas J. Farrell**
Chief Disciplinary Counsel

**Raymond S. Wierciszewski**
Deputy Chief Disciplinary Counsel

**Jana M. Palko**
Counsel-in-Charge, Central Intake
Frick Building, Ste. 1300
437 Grant Street
Pittsburgh, PA 15219
(412) 565-3173



OF THE

SUPREME COURT OF PENNSYLVANIA



**OFFICE OF DISCIPLINARY COUNSEL**
www.padisciplinaryboard.org

**Intake Counsel**

Robin B. Godfrey
1601 Market St., Ste. 3320
Philadelphia, PA 19103-2337
(215) 560-6296

Elizabeth J. Rubin
1601 Market St., Ste. 3320
Philadelphia, PA 19103-2337
(215) 560-6296

Alan J. Davis
820 Adams Ave., Ste. 170
Trooper, PA 19403
(610) 650-8210

Suzy S. Moore
820 Adams Ave., Ste. 170
Trooper, PA 19403
(610) 650-8210

Anna M. Ciardi
Frick Building, Ste. 1300
437 Grant Street
Pittsburgh, PA 15219
(412) 565-3173

September 15, 2020

**PERSONAL AND CONFIDENTIAL**

David Carpenter
1128 Greens Avenue
Landisville, PA 17538

Re:    Complaint Against Donald H. Nikolaus, Esquire
File Reference #C2-20-652

Complaint Against Joshua James Knapp, Esquire
File Reference #C2-20-653

Complaint Against Donald Huber Hess, Esquire
File Reference #C2-20-695

Complaint Against Thomas A. French, Esquire
File Reference #C3-20-552

Complaint Against Marcus Wanner Shand, Esquire
File Reference #C4-20-671

Complaint Against Michael Steven Grab, Esquire
File Reference #C2-20-712

Dear Mr. Carpenter:

We conducted a review of your complaints against Attorneys Donald H. Nikolaus, Joshua James Knapp, Donald Huber Hess, Thomas A. French, Marcus Wanner Shand, and Michael Steven Grab. After review of your complaints, our office has determined that the complaints warrants dismissal for the reasons set forth below.

David Carpenter
Page Two
September 15, 2020

Please note that your complaint to our office against Paul J. Killion will be handled separately by the Disciplinary Board.

Your multiple complaints to our office raise concerns related to attorneys that appear to be involved in your attempted purchase of a real estate located at 1148 Mill Mar Road, Lancaster, Pennsylvania in 2017. While you have supplied voluminous documentation with your complaints, we note that a significant portion of that documentation is both repetitive and/or print outs of publicly available information regarding the various attorneys. You appear to assert, among other things, that the above-referenced attorneys have engaged in fraud, mortgage fraud, real estate fraud, and conspiracy to commit mail fraud.

From our review, we note that Mr. Hess represented you related to your attempted purchase of real estate. Mr. Knapp represented the realty company Berkshire Hathaway. Mr. Nikolaus and Mr. Grab are attorneys with Nikolaus & Hohenadel. Mr. French represents Donegal Insurance Group. Mr. Shand later purchased the real estate at issue.

We note that the voluminous documentation you supplied to our office along with your complaints contains references to various other attorneys. Please remember, as we informed you previously, this office will not conduct reviews of any attorneys unless and until you complete and sign a complaint form which clearly specifies the attorney about whom you are complaining and the specific conduct about which you are concerned. There is no need for you to supply to us publicly available information, such as contact information or biographies, regarding any attorneys. We also note that the documentation you supplied contains publicly available information regarding various other professionals. Please understand that this office only has jurisdiction over attorneys licensed to practice law in Pennsylvania.

Some of the documentation which you supplied to our office references Judges in Pennsylvania. Complaints against Judges must be made to the Judicial Conduct Board at:

Judicial Conduct Board
Pennsylvania Judicial Center
601 Commonwealth Ave., Ste. 3500
P.O. Box 62525
Harrisburg, PA 17120

Please consider the following regarding the legal disciplinary system. The Rules of Professional Conduct are limited in scope, and express specific prohibitions in limited areas of what might be called "improper" or "unethical" behavior. Some actions which one might consider "improper" or "unethical" do not violate any of the pertinent Rules. Moreover, an

David Carpenter
Page Three
September 15, 2020

attorney can only be disciplined for conduct when there is "clear and satisfactory proof" of facts that an attorney has violated a specific Rule.

To the extent that your complaint takes issue with Mr. Hess' advice, or the quality of his representation, this aspect of your complaint has been dismissed. Securing the services of an attorney is done in reliance upon his or her professional judgment and advice. The fact that the client may disagree with the attorney's judgment or conduct does not necessarily mean that the attorney has engaged in any violation of the Rules of Professional Conduct. An attorney's advice or judgment as to action which should be taken on a case is often unique to the circumstances surrounding that matter. Further, an attorney has discretion in representing a client. This office will not second-guess those actions during representation, unless there are compelling and substantial indications that we should do so. Those indications are not present in your description of the circumstances of your complaint.

To the extent that you believe that Mr. Hess may have committed malpractice, please understand that the Disciplinary Board is not a malpractice forum. This office cannot review your file to give you a "second opinion" regarding the manner in which Mr. Hess handled your legal matter. Nor can this office engage in a "fishing expedition" with a view to uncovering conduct that might constitute a violation of our Rules of Professional Conduct.

In so far as your complaints against Mr. Nikolaus, Mr. Grab, Mr. Knapp or Mr. French are related to them sending you notice to cease and desist, or pursuing charges against you, these portions of your complaint have been dismissed as well. Please understand that the attorneys have a duty to pursue the interests of their respective clients, which may oppose your interests. While you may have arguments against the position advocated by the attorneys, and while you may feel your position is correct. The attorneys are nonetheless entitled to seek to advance the interests of their clients. Further, our office has no authority or jurisdiction to impact any criminal charges that might have been brought against you related to same.

To the extent that your complaint alleges that Mr. Shand acted inappropriately in later purchasing the property you had previously attempted to purchase, from our review, we find no evidence to substantiate misconduct on the part of Mr. Shand related to the property at issue.

To the extent that your complaint implies that the above-named attorneys somehow conspired or acted in concert against you, these portions of your complaints have been dismissed as well. Please understand that this office, like any other prosecutorial agency, has the burden of proof. Each and every allegation of ethical misconduct must be proven by "clear and satisfactory proof" of facts. Surmise, conjecture

David Carpenter
Page Four
September 15, 2020

or even a strong suspicion of misconduct on the part of an attorney, will not suffice to meet our burden of proof. From our review, we do not find sufficient evidence to prove misconduct on the part of any of the above-referenced attorneys related to your concerns.

To the extent that you believe that the conduct of which you complain amounts to the commission of a crime or crimes by the any of the above-referenced attorneys, please note that this office does not enforce the Pennsylvania Crimes Code. If you believe that any of the above-referenced attorneys have committed a crime you should consult with law enforcement offices or counsel of your own choosing as to your legal rights and remedies in this regard. If any of the attorneys about which you complaint is convicted of a crime, you may report the conviction to this office at that time.

We do not have a basis to conduct further disciplinary inquiry and have dismissed your complaint. Let me briefly explain the process in which we engage before dismissing a complaint. After reviewing the file and making a determination for the dismissal, I forward the file to another attorney in this office. The second attorney will then review my recommendation and the file and will either concur in or modify my recommendation. In this case the reviewing attorney concurred in my recommendation to dismiss this complaint.

With few exceptions, the attorney disciplinary system is confidential and remains so unless and until formal disciplinary charges are filed by the Office of Disciplinary Counsel against the respondent-attorney with the Disciplinary Board and the respondent-attorney has had the opportunity to answer those charges.

We appreciate the interest and concern with the legal profession which you showed by bringing this matter to our attention.

Very truly yours,

Anna Marie Ciardi
Disciplinary Counsel

AMC/rm

**Thomas J. Farrell**
Chief Disciplinary Counsel

**Raymond S. Wierciszewski**
Deputy Chief Disciplinary Counsel

**Jana M. Palko**
Counsel-in-Charge, Central Intake
Frick Building, Ste. 1300
437 Grant Street
Pittsburgh, PA 15219
(412) 565-3173



THE DISCIPLINARY BOARD
OF THE
SUPREME COURT OF PENNSYLVANIA



**OFFICE OF DISCIPLINARY COUNSEL**
www.padisciplinaryboard.org

**Intake Counsel**

Robin B. Godfrey
1601 Market St., Ste. 3320
Philadelphia, PA 19103-2337
(215) 560-6296

Elizabeth J. Rubin
1601 Market St., Ste. 3320
Philadelphia, PA 19103-2337
(215) 560-6296

Alan J. Davis
820 Adams Ave., Ste. 170
Trooper, PA 19403
(610) 650-8210

Suzy S. Moore
820 Adams Ave., Ste. 170
Trooper, PA 19403
(610) 650-8210

Anna M. Ciardi
Frick Building, Ste. 1300
437 Grant Street
Pittsburgh, PA 15219
(412) 565-3173

October 8, 2020

## PERSONAL AND CONFIDENTIAL

David B. Carpenter
1128 Greens Avenue
Landisville, PA 17538

> Re:    Complaint Against Esther Jean Winne, Esquire
>        File Reference #C4-20-788

Dear Mr. Carpenter:

We conducted a review of your October 6, 2020 complaint against Attorney Esther Jean Winne. After review of your complaint, our office has determined that the complaint warrants dismissal for the reasons set forth below.

We also wanted to inform you that we are in receipt of your complaint, dated October 5, 2020, which you submitted against "Paul Killion's Assistant." We will not open a complaint file in reference to that complaint, as the person about whom you complain is not an attorney. We will not respond to you further regarding that matter.

In your complaint against Ms. Winne, you allege that Ms. Winne committed misconduct because when you "reported fraud" to Ms. Winne, she then reported you to the East Hempfield Police. You may recall from your previous complaints to our office, that the Rules of Professional Conduct are limited in scope, and express specific prohibitions in limited areas of what might be called "improper" or "unethical" behavior. Some actions which one might consider "improper" or "unethical" do not violate any of the pertinent Rules. Moreover, an attorney can only be disciplined for conduct when there is evidence substantiated by clear and satisfactory proof that the attorney engaged in conduct that violates a specific Rule.

David B. Carpenter
Page Two
October 8, 2020

Please understand that the majority of the Rules of Professional Conduct concern the conduct of an attorney while they are representing a *client* as an advisor, as an advocate, or as an evaluator, and Ms. Winne does not represent your interests in any way. Further, the conduct of which you complain does not amount to a *per se* violation of any of the Rules of Professional Conduct.

That being said, to the extent that your complaint amounts to an allegation that Ms. Winne made a false police report against you, or otherwise believe that the conduct of which you complain amounts to the commission of a crime, please note that this office does not enforce the Pennsylvania Criminal Code. As we have told you previously, if you believe that Ms. Winne or others have committed a crime you may consult with law enforcement offices or counsel of your own choosing as to your legal rights and remedies in this regard. If Ms. Winne is convicted of a crime, you may report the conviction to this office at that time.

We do not have a basis to conduct further disciplinary inquiry. We have dismissed your complaint and consider this matter closed. Let me briefly explain the process in which we engage before dismissing a complaint. After reviewing the file and making a determination for the dismissal, I forward the file to another attorney in this office. The second attorney will then review my recommendation and the file and will either concur in or modify my recommendation. In this case the reviewing attorney concurred in my recommendation to dismiss this complaint.

With few exceptions, the attorney disciplinary system is confidential and remains so unless and until formal disciplinary charges are filed by the Office of Disciplinary Counsel against the respondent-attorney with the Disciplinary Board and the respondent-attorney has had the opportunity to answer those charges.

We appreciate the interest and concern with the legal profession which you showed by bringing this matter to our attention.

Very truly yours,

Anna Marie Ciardi
Disciplinary Counsel

AMC/ ec

 **GKH attorneys Marci Miller, Doug Smith,...**

Liked by **Marcus Shand**

 **Important update for employers of...**

Shared by **Marcus Shand**

# Experience

 **Assistant United States Attorney**

United States Attorneys' Offices

Mar 2020 – Present · 3 months

Phoenix, Arizona, United States





# WITNESS INFORMATION FORM
## CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | | Complaint/Incident Number |
|---|---|---|---|---|
| | | | | 1710027274 |

| | First: | | Middle: | Last: |
|---|---|---|---|---|
| Defendant Name | DAVID | | B | CARPENTER |

If the witness is a minor, or has a dependant and a has guardian assigned by the court √ the box in the gray area and list the parent or guardians' name, so they can be included in the subpoena.

| ☒ √ If needed for hearing | ☐ Minor / ☐ Dependant: | |
|---|---|---|

MIKE                                                                      BARTON
(Name)

1199 RIVER ROAD                                                 (717)368-9312  ☒ Home
MARIETTA, PA 17547                                              ()-            ☐ Cell
(Address)                                                       (Telephone Number)

DONEGAL INSURANCE GROUP                                         ()-            Work

(Employer - If known)





**DONEGAL.**
INSURANCE GROUP

**MIKE BARTON**
Assistant Vice President
Director and Manager of Facilities

Fax: 717-426-7313                          HOME OFFICE:
Cell: 717-572-1244              1195 River Road, P.O. Box 302
After Hrs. Direct: 800-877-0600 x7409      Marietta, PA 17547-0302
mikebarton@donegalgroup.com                717-426-1931 x7409

# GKH

**GIBBEL KRAYBILL & HESS** LLP

ATTORNEYS & COUNSELORS AT LAW

October 16, 2017

**By      Certified Mail, Restricted Delivery**
**        Return Receipt Requested**

**And By First Class Mail**

David Carpenter
1128 Green Avenue
Landisville, PA 17538

   Re: **Defiant Trespass Notice**

Dear Mr. Carpenter:

  This letter puts you on notice that you are prohibited from entering, visiting, or remaining at the property of Gibbel Kraybill & Hess, LLP, 2933 Lititz Pike, Lititz, PA 17543, effective immediately. This restriction is unconditional and, if you decide to disregard this notice, you will face possible prosecution under 18 Pa.C.S.A. Section 3503 (b), as a Defiant Trespasser.

  In addition, you are to refrain from any and all verbal threats, annoying telephone calls, and any other action which serves no legitimate purpose but is merely calculated to intimidate or harass any person at the above address. If necessary, we will contact the local police and the Office of the District Attorney to pursue various avenues of redress if such behavior persists, including the filing of a criminal complaint.

  Please govern yourself accordingly.

        Sincerely,

        Gibbel Kraybill & Hess, LLP

        By: _____
        Don Hess

Manheim Township Police Department
921 Municipal Drive
Lancaster, PA 17601

WWW.GKH.COM

2933 Lititz Pike
PO Box 559
Lancaster, PA 176

# Joshua J. Knapp

Partner

(717) 399-1577
jknapp@barley.cor
Print bio as PDF

Josh is a partner in the firm's Litigation Group and leads th firm's Injunction practice group. He maintains an active civ and commercial litigation practice, representing a variety ( clients in both state and federal courts. Josh specializes i contract disputes, business torts, creditor's rights an collections, premises liability, restrictive covenant an ejectment actions. Josh also has extensive appellat experience and has served as local counsel in comple litigation matters in both Lancaster County and U.S. Distric Courts.

Josh's recent experience includes:

### Lancaster Office

126 East King Street
Lancaster, PA 17602
Tel: (717) 299-5201
Fax: (717) 291-4660

## Mary Lou Hill

Agent/Producer – HomeSale Insurance Serv
Affiliate of Berkshire Hathaway Homesale
150 North Pointe Blvd., Lancaster, PA 1760
**Personal and Commercial Insurance Sale:**
mhill@homesale.com
Mobile: 717-572-6196
Fax: 610-650-5408





**BERKSHIRE HATHAWAY** HomeServices

**Sarah Sample**
Buyer Specialist
The Craig Hartranft Team

THE CRAIG HARTRANFT TEAM

**Homesale Realty**
150 N. Pointe Blvd.
Lancaster, PA 17601
Office 717-560-5051  Cell 717-575-9059
Direct 717-286-9996  Fax 717-560-9740
sarahsample12@gmail.com
www.craigsteam.com



**BERKSHIRE HATHAWAY** HomeServices

**Pamela Dull**
REALTOR®
The Craig Hartranft Team

**Homesale Realty**
150 N. Pointe Blvd.
Lancaster, PA 17601
Office 717-560-5051  Cell 717-333-6414
Direct 717-286-9637  Fax 717-560-9740
pdull@homesale.com
www.craigsteam.com



126 East King Street
Lancaster, PA 17602-2893
Tel 717.299.5201   Fax 717.291.4660
www.barley.com

**Joshua J. Knapp, Esquire**
Direct Dial Number: 717-399-1577
E-mail: jknapp@barley.com

September 13, 2017

**VIA CERTIFIED MAIL, FIRST-CLASS MAIL AND
E-MAIL (CARPENTER003@COMCAST.NET)**
David Carpenter
1128 Green Avenue
Landisville, PA  17538

> **Re:    Berkshire Hathaway Cease and Desist and No Trespass Notice**

Dear Mr. Carpenter:

Please be advised that this firm represents Berkshire Hathaway Homeservices Homesale Realty ("Berkshire Hathaway").  I am writing regarding several recent harassing, inappropriate and even threatening electronic messages that you have conveyed to, among others, Sarah Sample (the "Messages") regarding or related in any way to the property located at 1148 Mill Mar Road.

Ms. Sample is an agent of this company, and your recent Messages may already be sufficient, in and of themselves, to support criminal prosecution for harassment and/or disorderly conduct.  And any attempts by you to publicly disparage or sully the reputation of Ms. Sample, Berkshire Hathaway, or any of its people could subject you to liability for, among other things, libel, defamation, commercial disparagement and tortious interference with contract.  In this context, please be advised that your prior messages have been preserved and transcribed, and copies retained in this office.

Given the nature and circumstances of your communications, you are hereby directed to cease and desist from all harassment by communication of any kind, including specifically phone calls, e-mails and text messages, of Ms. Sample or any other agent or employee of Berkshire Hathaway.  You are further directed to specifically refrain from any inflammatory or defamatory comments to or concerning Ms. Sample or any other agent, employee or associate of Berkshire Hathaway.  If you fail to comply with these directions, Berkshire Hathaway reserves its right to file a criminal complaint pursuant to 18 Pa. C.S.A. § 5504 of the Pennsylvania Crimes Code for harassment by communications, or to otherwise take legal action against you.

Additionally, this letter will serve as notice that as a result of your conduct you are hereby permanently barred from entering upon the property of Berkshire Hathaway located at 150 North Pointe Blvd., Lancaster, Pennsylvania  17601, to include all parking lots, sidewalks

5796160.1

Lancaster ▫ York ▫ Reading ▫ Malvern ▫ Hanover ▫ Hunt Valley

September 13, 2017
Page 2

and surrounding areas. If you attempt to enter upon or trespass on said property, the police will immediately be contacted and criminal charges may be filed against you as appropriate under the law, including but not limited to Section 3503 of the Pennsylvania Crimes Code, 18 P.S. §3503. A copy of this letter is being supplied to the East Hempfield Police Department.

Please direct any future communications about this matter to my attention as legal counsel. In other words, you are hereby further directed to cease any and all direct communication with my client, including via e-mail, text message, in person or by phone, concerning this matter.

Thank you for your anticipated cooperation.

Sincerely,

Joshua J. Knapp

JJK:tt
cc:    Stephen A. Skiles, Chief of Police
       East Hempfield Police Department

5796160.1

 

+ 100% −    Search the website 🔍



The
# DISCIPLINARY BOARD
*of the Supreme Court of Pennsylvania*

I need to... ⌄

**FOR ATTORNEYS FOR THE PUBLIC CASES NEWS & MEDIA ABOUT**

*Quick Links*

❮ Back to Search

## BROWSE RULES
*Browse the Rules that govern attorneys.*

# Knapp, Joshua James

## FILE A COMPLAINT
*File a complaint against an attorney.*

*Public Information*

*Pending Proceedings*        *History*

## LOOK UP AN ATTORNEY
*View an attorney's contact information and disciplinary history.*

## SEARCH OPINIONS
*Search Supreme Court and*

*Disciplinary Board Opinions.*

**RECENT CASES**

*Search Supreme Court and Disciplinary Board Actions.*

| | |
|---|---|
| **Attorney ID:** | 92123 |
| **Current Status:** | Active |
| **Date of Admission:** | 12/12/2003 |
| **Employer:** | Barley Snyder LLP |
| **Address:** | BARLEY SNYDER LLP<br>126 E KING ST<br>LANCASTER,<br>Pennsylvania 17602-2893 |
| **Country:** | United States |
| **Telephone:** | (717) 399-1577 |
| **Fax:** | (717) 291-4660 |
| **County:** | Lancaster |
| **District:** | District 2 |

**Professional Liability Insurance:**

I maintain, either individually or through my firm, professional liability insurance pursuant to the provisions of Rule of Professional Conduct 1.4(c).

SITE MAP    CONTACT US    Search    GO

# YOUNG & YOUNG
## ATTORNEYS AT LAW

Manheim:

Home | Attorney Profiles | Since 1915 | News | Resources | Contact Us | Testimonials

Home » Attorney Profiles » J. D. Young, Jr.

Print | Email | ➕ Share

### AREAS OF PRACTICE

› Personal Injury

› Estate Planning and Settlement

› Elder Law

› Real Estate

› Adoptions

› General Civil Practice

### CONTACT US
request a consultation ►

### PERSONAL INJURY
frequently asked questions ►

### BUYING A HOME
how we can help ►

### INJURED
in an accident or at work ►

### ESTATES
planning or settling ►

## J. D. Young, Jr.



Attorney J.D. Young, Jr.

J. D. graduated from Manheim Central High School in 1976, from Gettysburg College in 1980 and from The Delaware Law School of Widener University in 1983. He joined his father's law practice upon graduation and has remained in private practice with Young and Young since then. He is a member of the Pennsylvania and Lancaster Bar Associations, serves on the Advisory Board of Fulton Bank Manheim Branch, is a Trustee and President of the Board of Managers of the Danner Home, a member of Manheim Lions Club, past member of the Trustee Council of the Manheim Central Foundation for Educational Enrichment (McFEE), President of the Manheim Tennis Club, and serves on the Consistory at Saint Paul's United Church of Christ in Manheim. In addition to estate planning and settlement, J.D. also manages a busy real estate practice, which includes preparation and review of agreements of sale, conducting mortgage and real estate settlements and facilitating like-kind exchanges. He is a licensed title insurance agent and offers title insurance through Conestoga Title Insurance Company.

## More Profiles

Attorney Susan Young Nicholas

---

Personal Injury | Estate Planning and Settlement | Elder Law | Real Estate | Adoptions | General Civil Practice

Offices: 44 South Main St. · Manheim, PA 17545 · Telephone: (717) 665-2207 · Fax: (717) 665-2422

© 2022 Young & Young Attorneys · All Rights Reserved

website by: SiteStrux, Inc.





**The**
# DISCIPLINARY BOARD
*of the Supreme Court of Pennsylvania*

## FOR ATTORNEYS FOR THE PUBLIC CASES NEWS & MEDIA ABOUT

*Quick Links*

**‹ Back to Search**

**BROWSE RULES**

*Browse the Rules that govern attorneys.*

**FILE A COMPLAINT**

*File a complaint against an attorney.*

**LOOK UP AN ATTORNEY**

*View an attorney's contact information and disciplinary history.*

**SEARCH OPINIONS**

*Search Supreme Court and*

# Young, John David, Jr.

*Public Information*

*Pending Proceedings*          *History*

*Disciplinary Board Opinions.*

**RECENT CASES**

*Search Supreme Court and Disciplinary Board Actions.*

| | |
|---|---|
| **Attorney ID:** | 39136 |
| **Current Status:** | Active |
| **Date of Admission:** | 10/24/1983 |
| **Employer:** | N/A |
| **Address:** | 44 S MAIN ST<br>PO BOX 126<br>MANHEIM, Pennsylvania<br>17545-1669 |
| **Country:** | United States |
| **Telephone:** | (717) 665-2207 |
| **Fax:** | (717) 665-2422 |
| **County:** | Lancaster |
| **District:** | District 2 |

**Professional Liability Insurance:**

I maintain, either individually or through my firm, professional liability insurance pursuant to the provisions of Rule of Professional Conduct 1.4(c).

5/20/2017                                                       flexmls Web

**Address: 1148  MILL MAR ROAD LANCASTER , PA 17601**



| | | | |
|---|---|---|---|
| List Number | 264273 | List Price | $ 244,900 |
| Type of Property | Residential | Status | |
| County | Lancaster | Total Bedrooms | 3 |
| Total Bathrooms | 2.00 | Total Acres | 0.40 |
| Total Full Baths | 2 | Year Built | 1969 |
| Total Half Baths | 0 | Existing/New | E |
| Land Use Code | AG-801 | Zoning (Free Form) | Residential |

| | | | |
|---|---|---|---|
| Loc/Dev | Mill Mar | Mun/Twn | East Hempfield |
| School District | Hempfield | Fin SqFt Above | 2075 |
| Fin SqFt Below | 0 | Unfin SqFt Above Grd | |
| Unfin SqFt Below Grd | | Lot Size | |
| Assessment | $ 184,600 | Total Taxes | $ 4,648.15 |
| County Tax | $ 689.48 | Municipal Tax | $ 243.67 |
| School Tax | $ 3,715 | | |

| | | | | | |
|---|---|---|---|---|---|
| Elementary School | Verify | Middle School | Verify | High School | Hempfield |
| Franklin Map Page | | Franklin Map Column | | Franklin Map Row | |
| APN #/Tax Parcel ID | 2901722300000 | Deed/Ref # | 0000000 | Short Sale | No |
| Bank Owned/REO | No | | | | |

**Directions:** From Lancaster, Harrisburg Pike to L on Bowman Rd, L Mill Mar

**Public Remarks:** Unique contemporary home set in the woods on a private wooded .4 acre lot. "The Bridgehouse" has 3 BR large 20X17 deck that shows off the woods and the wildlife or sit inside in the large Living area with private views of Mother Nature. The master suite is on the first floor and first floor laundry & Cherry Kitchen. Lots of built ins through out the home! A must see home for special buyer. See attached "Bridgehouse" features in disclosures and documents.

| | | |
|---|---|---|
| **Design:** Contemporary<br>**Stories:** 2.5 Story<br>**Type:** Detached<br>**Condition:** Very Good<br>**Interior Features:** Built-in Dishwasher; Cable TV Available; Cathedral Ceiling; Electric Oven/Range; Garage Door Opener; Garbage Disposal; Hardwood Floors; Prgrmble Thermostat<br>**Dining Area:** Breakfast Bar; Dining Area; Formal Dining Room<br>**Miscellaneous Rooms:** 1st Floor Family Rm; 1st Floor Laundry Rm; Den/Office; Foyer; Laundry Room; Loft; Master Bathroom<br>**Basement:** None<br>**Fireplace:** Living Room<br>**Items Incl In Sale:** Dryer; Refrigerator; Washer | **Heat:** Forced Air; Heat Pump<br>**Auxiliary Heat:** Fireplace; Fireplace w/Gas Logs<br>**Cooling:** Central Air<br>**Water:** Public Water<br>**Hot Water:** Gas<br>**Sewer:** Public Sewer<br>**Lot Description:** Sloped; Wooded<br>**Lot Size:** .25 Ac to LT .50 Ac<br>**Fencing:** None<br>**Parking:** 2 Car Garage; Attached; Off Street Parking<br>**Access/Limitations:** Approved Subdivision; Public Road<br>**Age:** 41 - 50 Years<br>**Construction:** Stick Built<br>**Exterior:** Cedar/Redwood<br>**Roof:** Wood<br>**Misc Exterior:** Deck; Insulated Windows; Storm Doors | **Zoning:** Residential<br>**Miscellaneous:** # Fireplaces: 1; Electric Amps: 200<br>**Financing:** Cash; Conventional; FHA; VA<br>**Documents Available:** Sellers Disclosure; Lead Paint; Other - See Remarks |

| Room Name | Room Level | Dimensions | Flooring | Room Remarks | Room Name | Room Level | Dimensions | Flooring | Room Remarks |
|---|---|---|---|---|---|---|---|---|---|
| Living Rm | Main | 20 x 18 | Hardwood | expansive view of woods FP | Bedroom 1 | Main | 18 x 13 | Wall to Wall | Dressing area, small balcony |
| Dining Rm | Main | 13 x 13 | Hardwood | wonderful views door to deck | Bedroom 2 | Upper | 12 x 13 | Hardwood | |
| Kitchen | Main | 10 x 13 | Vinyl | Cherry updated | Bedroom 3 | Upper | 13 x 11 | Hardwood | Loft Area overlooks home |
| Laundry Rm | Main | 8 x 9 | Vinyl | W & D & builtins | Bath 1 | Main | 13 x 7 | Wall to Wall | |
| Office | Upper | 14.6 x 11.6 | Wall to Wall | Builtins for desk and shelves | Bath 2 | Upper | 8.6 x 7 | Wall to Wall | |

| **Contingent** | **Continue to Show** |
|---|---|



*Provided as a courtesy of*
Cynthia A Barton, Cindy Barton, ABR, SRES
RE/MAX Associates of Lancaster
500 Delp Road
Lancaster, PA 17601
Office - (717) 371-6000
Agent phone #2 - (717) 569-2222
Office Phone - (717) 371-6000
cindybarton@remax.net

License #: RS180550L

Information is deemed to be reliable, but is not guaranteed. © 2017 MLS and FBS. Prepared by Cynthia A Barton, ABR,SRES on Saturday, May 20, 2017 10:13 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

about:blank                                                                                    1/1

7/15/2017    flexmls Web

**Address: 1148  MILL MAR ROAD LANCASTER , PA 17601**



| | | | |
|---|---|---|---|
| List Number | 264273 | List Price | $ 244,900 |
| Type of Property | Residential | Status | Active |
| County | Lancaster | Total Bedrooms | 3 |
| Total Bathrooms | 2.00 | Total Acres | 0.40 |
| Total Full Baths | 2 | Year Built | 1969 |
| Total Half Baths | 0 | Existing/New | E |
| Land Use Code | AG-801 | Zoning (Free Form) | Residential |

| | | | |
|---|---|---|---|
| Loc/Dev | Mill Mar | Mun/Twn | East Hempfield |
| School District | Hempfield | Fin SqFt Above | 2075 |
| Fin SqFt Below | 0 | Unfin SqFt Above Grd | |
| Unfin SqFt Below Grd | | Lot Size | |
| Assessment | $ 184,600 | Total Taxes | $ 4,648.15 |
| County Tax | $ 689.48 | Municipal Tax | $ 243.67 |
| School Tax | $ 3,715 | | |

| | | | | | |
|---|---|---|---|---|---|
| Elementary School | Verify | Middle School | Verify | High School | Hempfield |
| Franklin Map Page | | Franklin Map Column | | Franklin Map Row | |
| APN #/Tax Parcel ID | 2901722300000 | Deed/Ref # | 0000000 | Short Sale | No |
| Bank Owned/REO | No | | | | |

**Directions:** From Lancaster, Harrisburg Pike to L on Bowman Rd, L Mill Mar
**Public Remarks:** Unique contemporary home set in the woods on a private wooded .4 acre lot. "The Bridgehouse" has 3 BR large 20X17 deck that shows off the woods and the wildlife or sit inside in the large Living area with private views of Mother Nature. The master suite is on the first floor and first floor laundry & Cherry Kitchen. Lots of built ins through out the home! A must see home for special buyer. See attached "Bridgehouse" features in disclosures and documents.

| | | |
|---|---|---|
| **Design:** Contemporary<br>**Stories:** 2.5 Story<br>**Type:** Detached<br>**Condition:** Very Good<br>**Interior Features:** Built-In Dishwasher; Cable TV Available; Cathedral Ceiling; Electric Oven/Range; Garage Door Opener; Garbage Disposal; Hardwood Floors; Prgrmble Thermostat<br>**Dining Area:** Breakfast Bar; Dining Area; Formal Dining Room<br>**Miscellaneous Rooms:** 1st Floor Family Rm; 1st Floor Laundry Rm; Den/Office; Foyer; Laundry Room; Loft; Master Bathroom<br>**Basement:** None<br>**Fireplace:** Living Room<br>**Items Incl in Sale:** Dryer; Refrigerator; Washer | **Heat:** Forced Air; Heat Pump<br>**Auxiliary Heat:** Fireplace; Fireplace w/Gas Logs<br>**Cooling:** Central Air<br>**Water:** Public Water<br>**Hot Water:** Gas<br>**Sewer:** Public Sewer<br>**Lot Description:** Sloped; Wooded<br>**Lot Size:** .25 Ac to LT .50 Ac<br>**Fencing:** None<br>**Parking:** 2 Car Garage; Attached; Off Street Parking<br>**Access/Limitations:** Approved Subdivision; Public Road<br>**Age:** 41 - 50 Years<br>**Construction:** Stick Built<br>**Exterior:** Cedar/Redwood<br>**Roof:** Wood<br>**Misc Exterior:** Deck; Insulated Windows; Storm Doors | **Zoning:** Residential<br>**Miscellaneous:** # Fireplaces: 1; Electric Amps: 200<br>**Financing:** Cash; Conventional; FHA; VA<br>**Documents Available:** Sellers Disclosure; Lead Paint; Other - See Remarks |

| Room Name | Room Level | Dimensions | Flooring | Room Remarks | Room Name | Room Level | Dimensions | Flooring | Room Remarks |
|---|---|---|---|---|---|---|---|---|---|
| Living Rm | Main | 20 x 18 | Hardwood | expansive view of woods FP | Bedroom 1 | Main | 18 x 13 | Wall to Wall | Dressing area, small balcony |
| Dining Rm | Main | 13 x 13 | Hardwood | wonderful views door to deck | Bedroom 2 | Upper | 12 x 13 | Hardwood | |
| | | | | | Bedroom 3 | Upper | 13 x 11 | Hardwood | Loft Area overlooks home |
| Kitchen | Main | 10 x 13 | Vinyl | Cherry updated | Bath 1 | Main | 13 x 7 | Wall to Wall | |
| Laundry Rm | Main | 8 x 9 | Vinyl | W & D & builtins | Bath 2 | Upper | 8.6 x 7 | Wall to Wall | |
| Office | Upper | 14.6 x 11.6 | Wall to Wall | Builtins for desk and shelves | | | | | |

*Provided as a courtesy of*
Cynthia A Barton, Cindy Barton, ABR, SRES
RE/MAX Associates of Lancaster
500 Delp Road
Lancaster, PA 17601
Office - (717) 371-6000
Agent phone #2 - (717) 569-2222
Office Phone - (717) 371-6000
cindybarton@remax.net

License #: RS180550L

Information is deemed to be reliable, but is not guaranteed. © 2017 MLS and FBS. Prepared by Cynthia A Barton, ABR,SRES on Saturday, July 15, 2017 9:41 AM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

about:blank    1/1

Case 3:22-cv-01485-ZNQ-LHG    Document 1    Filed 03/16/22    Page 73 of 148 PageID: 73

# GKH
### ATTORNEYS AT LAW

≡



## Donald H. Hess

*Attorney*

✉ *gkhlaw@gkh.com*

☎ *717.291.1700*

Practice Areas

Tax Law

Corporate and Commercial Law

Litigation

Nonprofit Organization

Zoning and Land Use

Real Estate

Don practices in the areas of real estate, corporation and business associations, banking, foreclosure, construction law, commercial litigation (contract disputes, collection), landlord/tenant, land use, and securities law. He provides legal counsel to businesses and corporations on a wide variety of matters and has extensive experience in complex commercial transactions. Don is a member of the firm's Corporate and Organizations Practice Group. He lives with his wife and family in Leola.

## Education

- George Mason University, J.D.
- University of Michigan, M.A.
- Goshen College, B.A.

## Professional Affiliations

- Pennsylvania Bar Association
- Lancaster Bar Association

## Bar Admissions

- Pennsylvania

## Featured Videos



▶ Non-Bankruptcy And Pre-Bankruptcy Alternatives For Small Businesses

← Return to Attorneys



+ 100% −     Search the website



The
# DISCIPLINARY BOARD
*of the Supreme Court of Pennsylvania*

**FOR ATTORNEYS FOR THE PUBLIC CASES NEWS & MEDIA ABOUT**

*Quick Links*

**‹ Back to Search**

**BROWSE RULES**
*Browse the Rules that govern attorneys.*

# Hess, Donald Huber

**FILE A COMPLAINT**
*File a complaint against an attorney.*

### Public Information

*Pending Proceedings*        *History*

**LOOK UP AN ATTORNEY**
*View an attorney's contact information and disciplinary history.*

**SEARCH OPINIONS**
*Search Supreme Court and*

*Disciplinary Board Opinions.*

**RECENT CASES**

*Search Supreme Court and Disciplinary Board Actions.*

| | |
|---|---|
| **Attorney ID:** | 52067 |
| **Current Status:** | Active |
| **Date of Admission:** | 5/17/1988 |
| **Employer:** | Gibbel Kraybill & Hess LLP |
| **Address:** | GIBBEL KRAYBILL & HESS LLP 2933 LITITZ PK LANCASTER, Pennsylvania 17606 |
| **Country:** | United States |
| **Telephone:** | (717) 291-1700 |
| **Fax:** | (717) 291-5547 |
| **County:** | Lancaster |
| **District:** | District 2 |

**Professional Liability Insurance:**

I maintain, either individually or through my firm, professional liability insurance pursuant to the provisions of Rule of Professional Conduct 1.4(c).



THE LAW OFFICES OF

**GKH**

GIBBEL, KRAYBILL & HESS LLP

ATTORNEYS & COUNSELORS AT LAW

June 13, 2017

**Via Hand Delivery**
David Carpenter
1128 Green Avenue
Landisville, PA 17538

Re:    1148 Mill Mar Road, Lancaster, PA 17601

Dear David:

We are pleased that you have contacted us at Gibbel Kraybill & Hess LLP ("GKH" or the "Firm") to represent you (the "Client") in connection with this matter.

## SCOPE OF REPRESENTATION

This Firm has been retained to provide legal representation and advice regarding the above-referenced property.

## DETERMINATION OF FEES

Our fees will be based upon the time devoted to your representation by our firm's attorneys, paralegals, and legal assistants. I will be primarily responsible for this matter. My billing rate is $280 per hour. Any other attorneys that might assist in this matter bill at rates ranging from $230 per hour to $280 per hour. Legal assistant or paralegal time is billed at $85 per hour to $170 per hour. We bill for all time we expend addressing your substantive issues, including phone calls, letters, consultations, research, travel time to meetings, hearings and court appearances. These hourly rates are reviewed and adjusted periodically, but generally no more frequently than annually at the beginning of each calendar year. Unless otherwise specified, any additional services requested to be provided by our Firm beyond the scope of the above matter also will be billed in accordance with our hourly rates in effect at the time those services are rendered.

In addition to our fees, we will bill you for any expenditure which we make or expenses we incur on your behalf. These may include computer-based legal research costs, the cost of reproducing documents, long distance telephone and fax charges, expenses which we incur while we are away from our office on your business, fees which accountants, consultants or experts retained on your behalf charge us, and other similar expenditures. Where such expenditures are significant in amount, we may ask you to make payment directly to the provider of goods or services.

By Appointment Only
N. Duke Street · Lancaster
Suburban Square · Ardmore

717 291 1700  ·  484 416 0531

WWW.GKH.COM

2933 Lititz Pike
PO Box 5349
Lancaster, PA 17606

David Carpenter
June 13, 2017
Page 2/3

## OUR INVOICES

We endeavor to bill monthly for services performed (depending on the level of activity) and our statements are payable within 30 days after the invoice date. Unless you instruct us otherwise, we will address our bills to you at the above address. If one of our invoices remains unpaid for 45 days or more, we reserve the right to stop work until we are paid or reach some other appropriate payment arrangements with you. **A Finance Charge of 1-1/2% per month (APR of 18%) will be added for all billed amounts that are 30 days past due.**

## RETAINER

**In order to begin work for you, our firm requires that you pay to our firm an advance towards fees and costs in the amount of $500.00.** We normally bill monthly. One-half of the retainer ($250.00) will be applied towards the monthly bills with the remaining one-half ($250.00) to be held in trust to be applied towards the last invoice. Any balance remaining will be returned to you.

## COMMUNICATION

Some of our clients use electronic mail ("E-Mail") to conduct communication between them and the firm. During 1999 the ethics committee of the American Bar Association issued a Formal Opinion in which it concluded that an attorney could transmit information relating to the representation of a client by use of unencrypted E-Mail sent over the Internet without violating the attorney's responsibilities under the Rules of Professional Conduct because such a mode of information transmission afforded a reasonable expectation of privacy from a technological and legal standpoint. If you do not want the firm to use E-Mail for some, or all, of its communication with you, please advise us promptly to that effect. We will follow your instructions as to the manner in which you want to communicate with the firm.

## CONCLUSION OF SERVICES

We anticipate a long and mutually satisfactory relationship with you. However, you have the right to consult with another attorney or to terminate our engagement at any time by giving us written notice of termination. We also have the right, subject to our responsibilities under the applicable rules of professional conduct, to withdraw with your consent or for good cause. Good cause includes your breach of this agreement, nonpayment of fees, your refusal to cooperate with us or to follow our advice on a material matter or for any other fact or circumstance that would render our continuing representation unlawful or unethical. If our relationship is terminated by either of us, you will remain obligated to pay the Firm in full for our past services and for costs and expenses in accordance with the terms of this letter. We will, of course, cooperate with any successor counsel you may select in transition.

Clients are entitled to request and receive client-owned files unless the Firm asserts a legally cognizable right to retain all or a portion of the files. No client files can be removed from the Firm and transmitted to any person or entity without the client's written authorization. After a legal representation has ended, client-owned files will either be returned to the client or kept in the possession of the Firm in accordance with its client file retention policy. Under the policy, client files are retained by the Firm for a fixed time period after which the files may be destroyed. No client files will be destroyed unless approved by the Firm attorney responsible on that legal representation. Files released to a client are no longer subject to the Firm's client file retention policy.

David Carpenter
June 13, 2017
Page 3/3

While we will not disclose privileged or confidential information regarding our representation of your interests, you authorize us to disclose your identity or name to persons outside the Firm and the fact that we represent the Client as legal counsel.

If these arrangements are acceptable to you, please sign this letter and return it to us. Please contact me to discuss any questions you might have.

We are pleased to have the opportunity to be of service.

Sincerely,

Don H. Hess
dhess@gkh.com

DHH/ark

I HAVE READ THE ABOVE ENGAGEMENT LETTER.  I UNDERSTAND THE TERMS OF MY FEE ARRANGEMENT AND REPRESENTATION BY GIBBEL, KRAYBILL & HESS LLP AND AGREE TO ITS TERMS.

Dated: __6-13-2017__    _____
                          David Carpenter

From: Cindy Barton pcbartonteam@aol.com
Subject: Re: 1148 Mill Mar
Date: Jun 16, 2017 at 3:01:39 PM
To: dhess@gkh.com, MichaelBarton@donegalgroup.com,
sarahsample12@gmail.com
Cc: carpenter003@comcast.net

Sounds great ! See you all then!

Cindy Barton,  Realtor
ABR, SRES, ASP - RE/MAX  HALL OF FAME

RE/MAX Associates of Lancaster
500 Delp Road
Lancaster, PA 17601
1 (717)-569-2222

pcbartonteam@aol.com
cindybarton@remax.net

1-(717)-371-6000 Cindy cell


-----Original Message-----
From: Don Hess <dhess@gkh.com>
To: Barton, Michael <MichaelBarton@donegalgroup.com>; 'Cindy Barton' <pcbartonteam@aol.com>;
sarahsample12 <sarahsample12@gmail.com>
CC: carpenter003 <carpenter003@comcast.net>
Sent: Fri, 16 Jun 2017 14:26
Subject: RE: 1148 Mill Mar

11:00 Monday at the house.

I will plan to be there.  I don't believe we have yet gotten confirmation from Mr.
Carpenter.

Don

**Don Hess, Attorney I Gibbel Kraybill & Hess LLP**
2933 Lititz Pike, P.O. Box 5349 I Lancaster, PA  17606
P: 717.291.1700 I F: 717.291.5547 I Email: dhess@gkh.com
Visit our website:  www.gkh.com

** CONFIDENTIAL**
This communication is intended only for the one to whom it is addressed and may be

# Crime-Fraud
# Privilege

# Crime-Fraud
# Privilege

privileged from other disclosure. If you are not the addressee or responsible for delivery to the addressee, please notify us by phone at 717-291-1700.

**From:** Barton, Michael [mailto:MichaelBarton@donegalgroup.com]
**Sent:** Friday, June 16, 2017 2:19 PM
**To:** 'Cindy Barton' <pcbartonteam@aol.com>; Don Hess <dhess@gkh.com>; sarahsample12@gmail.com
**Cc:** carpenter003@comcast.net
**Subject:** RE: 1148 Mill Mar

Can we meet at the House?

Mike Barton
Assistant Vice President
Director and Manager of Facilities
Donegal Insurance Group
1195 River Road PO Box 302
Marietta, PA 17547
Cell PH: 717-572-1244
Office PH: 800-877-0600 ext. 7409
Fax: 717-426-7313
mikebarton@donegalgroup.com

**From:** Cindy Barton [mailto:pcbartonteam@aol.com]
**Sent:** Friday, June 16, 2017 2:04 PM
**To:** dhess@gkh.com; sarahsample12@gmail.com
**Cc:** carpenter003@comcast.net
**Subject:** Re: 1148 Mill Mar

Don, I think Monday is in order, we can certainly meet between 11-12 per sellers advisor Mike Barton, Can we set something up for that time? Also , we are still out of contract for settlement without David's signature on an extension. I just spoke to Sarah, who just called 5 minutes ago and she was not aware of the phone conference until 1:50 pm when she checked her email.
Seller justs wants to sit down with buyer and avoid all of this back and forth which we are doing. Thxs, Cindy

Cindy Barton, Realtor
ABR, SRES, ASP - RE/MAX HALL OF FAME

Don are you requesting a conference call @ 1:30 with buyer and buyers agent and me? Seller is not available at that time and wants to meet face to face. Can we work that out? Thanks, Cindy

Cindy Barton, Realtor
ABR, SRES, ASP - RE/MAX HALL OF FAME

RE/MAX Associates of Lancaster
Lancaster, PA 17601
1 (717)-569-2222

pcbartonteam@aol.com
cindybarton@remax.net

1-(717)-371-6000 Cindy cell

-----Original Message-----
From: Don Hess <dhess@gkh.com>
To: Sarah Sample <sarahsample12@gmail.com>; Cindy Barton <pcbartonteam@aol.com>
Cc: David Carpenter <carpenter003@comcast.net>
Sent: Fri, Jun 16, 2017 1:08 pm
Subject: RE: Message from "RNP00267364772C"

Can we get on a conference call sometime in the next 1 ½ hours?

How about 1:30?

Toll Free Dial-In Number is: 888-861-1255

Participant PIN is: 132135 #

Don

Don Hess, Attorney | Gibbel Kraybill & Hess LLP
2933 Lititz Pike, P.O. Box 5349 | Lancaster, PA 17606
P: 717.291.1700 | F: 717.291.5547 | Email: dhess@gkh.com
Visit our website: www.gkh.com

## Crime-Fraud
## Privilege

(717)575-9059 Cell
(717)286-9996 Office

--

Sarah Sample
Berkshire Hathaway Homesale Realty
Craig Hartranft Team-Buyer Specialist
(717)575-9059 Cell
(717)286-9996 Office

--

Sarah Sample
Berkshire Hathaway Homesale Realty
Craig Hartranft Team-Buyer Specialist
(717)575-9059 Cell
(717)286-9996 Office

E-MAIL CONFIDENTIALITY NOTICE: This e-mail from Donegal Insurance Group may contain CONFIDENTIAL and legally protected information. If you are not the intended recipient, please do not copy, use or disclose this email to others and please notify us by calling toll free (800) 877-0600 x7880 or by replying to this message, and then delete it from your system. Delivery of this email to an unintended recipient is not a waiver of the attorney-client or other applicable privilege.

From: **David Carpenter** carpenter003@comcast.net

Subject: **Fwd: 1148 Mill Mar**

Date: Aug 19, 2017 at 12:03:53 AM

To: Byrnesa@police.co.lancaster.pa.us

Sent from my iPad

Begin forwarded message:

From: Sarah Sample <sarahsample12@gmail.com>

Date: June 16, 2017 at 3:20:27 PM EDT

To: Don Hess <dhess@gkh.com>

Cc: Cindy Barton <pcbartonteam@aol.com>, "carpenter003@comcast.net"
<carpenter003@comcast.net>

Subject: Re: 1148 Mill Mar

ok

On Fri, Jun 16, 2017 at 3:16 PM, Don Hess <dhess@gkh.com> wrote:

I don't have hard copy. As I stated in my email, David came into my office and
opened the document on his iPad. Let's remember to ask him to show us on
Monday. Don

**Don Hess, Attorney | Gibbel Kraybill & Hess LLP**

2933 Lititz Pike, P.O. Box 5349 | Lancaster, PA 17606

P: 717.291.1700 | F: 717.291.5547 | Email: dhess@gkh.com

Visit our website: www.gkh.com

# Crime-Fraud
# Privilege

** CONFIDENTIAL**

This communication is intended only for the individual is addressed and may be privileged from other disclosure. If you are not the addressee or responsible for delivery to the addressee please notify us by phone at 717-291-1700.

**From:** Sarah Sample [mailto:sarahsample12@gmail.com]
**Sent:** Friday, June 16, 2017 2:38 PM
**To:** Don Hess <dhess@gkh.com>
**Cc:** Cindy Barton <pcbartonteam@aol.com>; carpenter003@comcast.net
**Subject:** Re: 1148 Mill Mar

please circle on that addendum where it states they put something in about repairs?? The only thing they put in was for the settlement date extension?

On Fri, Jun 16, 2017 at 2:35 PM, Don Hess <dhess@gkh.com> wrote:

Concerning the addendum in circulation. This is very curious. I just got the voicemail form Sarah VERY CLEARLY assuring me that the addendum contains nothing other than an extension of the closing date. However, David stopped in at my office and opened the addendum on his iPad. It has seller's signature AND it also still has the clause about repairs.

I think there is a bug somewhere in the software.

Don

**Don Hess, Attorney | Gibbel Kraybill & Hess LLP**

2933 Lititz Pike, P.O. Box 5349 | Lancaster, PA  17606

P: 717.291.1700 | F: 717.291.5547 | Email: dhess@gkh.com

Visit our website:  www.gkh.com

\*\* CONFIDENTIAL.\*\*

This communication is intended only for the one to whom it is addressed and may be privileged from other disclosure. If you are not the addressee or responsible for delivery to the addressee please notify us by phone at 717-291-1700.

**From:** Cindy Barton [mailto:pcbartonteam@aol.com]
**Sent:** Friday, June 16, 2017 2:04 PM
**To:** Don Hess <dhess@gkh.com>; sarahsample12@gmail.com
**Cc:** carpenter003@comcast.net
**Subject:** Re: 1148 Mill Mar

Don, I think Monday is in order, we can certainly meet between 11-12 per sellers advisor Mike Barton, Can we set something up for that time? Also , we are still out of contract for settlement without David's signature on an extension. I just spoke to Sarah, who just called 5 minutes ago and she was not aware of the phone conference until 1:50 pm when she checked her email.

Seller justs wants to sit down with buyer and avoid all of this back and forth which we are doing. Thxs, Cindy

Cindy Barton,  Realtor

ABR, SRES, ASP - RE/MAX  HALL OF FAME

RE/MAX Associates of Lancaster
500 Delp Road

Lancaster, PA 17601

1 (717)-569-2222

pcbartonteam@aol.com

cindybarton@remax.net

1-(717)-371-6000 Cindy cell

-----Original Message-----
From: Don Hess <dhess@gkh.com>
To: Cindy Barton <pcbartonteam@aol.com>; sarahsample12 <sarahsample12@gmail.com>
Cc: carpenter003 <carpenter003@comcast.net>
Sent: Fri, Jun 16, 2017 1:38 pm
Subject: RE: 1148 Mill Mar

Can everyone come to my office any time before 4:00 today?  David will take off work if necessary.

Please confirm a time.

Otherwise, we will need to schedule a meeting Monday.  Thanks.  Don

**Don Hess, Attorney | Gibbel Kraybill & Hess LLP**

2933 Lititz Pike, P.O. Box 5349 | Lancaster, PA  17606

P: 717.291.1700 | F: 717.291.5547 | Email: dhess@gkh.com

Visit our website:  www.gkh.com

** CONFIDENTIAL**

This communication is intended only for the one to whom it is addressed and may be privileged from other disclosure. If you are not the addressee or responsible for delivery to the addressee, please notify us by phone at 717-291-1700.

From: Cindy Barton [mailto:pcbartonteam@aol.com]
Sent: Friday, June 16, 2017 1:24 PM
To: Don Hess <dhess@gkh.com>; sarahsample12@gmail.com
Cc: carpenter003@comcast.net
Subject: 1148 Mill Mar

Don are you requesting a conference call @ 1:30 with buyer and buyers agent and me? Seller is not available at that time and wants to meet face to face. Can we work that out? Thanks, Cindy

Cindy Barton,  Realtor

ABR, SRES, ASP - RE/MAX  HALL OF FAME

RE/MAX Associates of Lancaster

Lancaster, PA 17601

1 (717)-569-2222

pcbartonteam@aol.com

cindybarton@remax.net

1-(717)-371-6000 Cindy cell

-----Original Message-----
From: Don Hess <dhess@gkh.com>
To: Sarah Sample <sarahsample12@gmail.com>; Cindy Barton <pcbartonteam@aol.com>
Cc: David Carpenter <carpenter003@comcast.net>
Sent: Fri, Jun 16, 2017 1:08 pm
Subject: RE: Message from "RNP00267364772C"

Can we get on a conference call sometime in the next 1 ½ hours?

How about 1:30?

Toll Free Dial-In Number is: 888-861-1255

Participant PIN is: 132135 #

Don

**Don Hess, Attorney | Gibbel Kraybill & Hess LLP**

2933 Lititz Pike, P.O. Box 5349 | Lancaster, PA  17606

P: 717.291.1700 | F: 717.291.5547 | Email: dhess@gkh.com

Visit our website:  www.gkh.com

\** CONFIDENTIAL\**

This communication is intended only for the person it is addressed and
may be privileged from other disclosure.  If you are not the addressee or
responsible for delivery to the addressee please notify us by phone at
717-291-1700.

From: Sarah Sample [mailto:sarahsample12@gmail.com]
Sent: Friday, June 16, 2017 1:00 PM
To: Cindy Barton <pcbartonteam@aol.com>
Cc: Don Hess <dhess@gkh.com>
Subject: Re: Message from "RNP00267364772C"

Don,

If you would like to find a time that works for you and David for us all to meet.
Thanks

On Fri, Jun 16, 2017 at 12:58 PM, Cindy Barton <pcbartonteam@aol.com> wrote:

Sarah, Yes we can meet, today after 4:00pm tomorrow am early 8-9am or Monday 11-12 pm would work for all.Please advise for all, the quicker the better. at request to seller I have forwarded to Mark Kleinfelter to get a price on repairs. He is the contractor who has done work on the home and was at the structural inspection. Thanks, Cindy

Cindy Barton, Realtor

ABR, SRES, ASP - RE/MAX HALL OF FAME


RE/MAX Associates of Lancaster
500 Delp Road

Lancaster, PA 17601

1 (717)-569-2222


pcbartonteam@aol.com

cindybarton@remax.net


1-(717)-371-6000 Cindy cell




-----Original Message-----
From: Sarah Sample <sarahsample12@gmail.com>
To: Cindy Barton <pcbartonteam@aol.com>
Cc: Don Hess <dhess@gkh.com>
Sent: Fri, Jun 16, 2017 12:39 pm
Subject: Re: Message from "RNP00267364772C"

Don,

Can you advise your client to meet with all parties to review a game plan. I think since he has came to you for counsel we should have the meeting with you in attendance. Thoughts?

On Fri, Jun 16, 2017 at 12:16 PM, Cindy Barton <pcbartonteam@aol.com> wrote:

That is what we need, thanks Sarah!

Cindy Barton,  Realtor

 ABR, SRES, ASP - RE/MAX  HALL OF FAME

RE/MAX Associates of Lancaster
500 Delp Road

Lancaster, PA 17601

1 (717)-569-2222

pcbartonteam@aol.com

cindybarton@remax.net

1-(717)-371-6000 Cindy cell

-----Original Message-----
From: Sarah Sample <sarahsample12@gmail.com>
To: Don Hess <dhess@gkh.com>; Cindy Barton <pcbartonteam@aol.com>
Sent: Fri, 16 Jun 2017 12:00
Subject: Fwd: Message from "RNP00267364772C"

Sarah Sample

Berkshire Hathaway Homesale Realty

Craig Hartranft Team-Buyer Specialist

(717)575-9059 Cell

(717)286-9996 Office

--

Sarah Sample

Berkshire Hathaway Homesale Realty

Craig Hartranft Team-Buyer Specialist

(717)575-9059 Cell

(717)286-9996 Office

--

Sarah Sample

Berkshire Hathaway Homesale Realty

Craig Hartranft Team-Buyer Specialist

(717)575-9059 **Cell**

(717)286-9996 **Office**

(

---

Sarah Sample

Berkshire Hathaway Homesale Realty

Craig Hartranft Team–Buyer Specialist

(717)575-9059 Cell

(717)286-9996 Office

---

Sarah Sample
Berkshire Hathaway Homesale Realty
Craig Hartranft Team–Buyer Specialist
(717)575-9059 Cell

(717)286-9996 Office

From: Don Hess dhess@gkh.com
Subject: FW: Groff – Carpenter Transaction
Date: Jun 22, 2017 at 5:10:55 PM
To: David Carpenter carpenter003@comcast.net
Cc: Susan Miller smiller@gkh.com

FYI

**Don Hess, Attorney | Gibbel Kraybill & Hess LLP**
**2933 Lititz Pike, P.O. Box 5349 | Lancaster, PA  17606**
**P: 717.291.1700 | F: 717.291.5547 | Email: dhess@gkh.com**
**Visit our website:  www.gkh.com**

** CONFIDENTIAL**
This communication is intended only for the one to whom it is addressed and may be privileged from other disclosure.  If you are not the addressee or responsible for delivery to the addressee, please notify us by phone at 717-291-1700.

From: Don Hess
Sent: Thursday, June 22, 2017 5:11 PM
To: Barton, Michael <MichaelBarton@donegalgroup.com>
Subject: Groff – Carpenter Transaction

Mike:

1.      Situation.

I appreciate your involvement in this matter, and I appreciate the fact that Ms. Groff is participating and cooperating in the matters we agreed upon when we met at the house this week.  Mr. Carpenter has or will be emailing you the completed inspection report of Jack McSherry.  At this point in time Mr. Carpenter feels these matters of bidding and making repairs required to pass inspection and to pass code are properly the responsibility of Ms. Groff.  I trust you will understand that Mr. Carpenter will not spend significant sums on a property he does not own, even if he had the cash available.

2.      Ms. Groff

Whether or not Ms. Groff was aware of these material defects when she signed and delivered the Seller Property Disclosure form to Mr. Carpenter, she is now on notice.  Being on notice, she is obligated under §7307 of the Real Estate Seller Disclosure Law to give notice in writing to Mr. Carpenter.  She has not done so.  In whatever manner Ms. Groff decides to deal with the Carpenter agreement, it is obvious to me, that she will never be able to sell the house to any other party without disclosing these conditions disclosed in the FHA Inspection.

3.      Mr. Carpenter

For his part, Mr. Carpenter has demonstrated his good faith by (i) devoting a significant number of hours to this situation, which, from his perspective should have been taken care of by the property seller, (ii) incurring direct costs in excess of $2,200 for the McSherry inspection, (iii) incurring attorney fees, and (iv) by likely having to accept a mortgage interest rate higher than he would have had if closing had taken place as originally scheduled.

4.       Proposal

Mr. Carpenter asked me to make the following proposal to Ms. Groff:

1. Ms. Groff will pay Mr. McSherry any additional sums for his services.
2. Mr. Carpenter has paid Mr. McSherry more than $2,200, but will not be responsible to pay any more.
3. Ms. Groff will obtain any estimates for repairs in her discretion.
4. Ms. Groff will have whatever work done on her home as is necessary to satisfy Mr. Carpenter's FHA inspector and his lender.
5. Ms. Groff will complete all necessary work within forty-five days.
6. Mr. Carpenter will make an additional earnest money payment of $5,000.00 to the Broker for Seller when this Addendum is fully executed.

I attach a proposed addendum for Ms. Groff's consideration, and hopefully for her approval and signature.

To evidence his sincere intentions, Mr. Carpenter has delivered $5,000 to me this afternoon. If Ms. Groff and Mr. Carpenter sign a further addendum to the agreement of sale, I will deliver this $5,000 to the realtor holding the initial earnest money.

Please feel free to phone or email me to discuss this matter. May I rely on you to forward this communication to Ms. Groff, and to discuss it with her?

Thank you. Don

Don Hess, Attorney I Gibbel Kraybill & Hess LLP
2933 Lititz Pike, P.O. Box 5349 I Lancaster, PA 17606
P: 717.291.1700 I F: 717.291.5547 I Email: dhess@gkh.com
Visit our website: www.gkh.com

** CONFIDENTIAL**
This communication is intended only for the one to whom it is addressed and may be

privileged from other disclosure.  If you are not the addressee or responsible for delivery to the addressee, please notify us by phone at 717-291-1700.



Groff-Carp...E18B).docx
30.0 KB

## ADDENDUM TO AGREEMENT OF SALE

**DATE OF AGREEMENT:** May 1, 2107

**_LLER:**                    Shirley K. Groff

**BUYER:**                    David Carpenter

**PROPERTY:**               1148 Mill Mar Road, Lancaster, PA 17601

It is further understood and agreed by and between the parties hereto as follows:

### 1. New Terms.

    a. Ms. Groff will pay Mr. McSherry any additional sums for his services.

    b. Mr. Carpenter has paid Mr. McSherry more than $2,200, but will not be responsible to pay any more.

    c. Ms. Groff will obtain any estimates for repairs in her discretion.

    d. Ms. Groff will have whatever work done on her home as is necessary to satisfy Mr. Carpenter's FHA inspector and his lender.

    e. Ms. Groff will complete all necessary work within forty-five days.

    f. Mr. Carpenter will make an additional earnest money payment of $5,000.00 to the Broker for Seller when this Addendum is fully executed.

### 2. Expiration of Agreement.
Notwithstanding any other provision of the Agreement, the Agreement shall terminate if the closing does not take place on or before August 22, 2017. In this event all earnest money (absent Buyer default), shall be returned to Buyer.

### 3. Miscellaneous.

    a. This Addendum shall supersede any prior agreements or understanding between the parties.

    b. In the event of conflict between the Agreement, any prior addendum, amendment or modification, and this Addendum, this Addendum shall prevail.

    c. All other terms and conditions of the Agreement, any prior addendum, amendment or modification, shall remain in full force and effect.

    d. This Addendum may be executed and delivered by fax or email in multiple counterparts, each of which may contain the signatures of one or more of the parties, all of which, taken together, shall constitute one and the same instrument.

    IN WITNESS WHEREOF, the parties hereto have set their hands and seals as of the day, month and year set forth.

| Date: | Seller: |
|-------|---------|

|  |  |
|--|--|
|  |  |
|  | Buyer: |

|  |  |
|--|--|

From: **Pamela Dull**
Subject: **RE: 1148 Mill Mar**
Date: **Jun 21, 2017 at 5:35:01 PM**
To: **Barton, Michael** , **Don Hess** , **Cindy Barton** <carpenter003@comcast.net> , **Sarah Sample**
Cc: <bridgehouse624@gmail.com>

Hi Everyone,

Please see answers below (in red/yellow) to a couple of items that had been included in Don's e-mail following our meeting at Mill Mar on Monday. The answer on what the appraiser will require upon completion of proposed work was cut and pasted from an e-mail that David's lender sent me. If you have any questions, please let us know. Thanks, Pam

David and Pamela will coordinate with the lender to confirm the bank will agree to an extension of its mortgage approval – the lender said there is no problem with extending David's mortgage approval

David and Pamela Dull need to confirm with David's lender and the lender's inspector that the proposed work – when properly completed – will satisfy the inspector and the lender – Here are the conditions the appraiser is calling for, the structural engineer will need to prepare a letter (on company letter head) addressing conditions below in yellow:

AFTER AN INTERIOR AND EXTERIOR INSPECTION, THE SUBJECT PROPERTY APPEARS TO MEET HUD HANDBOOK REQUIREMENTS 4000.1 WITH THE EXCEPTION OF THE FOLLOWING NEEDED REPAIRS/INSPECTIONS:
1. OPEN ELECTRIC JUNCTION BOXES UNDER THE DECK MUST BE EXTERNAL USE, ENCLOSED JUNCTION BOXES. LOOSE LIGHT FIXTURE/WIRING ATTACHED TO TREE STUMP UNDER DECK TO BE REMOVED. LOOSE WIRE UNDER DRIVEWAY DECK TO BE SECURED. (EST COST $250)
2. ROOF INSPECTION IS REQUIRED AS CEDAR SHAKE ROOFS ARE NOT TYPICAL TO THE AREA AND IS BEYOND THE APPRAISER'S CAPABILITY TO JUDGE CONDITION. ROOF SHOWS SIGNS OF DETERIORATION & MOSS GROWTH. INTERIOR OBSERVATION OF ATTIC DID NOT SHOW ANY OBVIOUS SIGNS OF DAMAGE.
3. A STRUCTURAL INSPECTION BY A QUALIFIED PROFESSIONAL IS REQUIRED AS THE DESIGN OF THE FOUNDATION IS NOT TYPICAL FOR THE AREA AND IS BEYOND THE APPRAISER'S CAPABILITY TO JUDGE CONDITION, SPECIFICALLY:
A) INSPECTION TO VERIFY THE CONDITION AND STABILITY OF THE CONCRETE PIERS AND STEEL SUPPORTS UNDER THE HOUSE.
B) INSPECTION TO VERIFY IF THE WOOD DECK DRIVEWAY IS SUFFICIENT TO SUPPORT THE WEIGHT OF VEHICLES BEING DRIVEN OVER ITS SURFACE. MULTIPLE BEAMS OF THE DRIVEWAY JOISTS DO NOT EVEN HAVE ANY SUPPORT.
C) INSPECTION TO VERIFY THE CONDITION OF THE SIDE DECK JOISTS AS SEVERAL APPEAR ROTTED. RESULTS OF THIS INSPECTION MAY RESULT IN ADDITIONAL REQUIRED REPAIRS.

This was also on the commitment letter as one of the u/w conditions:

Provide verification from the town confirming the subject's foundation and driveway meet local requirements

**Pamela L. Dull, Realtor®**
**The Craig Hartranft Team**
**Berkshire Hathaway HomeServices Homesale Realty**

150 North Pointe Boulevard
Lancaster, PA 17601
Office (717) 560-9100
Direct (717) 286-9637
Mobile (717) 333-6414
Pamela.dull@gmail.com

**From:** Barton, Michael'[mailto:MichaelBarton@donegalgroup.com]
**Sent:** Tuesday, June 20, 2017 2:15 PM
**To:** 'Don Hess' <dhess@gkh.com>; Cindy Barton <pcbartonteam@aol.com>;
pdull@homesale.com; carpenter003@comcast.net
**Cc:** bridgehouse624@gmail.com
**Subject:** RE: 1148 Mill Mar

All

I had a conversation today with Mr. Jack Sherry (civil Engineer) I asked him primarily two questions. The first question was, what is his thoughts on getting a soil sample as he mention in his letter (e-Mail) to Don Hess and David Carpenter dated June 14th. Mr. Sherry said he really doubts that the ground will support the pillars to the 4500 lb that he is requesting and he would think the money would be better spent just moving forward and adding the supports that he is suggesting in his letter and by adding those supports he will be more than satisfied . The second question was when could we expect to see the report on the side deck that he did not have in his letter. He indicated that he wasn't going to do a report unless it is requested but quite simple if we replaced the rotten wood with pressure treated lumber (yellow pine #2) and tied the walk portion of the deck with bolts to the setting part of the deck he feels we would be okay. (he can return to inspect it latter )  I did call Mr. Kleinfelter And passed this information on to him so the job can be properly bid.
Mike

Mike Barton
Assistant Vice President
Director and Manager of Facilities
Donegal Insurance Group
1195 River Road PO Box 302
Marietta, PA 17547
Cell PH:  717-572-1244
Office PH:  800-877-0600 ext. 7409
Fax:  717-426-7313

mikebarton@donegalgroup.com

**From:** Don Hess [mailto:dhess@gkh.com]
**Sent:** Monday, June 19, 2017 5:29 PM
**To:** Cindy Barton; pdull@homesale.com; Barton, Michael; carpenter003@comcast.net
**Subject:** RE: 1148 Mill Mar

Thank you.

To serve as a reference, this is my understanding of the plan of action we agreed to this morning:

1. Jack McSherry.
   a. There is a portion missing from the report (the deck?). David will contact Jack about this.
   b. Mike Barton felt there might be more clarity to the McSherry report so the contractors know what work needs to be bid. I suggest Mr. Barton contact Mr. McSherry to address his concerns.
   c. One specific point turned on a soil test – if we can get that, we would know whether or not some rather extensive shoring up will be necessary. I understood Mr. Kleinfelter knows someone who can do the soil test, as a first order of priority. We did not discuss this, but may I suggest that Mr. Barton and Ms. Groff arrange for and pay for this testing?

2. Bidding.
   a. The first order of business is for buyer and seller to agree to the final McSherry report and the work to put out to bid to contractors
   b. David and Pamela Dull need to confirm with David's lender and the lender's inspector that the proposed work – when properly completed – will satisfy the inspector and the lender.
   c. Mr. Kleinfelter will bid the work
   d. David will engage two other contractors to give a proposal.

3. David's mortgage
   a. David and Pamela will coordinate with the lender to confirm the bank will agree to an extension of its mortgage approval.

Mr. Barton, may I ask you to share this with Ms. Groff?

Don

**Don Hess, Attorney | Gibbel Kraybill & Hess LLP**
2933 Lititz Pike, P.O. Box 5349 | Lancaster, PA 17606
P: 717.291.1700 | F: 717.291.5547 | Email: dhess@gkh.com
Visit our website: www.gkh.com

**\*\* CONFIDENTIAL\*\***
This communication is intended ~~by or the~~ ~~whom it is addressed~~ and may be privileged from other disclosure. If you are not the addressee or responsible for delivery to . the addressee, please notify us by pho ~~e at 717-291-1700.~~

From: Cindy Barton [mailto:pcbartonteam@aol.com]
Sent: Monday, June 19, 2017 1:10 PM
To: pdull@homesale.com; sarahsample12@gmail.com; Don Hess <dhess@gkh.com>;
mikebarton@donegalgroup.com; bridgehouse624@gmail.com;
remaxlancaster@comcast.net
Subject: 1148 Mill Mar

Please put into paperless, Thanks Cindy

Cindy Barton,  Realtor
ABR, SRES, ASP - RE/MAX  HALL OF FAME

RE/MAX Associates of Lancaster
500 Delp Road
Lancaster, PA 17601
1 (717)-569-2222

pcbartonteam@aol.com
cindybarton@remax.net

1-(717)-371-6000 Cindy cell

E-MAIL CONFIDENTIALITY NOTICE: This e-mail from Donegal Insurance Group may contain CONFIDENTIAL and legally pr ~~~~ tion. If y ~~~~ an intended recipient, please do not copy, use or disclose this email or its ~~~~ free (800) 877-0600 x7880 or by replying to this message, and then delete it from your ~~~~ il to an unintended recipient is

Case 3:22-cv-01485-ZNQ-LHG   Document 1   Filed 03/16/22   Page 104 of 148 PageID: 104

*not a waiver of any attorney-client or other applicable privilege.*

# Crime-Fraud Privilege

From:    Barton, Michael MichaelBarton@donegalgroup.com
Subject:    RE: Don Hess shared "1148 Mill Mar Road Docs" with you
Date:    Jul 11, 2017 at 9:24:26 AM
To    David Carpenter carpenter003@comcast.net

David.

I'm sorry and its unfortunate that your told not to meet with me, I only had you and Ms. Groff best interest in mind. I'm sure you will agree that Ms. Groff has been more than patient with all these delays in getting you the mortgage you are seeking. As I'm sure you will acknowledge I also have a lot of time invested in this project and as you also know we are now faced with telling potential interested buyers that there is an issue between the building codes of when the house was built to present building codes.

I will instruct our realtor today that because we have no purchase agreement with you to put the house back on the market at our original listing price.

My thoughts are, if you have future interest in purchasing the bridge house you get with your relator and we will start fresh.

All the best to you .
Thank
Mike


Mike Barton
Assistant Vice President
Director and Manager of Facilities
Donegal Insurance Group
1195 River Road PO Box 302
Marietta, PA 17547
Cell PH: 717-572-1244
Office PH: 800-877-0600 ext. 7409
Fax: 717-426-7313
mikebarton@donegalgroup.com

From: **David Carpenter** carpenter003@comcast.net
Subject: **Re: Don Hess shared "1148 Mill Mar Road Docs" with you**
Date: **Jul 11, 2017 at 2:21:35 PM**
To: **Barton, Michael** MichaelBarton@donegalgroup.com

Mike,

Perhaps the mortgage broker didn't fully understand the situation, but his message sounded very confident and reassuring to me at the time. I do apologize for the miss understanding.

David

Sent from my iPad

On Jul 11, 2017, at 12:16 PM, Barton, Michael <<u>MichaelBarton@donegalgroup.com</u>> wrote:

David.
I do ! understand the challenges of buying and or selling a house and I'm sure with everyone telling you different things it can become overwhelming.

I too, do not understand why this must be so complicated I do know that with all the e-mails added cost, length of time, etc. it has become clear to me ( to many cooks in the kitchen will ruin the broth).

I feel, we need to start over if you would have an interest.

If you would like to meet I'm more than willing to talk about our situation with you. To be clear we will not be making any deals or commitments without real-estate people being involved.

I think the key thing to think about is, you wanted to buy the house and Ms. Groff wanted to sell you the house and she was willing to work towards that goal with you.
Thanks
Mike


Mike Barton
Assistant Vice President
Director and Manager of Facilities
Donegal Insurance Group

From: **David Carpenter** carpenter003@comcast.net

Subject: **Fwd: Seller Attorney**

Date: Aug 16, 2017 at 1:07:36 AM

To: **Hunter B. Schenck** h.schenck@begalaw.com,
**HUMANRESOURCES@DONEGALGROUP.COM,**
**jd@lawyeryoung.com**

Sent from my iPad

Begin forwarded message:

From: Cindy Barton <pcbartonteam@aol.com>

Date: July 15, 2017 at 7:27:24 AM EDT

To: carpenter003@comcast.net, dhess@gkh.com, michaelbarton@donegalgroup.com, pamela.dull@gmail.com, sarahsample12@gmail.com

Subject: Re: Seller Attorney

The sellers attorney is JD Young from Manheim. Mike Barton has contacted him professionally. Cindy

Cindy Barton,  Realtor
ABR, SRES, ASP - RE/MAX  HALL OF FAME

RE/MAX Associates of Lancaster
500 Delp Road
Lancaster, PA 17601
1 (717)-569-2222

pcbartonteam@aol.com
cindybarton@remax.net

1-(717)-371-6000 Cindy cell

-----Original Message-----
From: David Carpenter <carpenter003@comcast.net>
To: Don Hess <dhess@gkh.com>; michaelbarton <michaelbarton@donegalgroup.com>; Cindy Barton <pcbartonteam@aol.com>; Pamela Dull <pamela.dull@gmail.com>; Sarah Sample <sarahsample12@gmail.com>
Sent: Fri, Jul 14, 2017 10:55 pm

Subject: Seller Attorney

Has anyone ever met this attorney in person ?

-David Carpenter

Sent from my iPad

## WITNESS INFORMATION FORM
## CRIMINAL COMPLAINT



# Thomas A. French

Incident Number:
1710027274

Partner

Last:
CARPENTER

Harrisburg, PA

tfrench@barley.com ed by the court √ the box in the gray area and list

Tel: (717) 231-6625

Fax: (717) 291-4660

Docket Number:

Defendant Name    First:
DAVIL

If the witness is a minor,
the parent or guardians'

☒√ If needed for hearing

MIKE
(Name)

1199 RIVER ROAD
MARIETTA, PA 17547
(Address)

DONEGAL INSURANCE

(Employer - if known)

BARTON

(717)368-9312    ☒ Home

## OVERVIEW

Thomas is recognized as a leading business and commercial litigation attorney, having tried numerous cases to verdict and appeal over his decades-long career as a courtroom lawyer. He is a "go-to" litigator when banks, insurance companies, businesses and professionals are faced with their most crucial legal conflicts. Thomas routinely defends other attorneys, accountants and fiduciaries against malpractice lawsuits, and represents insurers when opposing coverage and bad faith claims. He also has been called upon to protect banking institutions confronted with shareholder and other disputes. He is known for guiding his clients through internal and external investigations as well.

## DONEGAL. INSURANCE GROUP

**MIKE BARTON**
Assistant Vice President
Director and Manager of Facilities

Fax: 717-426-7313
Cell: 717-572-1244
After Hrs. Direct: 800-877-0600 x7409
mikebarton@donegalgroup.com

HOME OFFICE:
1195 River Road, P.O. Box 302
Marietta, PA 17547-0302
717-426-1931 x7409

From: "Barton, Michael" <MichaelBarton@donegalgroup.com

Date: July 12, 2017 at 5:43:47 AM EDT

To: David Carpenter <carpenter003@comcast.net>

Subject: Mikes number

David

Mike Pontz. 575-4680

I try to talk to you this afternoon sometime hope you're feeling better today

Mike



WITNESS INFORMATION FORM
CRIMINAL COMPLAINT

Docket Number:      Dat

Defendant Name | First: DAVID

Rent Number: 1710027274

If the witness is a minor, c
the parent or guardians' n

in the gray area and list

Xw If needed for hearing

MIKE
(Name)

1199 RIVER ROAD
MARIETTA, PA 17547
(Address)

DONEGAL INSURANCE G

(717)368-9312   ⊠ Home
( )-             ☐ Cell
(Telephone Number)

( )-            Work:

(Employer - If known)

Attorney J.D. Young, Jr.

Donald H. Hess
*Attorney*



**DONEGAL®**
INSURANCE GROUP

MIKE BARTON
Assistant Vice President
Director and Manager of Facilities

Fax: 717-426-7313
Cell: 717-572-1244
After Hrs. Direct: 800-877-0600 x7400

HOME OFFICE:
1195 River Road, P.O. Box 302
Marietta, PA 17547-0302
717-426-1931 x2400

Subject: 1148 Mill Mar Road Groff - Carpenter

Hello, JD. I had been dealing with Mike Barton. Last week he told me that Ms. Groff has retained you in this matter. I have not heard from you, and I don't know what details you have digested, but please give me a call when you are ready to discuss things.

One thing that should be given priority attention is closing deadline. I expect Mr. Barton will confirm that both parties are working together to get a handle on what needs to be repaired in order for Mr. Carpenter to obtain his FHA loan.

Because I'm not certain we still have a bead on exactly what work needs to be done, nor a contractor's bid for all of the work, I suggest we extend the agreement to August 8. See the attached WORD document.

Let me know your thoughts. Thanks. Don



## WITNESS INFORMATION FORM
## CRIMINAL COMPLAINT

| Docket Number: | Dat |
| --- | --- |
| Defendant Name | First: DAVID |

Item Number
1710027274

If the witness is a minor, c
the parent or guardians' n

in the gray area and list

☒ If needed for hearing

MIKE
(Name)

1199 RIVER ROAD
MARIETTA, PA 17547
(Address)

DONEGAL INSURANCE G.

(Employer, - If known)

Attorney J.D. Young, Jr

(717)368-9312  ☒ Home
()-  ☐ Cell
(Telephone Number)
()-  Work

### Donald H. Hess
*Attorney*

**DONEGAL**
INSURANCE GROUP

**MIKE BARTON**
Assistant Vice President
Director and Manager of Facilities

Fax: 717-426-7313
Cell: 717-572-1244
After Hrs. Direct: 800-877-0800 x7409
mikebarton@donegalgroup.com

HOME OFFICE:
1195 River Road, P.O. Box 302
Marietta, PA 17547-0302
717-426-1931 x7409

## Subject: 1148 Mill Mar Road Groff –Carpenter

JD, can you give me a call please?

I have the same view on this matter as Mike Barton expresses, and I thought David was in agreement. I expected Mike and David to work out a plan of action for the parties' mutual benefit.

Unfortunately, David was in a car accident which put him off his pace a bit. Then -- as you will see from this email thread -- David is getting input from other people with tangential interest in the transaction.

Let's get this back on track.

Thanks. Don

Insurance Company, or Southern Mutual, and Donegal Mutual's placement of its assumed business from Southern Mutual into the underwriting pool.

The following chart depicts our organizational structure, including all of our property and casualty insurance subsidiaries, Southern Mutual and our interest in DFSC:



(1)      Because of the different relative voting power of our Class A common stock and our Class B common stock, our public stockholders hold approximately 26% of the aggregate voting power of our Class A common stock and our Class B common stock and Donegal Mutual holds approximately 74% of the aggregate voting power of our Class A common stock and our Class B common stock.

**Relationship with Donegal Mutual**

Donegal Mutual provides facilities, personnel and other services to us and our insurance subsidiaries. Donegal Mutual allocates certain related expenses to Atlantic States in relation to the relative participation of Donegal Mutual and Atlantic States in the underwriting pool they maintain. Our insurance subsidiaries other than Atlantic States reimburse Donegal Mutual for their respective personnel costs and bear their proportionate share of information services costs based on each subsidiaries' respective percentage of the total net written premiums of the Donegal Insurance Group. Charges for these services to Atlantic States and our other insurance subsidiaries totaled $108.5 million, $98.6 million and $94.0 million for 2015, 2014 and 2013, respectively.

Our insurance subsidiaries have various reinsurance arrangements with Donegal Mutual. These agreements include:

• excess of loss reinsurance agreements with Le Mars, MICO, Peninsula, Sheboygan and Southern;

• catastrophe reinsurance agreements with Atlantic States, Le Mars and Southern; and

• quota-share reinsurance agreements with Le Mars, MICO and Peninsula.

The purpose of the excess of loss and catastrophe reinsurance agreements is to lessen the effects of a single large loss, or an accumulation of smaller losses arising from one event, to levels that are appropriate given each subsidiary's size, underwriting profile and amount of surplus.

The purpose of the quota-share reinsurance agreement with Le Mars is to transfer to Le Mars 100% of the premiums and losses related to certain products Donegal Mutual offers in certain Midwest states, which provide the availability of complementary products to Le Mars' commercial accounts.

**From** David Carpenter
**Subject** Fwd: House
**Date** Aug 16, 2017 at 1:05:26 AM
**To** HUMANRESOURCES@DONEGALGROUP.COM, Hunter B. Schenck

Sent from my iPad

**Begin forwarded message:**

From: "Barton, Michael" <MichaelBarton@donegalgroup.com>
Date: July 17, 2017 at 11:56:23 AM EDT
To: David Carpenter <carpenter003@comcast.net>
Subject: House

David
Greg Diehl from union community bank had me talk this morning to Bob
Bradfield a loan person at the bank and explain as much as I could about the
house and our present situation.
Bob asked me to pass on to you his cell phone number which is 572-1235
Bob would like to talk to you to see if there is anyway a loan could be set up for
you to buy the house
Good luck !!
Mike

Sent from my iPhone
E-MAIL CONFIDENTIALITY NOTICE: This e-mail from Donegal Insurance Group
may contain CONFIDENTIAL and legally protected information. If you are not an
intended recipient, please do not copy or disclose it or its contents
to others; and please notify us by calling toll free (800) 877-0600 x7880 or by
replying to this message, and then delete it from your system. Delivery of this
email to an unintended recipient is not a waiver of any attorney-client or other
applicable privilege.

Crime-Fraud Privilege



THE LAW OFFICES OF

**GIBBEL KRAYBILL & HESS** LLP

ATTORNEYS & COUNSELORS AT LAW

July 21, 2017

David Carpenter
1128 Green Avenue
Landisville, PA 17538

7-24-17
mail

Re:    1148 Mill Mar Road, Lancaster, PA 17601

Dear David:

Over the course of my work with you on this matter, I have been continually surprised to see that you have not followed the course of action we agreed upon. Now yet again, I was surprised when I received your email a mere few hours after we met Friday July 14, 2017, that was in direct conflict with what we discussed.

I then received your email Sunday July 16, 2017 asking for an invoice to date for our services. I took that to mean you no longer want my services.

Although you then continued to send me multiple further emails, I must regrettably conclude that there is no benefit for you if I continue representing you in this matter. As requested, you will find our final invoice included in this mailing. You will also find our check for the remaining funds we held in escrow and as a retainer.

You had dropped off several binders of documents. I put them at our front desk for you to pick up whenever convenient for you.

I do hope you can find a resolution to this situation, hopefully, so that you can purchase the Mill Mar home.

With warm regards.

Sincerely,

Don Hess

enc.



## GIBBEL KRAYBILL & HESS LLP

PO Box 5349
Lancaster, PA 17606
(717) 291-1700

### INVOICE

|  |  |
|---|---|
| Invoice Date: | July 20, 2017 |
| Invoice#: | 119630 |
| Client #: | 032946  00001 |
| Billed through: | 07/20/2017 |
| Billing Attorney: | DHH |

DAVID CARPENTER
1128 GREEN AVENUE
LANDIS VILLE, PA  17538

### REAL ESTATE DISPUTE (MAR MILL ROAD)

| | |
|---|---|
| Balance forward as of invoice dated   July 10, 2017 | $2,548.00 |
| Payments received since last invoice | $2,548.00 |
| Accounts receivable balance carried forward | $0.00 |
| Prepaid cash balance carried forward | $2.00 |
| Trust balance carried forward | $5,500.00 |

**For Professional Services Rendered**

| | |
|---|---|
| 06/19/2017 | Meet at sight with seller and representatives; Follow up e-mails |
| 06/30/2017 | Telephone conference with Mike Barton; Review e-mail and Kleinfelter; E-mail David |
| 07/05/2017 | Review e-mails and documents dropped off by David; Office conference with David; E-mail parties; Telephone conference with Cyndi Barton |
| 07/06/2017 | E-mails; Intra-office conference uploading documents to Dropbox |
| 07/11/2017 | Telephone call with David; Review e-mails; Send e-mails |
| 07/13/2017 | E-mails; Telephone conference with Attorney Young |
| 07/14/2017 | E-mails; Office conference with  David |

| | |
|---|---|
| **Fees charged for this matter** | **$1,540.00** |

### BILLING SUMMARY

| | |
|---|---|
| Current Fees | $1,540.00 |
| Total Current Charges for this Bill | $1,540.00 |
| LESS PREPAID CASH APPLIED TO THIS INVOICE* | $2.00 CR |
| LESS TRUST AMOUNT APPLIED TO THIS INVOICE** | $1,538.00 CR |
| **TOTAL BALANCE NOW DUE** | **$0.00** |



## Thomas A. French

Partner

Harrisburg, PA
tfrench@barley.com
Tel: (717) 231-6625
Fax: (717) 291-4660



Donald Nikolaus
Provided



On Aug 9, 2017, at 9:30 AM, Barton, Michael
<MichaelBarton@donegalgroup.com> wrote:

## Barley Snyder

David

I do not have a personal e-mail . I told everyone more than a few times I do not have a home or personal e-mail and that I am advising Ms. Groff as a personal favor. the only way we could keep the communications open and going back and forth communication with me was to use my work computer and e-mail. (Donegal Mutual Insurance has no interest in this personal matter.) Because you are listing Donegal Insurance as a potential litigant I am meeting the company lawyer today to inform them that my use of company E-mail has involved them in a personal matter on mine. David as I said before we would help you as much as we can to get the house. I talked to some loan officer friends of mine and asked if they would help you I know you talked with them but I don't know what took place . I do not know any of your personal or financial information and I don't know why things did not work out just that no one called us back .

Mike

Mike Barton
Assistant Vice President
Director and Manager of Facilities
Donegal Insurance Group
1195 River Road PO Box 302
Marietta, PA 17547
Cell PH: 717-572-1244
Office PH: 800-877-0600 ext. 7409
Fax: 717-426-7313
mikebarton@donegalgroup.com



**DONEGAL.**
INSURANCE GROUP

MIKE BARTON
Assistant Vice President
Director and Manager of Facilities

Fax: 717-426-7313
Cell: 717-572-1244
After Hrs. Direct: 800-877-0600 x7409
mikebarton@donegalgroup.com

HOME OFFICE:
1195 River Road, P.O. Box 302
Marietta, PA 17547-0302
717-426-1931 x7409



Mike    Barton

➕ 100% ➖    🐦 | f    Search the website    🔍



The
# DISCIPLINARY BOARD
*of the Supreme Court of Pennsylvania*



*I need to...* ⌄

## FOR ATTORNEYS FOR THE PUBLIC CASES NEWS & MEDIA ABOUT

*Quick Links*

**BROWSE RULES**
*Browse the Rules that govern attorneys.*

**FILE A COMPLAINT**
*File a complaint against an attorney.*

**LOOK UP AN ATTORNEY**
*View an attorney's contact information and disciplinary history.*

**SEARCH OPINIONS**
*Search Supreme Court and*

❮ Back to Search

# Nikolaus, Donald H.

*Public Information*

*Pending Proceedings*          *History*

*Disciplinary Board Opinions.*

**RECENT CASES**

*Search Supreme Court and Disciplinary Board Actions.*

| | |
|---|---|
| **Attorney ID:** | 7500 |
| **Current Status:** | Active |
| **Date of Admission:** | 1/8/1968 |
| **Employer:** | Nikolaus & Hohenadel, LLP |
| **Address:** | NIKOLAUS & HOHENADEL LLP 327 LOCUST ST COLUMBIA, Pennsylvania 17512-1120 |
| **Country:** | United States |
| **Telephone:** | (717) 684-4422 |
| **Fax:** | (717) 684-6099 |
| **County:** | Lancaster |
| **District:** | District 2 |

**Professional Liability Insurance:**

I maintain, either individually or through my firm, professional liability insurance pursuant to the provisions of Rule of Professional Conduct 1.4(c).

**THE PHILADELPHIA CONTRIBUTIONSHIP**
1752

Homeowners Quote
Quote Number: QT00120357
Germantown Insurance Company

# QUOTE - THIS IS NOT A POLICY

**Insured**
Carpenter, David

**Risk/Property Address**
1148 Mill Mar Rd
Lancaster, PA 17601-1623

**Policy Period**
Effective Date: 06/15/2017
Expiration Date: 06/15/2018

*Policy Period: The term of this policy shall be from 12:01 a.m. eastern standard time at the risk/property address shown for such like terms thereafter as the required premium is paid by the insured on or before the expiration of the current term and is accepted by the company.*

**Agent**
Myers & Bell Ins. Agency, Inc.
190 Cocalico Creek Rd
Stevens, PA 17578
(717) 335-2080

**Mailing Address**
1148 Mill Mar Rd

Lancaster, PA 17601-1623

## Quote Information

**Policy Form:** HO 00 03
**Construction Year:** 1969

**Occupancy:** Owner
**Construction Type:** Frame

**Number of Units:** 1
**Protection Class:** 4

## Quoted Coverage Information

COVERAGE LIMITS - All peril losses are subject to a deductible of $500

Loss Settlement: Replacement Cost

|  | Dwelling | Other Structures | Contents | Additional Living | Liability | Medical Pay |
|---|---|---|---|---|---|---|
| Included | $304,000 | $30,400 | $212,800 | $91,200 | $500,000 | $5,000 |

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **SECTION I** | | |
| Coverage A - Dwelling | $304,000 | $372.72 |
| Coverage B - Other Structures | $30,400 | Included |
| Coverage C - Personal Property | $212,800 | Included |
| Coverage D - Loss of Use | $91,200 | Included |
| **SECTION II** | | |
| Coverage E - Personal Liability | $500,000 | $17.25 |
| Coverage F - Medical Payments to Others | $5,000 | $8.58 |
| **DISCOUNTS** | | |
| HO 04 16 - Premises Alarm | 2.0% | |
| Newly Purchased Home Credit | | |
| Loss Free Credit | | |
| **OTHER COVERAGES AND ENDORSEMENTS** | | |
| TP 23 81 - Water Back-Up And Sump Discharge or Overflow | $5,000 | $50.00 |

QUOTE NOT GUARANTEED UNTIL BOUND



THE PHILADELPHIA
CONTRIBUTIONSHIP

Homeowners Quote
Quote Number: QT00120357
Germantown Insurance Company

## Quote Information (continued)

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| HO 23 63 - Personal Property Replacement Cost | | $81.45 |
| TOTAL QUOTED POLICY PREMIUM | | $530.00 |

QUOTE NOT GUARANTEED UNTIL BOUND



# *Homeowners* **Insurance Proposal**

Tuesday, May 09, 2017 2:42 PM



Thank you very much for your interest in joining thousands of others who have chosen to become insured with the Donegal Insurance Group. Based on the information provided, your quality independent insurance agent has accessed our best rates possible. Our hope is that you find the rate competitive and choose to become insured with us. Thank you very much for your consideration.

**Applicant's Name and Address**
DAVID CARPENTER
1148 MILL MAR RD
LANCASTER, PA  17601    717-947-5510

**Agency's Name and Address**
HOMESALE INS SERVICES LLC
431 W LANCASTER AVE
DEVON  PA  19333   800-425-5130

Cov Period: 06/15/2017 To 06/15/2018    Company: Donegal Mutual Insurance Company    Pol Num: QUOTE    Tier: ADVG

Quote Num: 10787502

**Property Insured:**

| Locations Insured | Territory | Construction | Yr Built | Protection Class | Form |
|---|---|---|---|---|---|
| 1148 MILL MAR RD | 61 | Frame | 1969 | 04 | 3 |

| Coverage | | Amount of Insurance | Premium |
|---|---|---|---|
| Section I Property Coverages | Coverage A - Building | $250,000 | $1,021 |
| | Coverage B - Other Private Structures | $25,000 | Included |
| | Coverage C - Personal Property | $125,000 | Included |
| | Coverage D - Loss of Use | $50,000 | Included |
| | | | |
| Deductibles | Section I - Deductible $1,000<br>* A separate deductible may also apply to certain coverages or endorsements. | | |
| Section II Liability Coverages | Coverage E - Liability | $500,000 | $26 |
| | Coverage F - Medical Expenses | $5,000 | Included |
| | | | |
| Optional Coverages | EXTENDED LIMITS COVERAGE A 25% | | $4 |
| | PERSONAL PROPERTY REPLACEMENT COST | | $77 |
| | MULTI-PROTECTOR DELUXE | | $65 |
| | UNDERGROUND SERVICE LINE $15,000 | | $34 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Scheduled Personal Property | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| **Total Proposal Premium Before Any Applicable Discounts** | | $1,227 |
| The Following Discounts Apply: | HOMESALE ADVANTAGE DISCOUNT | $-45 |
| | ACCOUNT CREDIT | $-159 |
| | DEDUCTIBLE CHARGE/CREDIT | $-73 |
| | PREMISES ALARM OR FIRE SYSTEM 6% | $-61 |
| | **PREMIUM TOTAL** | **$889** |

**INSURANCE GROUP**

PRO.

Tuesday, May 09, 2017 2:41 PM

'hank you very much for your interest in joining thousands of others who have chosen to become insured with the Donegal Insurance Group. Based on the information provided, your quality independent insurance agent has accessed our best rates possible. Our hope is that you find the rate competitive and choose to become insured with us. Thank you very much for your consideration.

**Applicant's Name and Address**
DAVID CARPENTER
1148 MILL MAR RD
LANCASTER, PA  17601    717-947-5510

**Agency's Name and Address**
HOMESALE INS SERVICES LLC
431 W LANCASTER AVE
DEVON  PA  19333    800-425-5130

Cov Period: 06/15/2017 To 06/15/2018    Company: Donegal Mutual Insurance Company    Pol Num: QUOTE    Tier: ADVC

Quote Num: 10787502

**Property Insured:**

| Locations Insured | Territory | Construction | Yr Built | Protection Class | Form |
|---|---|---|---|---|---|
| 1148 MILL MAR RD | 61 | Frame | 1969 | 04 | 3 |

| | Coverage | Amount of Insurance | Premium |
|---|---|---|---|
| **Section I Property Coverages** | Coverage A - Building | $250,000 | $1,021 |
| | Coverage B - Other Private Structures | $25,000 | Included |
| | Coverage C - Personal Property | $125,000 | Included |
| | Coverage D - Loss of Use | $50,000 | Included |
| **Deductibles** | Section I - Deductible $1,000 * A separate deductible may also apply to certain coverages or endorsements. | | |
| **Section II Liability Coverages** | Coverage E - Liability | $500,000 | $26 |
| | Coverage F - Medical Expenses | $5,000 | Included |
| **Optional Coverages** | EXTENDED LIMITS COVERAGE A 25% | | $4 |
| | PERSONAL PROPERTY REPLACEMENT COST | | $77 |
| | MULTI-PROTECTOR DELUXE | | $65 |
| | UNDERGROUND SERVICE LINE  $15,000 | | $34 |
| **Scheduled Personal Property** | | | |

| | | Premium |
|---|---|---|
| | Total Proposal Premium Before Any Applicable Discounts | $1,227 |
| The Following Discounts Apply: | HOMESALE ADVANTAGE DISCOUNT | $-53 |
| | DEDUCTIBLE CHARGE/CREDIT | $-73 |
| | PREMISES ALARM OR FIRE SYSTEM 6% | $-61 |
| | **PREMIUM TOTAL** | $1,040 |

Thomas A. French

*ph (717) 233-5731*
*fx  (717) 260-4325*
tfrench@rhoads-sinon.com

# RHOADS & SINON LLP

Reply to Harrisburg Office

FILE NO: 8501/03

August 18, 2017

Re:  Donegal Insurance Group

*Via Certified Mail, Return Receipt Requested
and U.S. Mail*

Mr. David Carpenter
1128 Greens Avenue
Landisville, PA 17538

Dear Mr. Carpenter:

This law firm represents Donegal Insurance Group ("Donegal"). We are in receipt of a copy of an email which you forwarded to Michael Barton, and copied to the human resources department of Donegal. In your email, you threaten to bring a lawsuit against Donegal for Mr. Barton's undefined "actions" which you apparently claim arose in some private dealings you had with him. We write to request that you cease and desist making such unfounded threats. You are not a Donegal policyholder, and Donegal has had no relationship with you whatsoever. To the extent that you follow through on your threats and file a frivolous lawsuit, Donegal will seek sanctions in court, including recovery of its attorney's fees incurred in having your suit dismissed.

You are also instructed not to enter into or upon Donegal's place of business. If you are found at the premises, you will be considered a trespasser and will be reported to the police.

Please govern yourself accordingly.

Very truly yours,

RHOADS & SINON LLP

By:

Thomas A. French

TAF/lgr

One South Market Square, 12th Floor • P.O. Box 1146 • Harrisburg, PA 17108-1146 • ph: 717.233.5731
29 Dowlin Forge Road • Exton, PA 19341 • ph: 610.423.4200 • fax: 610.423.4201

 100%  Search the website 



The
# DISCIPLINARY BOARD
*of the Supreme Court of Pennsylvania*

**FOR ATTORNEYS FOR THE PUBLIC CASES NEWS & MEDIA ABOUT**

*Quick Links*

< Back to Search

# French, Thomas A.

*Public Information*

*Pending Proceedings*          *History*

**BROWSE RULES**
*Browse the Rules that govern attorneys.*

**FILE A COMPLAINT**
*File a complaint against an attorney.*

**LOOK UP AN ATTORNEY**
*View an attorney's contact information and disciplinary history.*

**SEARCH OPINIONS**
*Search Supreme Court and*

*Disciplinary Board Opinions.*

**RECENT CASES**

*Search Supreme Court and Disciplinary Board Actions.*

| | |
|---|---|
| **Attorney ID:** | 39305 |
| **Current Status:** | Active |
| **Date of Admission:** | 10/18/1983 |
| **Employer:** | Barley Snyder LLP |
| **Address:** | Barley Snyder LLP<br>213 Market Street, 12th Floor<br>HARRISBURG,<br>Pennsylvania 17101 |
| **Country:** | United States |
| **Telephone:** | (717) 231-6625 |
| **Fax:** | N/A |
| **County:** | Dauphin |
| **District:** | District 3 |

**Professional Liability Insurance:**

I maintain, either individually or through my firm, professional liability insurance pursuant to the provisions of Rule of Professional Conduct 1.4(c).

dotloop signature verification: [illegible]

## STANDARD AGREEMENT FOR THE SALE OF REAL ESTATE    ASR
This form recommended and approved for, but not restricted to use by, the members of the Pennsylvania Association of Realtors® (PAR).

### PARTIES

| BUYER(S): | SELLER(S): |
|---|---|
| David Carpenter | Shirley K. Groff |

| BUYER'S | SELLER'S MAILING ADDRESS: |
|---|---|

PROPERTY

ADDRES

1148 Mill Mar Road

In the mu
in the Sch
Tax ID #(
Identifica

## Joshua J. Knapp
Partner

Lancaster, PA
jknapp@barley.com
Tel: (717) 399-1577
Fax: (717) 291-4660

☐ No E
Broker (C

## MARCUS W. SHAND, ESQ.
### ATTORNEY • ASSOCIATE

7175759039
hsample12@gmail.com
ne):

Broker is (check only one):
☐ Buyer Agent (Broker represents Buyer only)
☐ Dual Agent (See Dual and/or Designated Agent box below)

☐ Buyer Agent (all company licensees represent Buyer)
☑ Buyer Agent with Designated Agency (only Licensee(s) named above represent Buyer)
☐ Dual Agent (See Dual and/or Designated Agent box below)

☐ Transaction Licensee (Broker and Licensee(s) provide real estate services but do not represent Buyer)

### SELLER'S RELATIONSHIP WITH PA LICENSED BROKER
☐ No Business Relationship (Seller is not represented by a broker)

| Broker (Company) | RE/MAX Associates of Lancaster | Licensee(s) (Name) | Cynthia A. Barton |
|---|---|---|---|
| Company License : | RB067451 | State License # | RS180550L |
| Company Address | 500 Delp Road | Direct Phone(s) | 7173716000 |
| | Lancaster, PA 17601 | Cell Phone(s) | |

# Lancaster County deeds recorded: May 11, 2020 | Deeds Records in Lancaster

...

May 11, 2020 · Marcus W. Shand and William S. Shand conveyed 1148 Mill Mar Road to Danelle M. Bledsoe for $295,000. Barbara G.

ALL          MAPS          NEWS          IMAGES          VIDEOS

## IMAGES                                          **View All**




 LancasterOnline.com › business › la...

# Lancaster County deeds recorded: May 11, 2020 | Deeds Records in Lancaster

...

May 11, 2020 · Marcus W. Shand and William S. Shand conveyed 1148 Mill Mar Road to Danelle M. Bledsoe for $295,000. Barbara G.

 LancasterOnline.com › business › la...

# Lancaster County deeds recorded: Oct. 9, 2017 | Deeds Records in Lancaster ...

Oct 9, 2017 · The following were recorded at the Lancaster County ... Mar Road to Marcus W. Shand and William S. Shand for $200,000.

LancasterOnline.com › business › la...

# Lancaster County deeds recorded: May 11, 2020 | Deeds Records in Lancaster ...

May 11, 2020 · Marcus W. Shand and William S. Shand conveyed 1148 Mill Mar Road to Danelle ...

 Lancaster Family YMCA › camp-sh...

Camp Shand - Summer 2020


The Heartbeat

# A Time to Embrace

Written by **Pastor Doug Winne**   Published: December 01, 2019



*For everything there is a season, and a time for every matter under heaven...a time to embrace, and a time to refrain from embracing. – Ecclesiastes 3:1 and 5b*

Following approximately four years of dating, Marcus Shand took our daughter Esther out for a canoe ride on the Conestoga River Thanksgiving morning and there asked her to marry him. As parents of Esther, Ruth and I had often wondered what would be the final outcome of their dating relationship. Now we have the answer as Esther responded to Marcus' question with a "Yes." So another son-in-law is now in the plans! When the wedding will be is yet to be determined. Having been previously blessed with a truly great son-in-law in the form of Jason Rausch, our hope and prayer is that Marcus will prove to be of the same blood as Jason.

Elder Dave Graves and I are currently reading Jonathan Edwards' classic book, The Religious Affections. The book was written in 1746, in part to give clarity to what has come to be called "The Great Awakening." But prior to reading my used copy of Edwards' book (purchased over eBay), I found two pieces of paper inserted in the book upon which are lengthy quotes. The first paper/quote was written by R. L. Dabney to his adult age children as sort of a "last will and testament" to them regarding his expressed desire that they "seek after peace with God...wait diligently upon the means of grace...(and) follow God fully." The second paper/quote was written by Jonathan Edwards on May 27, 1755 to one of his children (not identified) who was living some distance away from home at the time of the writing. In this latter letter Edwards challenges his child to "always set God before your eyes, and live in his fear, and seek him every day with all diligence: for He, and He only can make you happy or miserable, as He pleases; and your Life and Health, and the eternal salvation of your soul...depends on his will and pleasure."

When Marcus spoke to me some days prior to asking Esther for her hand in marriage, I told him that he had my blessing. But I then followed up that statement with a challenge: that Ruth's and my deepest hope for him (and Esther) would be that he would "hunger and thirst for righteousness" (Matthew 5:6) and in so doing lead Esther and their children, should God give them children, in that pursuit after righteousness. That righteousness, of course, can only be found in Jesus Christ. Marcus assured me that that indeed is his deepest desire as well.

So this past Thanksgiving day, around the Winne family table, we were able to especially express gratitude to God for his mercies and kindness and that he had provided us all with another to embrace.

 A Time to Embrace



# BURNING HEARTS
## communitychurch

Home

Contact BHCC

Privacy Policy

## Give with PayPal

**Donate**

## Upcoming Events

**Young Adults Sunday School**

06 Mar 2022 _ 09:00AM

**Older Adults Sunday School**

06 Mar 2022 _ 09:00AM

**Worship Service**

06 Mar 2022 _ 10:30AM

**Prayer Meeting**

09 Mar 2022 _ 07:00PM

**Bravehearts Breakfast**

12 Mar 2022 _ 07:00AM

Search ...



Burning Hearts Community C...

2460 New Holland Pike, Lancaster, PA 17601

4.8 ★★★★★

View larger map

A A A    Copyright © 2022. BurningHearts.org. Designed by Shape5.com Joomla Templates

Desktop Version



# SAXTON & STUMP
LAWYERS AND CONSULTANTS

# MARCUS W. SHAND, ESQ.
## ATTORNEY • ASSOCIATE

✉ mws@saxtonstump.com   ☎ 717.556.1033
280 Granite Run Drive | Suite 300 | Lancaster, PA 17601
www.SaxtonStump.com

## EXPERIENCE

Marcus W. Shand, Esq. focuses his practice in healthcare litigation, representing doctors, hospitals, and other healthcare providers in medical professional liability cases, as well as labor and employment and construction litigation.

As an undergraduate student at Grove City College, Marcus held many leadership roles including President of the Campus Fraternity Council and President of the Phi Tau Alpha Fraternity. He also served as a Board Member for the Discipline Appeals Committee.

While at Dickinson School of Law, Marcus was Senior Editor of the Penn State Arbitration Law Review. Marcus served as a summer legal intern for the Honorable Lawrence F. Stengel, U.S Eastern District of Pennsylvania. He later went on to serve as a certified legal intern for the Lancaster County District Attorney's Office.

Most recently, Marcus was an Assistant District Attorney for the Lancaster County District Attorney's Office where he managed over 300 general trial, felony drug and juvenile cases. In his time at the District Attorney's office, Marcus successfully prosecuted a number of felony jury and bench trials.

## PRACTICES

• Healthcare Law

• Healthcare Litigation and Mitigation

• Commercial Litigation

• Construction Law

• Internal Investigations

## EDUCATION

• Dickinson School of Law of the Pennsylvania State University, J.D., 2016

• Grove City College, B.A. 2011

## BAR ADMISSIONS

- Pennsylvania

## MEMBERSHIPS

- Pennsylvania Bar Association

- Lancaster County Bar Association

## PUBLICATION

- Who Decides? The Third Circuit: Class Action Availability is a Question of Arbitrability, 7 Y.B, Arb. & Mediation 226 (2015)

## PRESENTATION

- ABC Keystone, Negotiating Construction Contracts (and Subcontracts) and Navigating the Claims Process, February 2019

## RELEVANT EXPERIENCE

- Regularly assists major health systems in defending against claims ranging from complications at birth through adverse surgical outcomes

- Successfully defends major healthcare institutions and construction law clients at trial, arbitration, and mediation

- Assisted in large-scale products liability litigation discovery, investigations regarding healthcare privacy, and trade secret litigation discovery

- Two years of courtroom experience as an Assistant District Attorney prosecuting crimes ranging from traffic tickets to serious felonies



**SAXTON & STUMP**
LAWYERS AND CONSULTANTS

For more information please visit :
SaxtonStump.com/professionals/marcus-shand



| | 100% | | | | Search the website | |

## The
# DISCIPLINARY BOARD
*of the Supreme Court of Pennsylvania*

*I need to...*

**FOR ATTORNEYS FOR THE PUBLIC CASES NEWS & MEDIA ABOUT**

*Quick Links*

**< Back to Search**

**BROWSE RULES**

*Browse the Rules that govern attorneys.*

# Shand, Marcus Wanner

**FILE A COMPLAINT**

*File a complaint against an attorney.*

*Public Information*

*Pending Proceedings*          *History*

**LOOK UP AN ATTORNEY**

*View an attorney's contact information and disciplinary history.*

**SEARCH OPINIONS**

*Search Supreme Court and*

*Disciplinary Board Opinions.*

**RECENT CASES**

*Search Supreme Court and Disciplinary Board Actions.*

| | |
|---|---|
| **Attorney ID:** | 323052 |
| **Current Status:** | Active |
| **Date of Admission:** | 10/19/2016 |
| **Employer:** | U.S. Attorney's Office, District of Arizona |
| **Address:** | U S ATTORNEY'S OFC DISTRICT OF AZ 40 N CENTRAL AVE STE 1800 PHOENIX, Arizona 85004 |
| **Country:** | United States |
| **Telephone:** | (602) 514-7523 |
| **Fax:** | N/A |
| **County:** | Out of State |
| **District:** | Out of State |

**Professional Liability Insurance:**

I do not maintain professional liability insurance because I do not have private clients and have no possible exposure to malpractice actions (e.g. retired, full-time in-house counsel, prosecutor, full-time government counsel, etc.)

 United States Department of Justice

THE UNITED STATES ATTORNEY'S OFFICE

DISTRICT of ARIZONA

U.S. Attorneys » District of Arizona

# Contact Our Office

## Addresses:

**Phoenix**
Two Renaissance Square 40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500

**Tucson**
405 W. Congress Street, Suite 4800
Tucson, AZ 85701-5040
(520) 620-7300

**Flagstaff**
123 N. San Francisco Street, Suite 410
Flagstaff, AZ 86001
(928)556-0833

**Yuma**
7102 E. 30th Street, Suite 101
Yuma, AZ 85365
(928) 314-6410

## Links to Investigative Agencies

Public requests for matters to be investigated should be made directly to the appropriate investigative agency. Those agencies are linked here.

## Public Inquiry Form

Fill out Inquiry Form (PDF) and then Email

## Community Outreach & Public Affairs

The U.S. Attorney's Office has experts in a wide variety of fields who are available to speak to groups about the office's programs, policies, and other legal topics.
We normally require that you submit requests for speakers at least 30 days before the planned event.

**Community Outreach Contact:** usaaz.community@usdoj.gov

**Public Affairs Contact: Esther Winne**

**Contacts**

## Kelly Treffts

Human Resources Officer

- Employment Inquiries

## Victim Witness Assistance

- Toll Free Number: (800) 800-2570 | Email: USAAZ.VictimAssist@usdoj.gov

Updated January 7, 2021

Was this page helpful?
Yes    No



# Bad Luck

Written by **Pastor Doug Winne**    Published: September 13, 2020



*"In him we have obtained an inheritance, having been predestined according to the purpose of him who works all things according to the counsel of his will." – Ephesians 1:11 (ESV)*

When I was growing up, I looked for four-leaf clovers. But I never found one. Then, about 10 years ago, while outside in summer, I said to Ruth, "My whole life I've been looking for a four-leaf clover and I have never found one." Ruth looked down, bent over and WHILE PICKING A FOUR-LEAF CLOVER (!!!!!) said, "You mean like this?" I was incredulous. How did she do that? Since then I have found a good number of four-leaf clovers...probably one or two per summer. When I find one I generally encase it in transparent tape and mark the date I found it. Our daughter, Esther, borrowed a book from me some months back and when about half-way through the book found one of my dated four-leaf clovers in the book.

But this year...ah, yes, this year...the terrible year no one will ever forget...this year I have not found a single four-leaf clover. What can I say? It fits the year.

Being a Christian, I don't believe in luck. I believe in what our nation's Founding Fathers called Providence, meaning a supreme and divine hand of guidance over our affairs. The apostle Paul, in the above quoted passage, uses the term "predestined" and then ties that predestined term in with the idea of God working "all things to the counsel of his will." So it is not luck; it is a sovereign God overseeing our affairs.

Last Sunday morning I was recovering from a very long day the day before: the wedding of our daughter, Esther, to Marcus Shand. That was a wonderful day (beautiful weather; great setting; wonderful service; great all around) that ended on a very sad note with the death of Marcus's dog. For many, such a death would not be very traumatic. But for Marcus, that dog was truly a "man's best friend." He loved that dog. Now, as Christians, what are we to make of that event? Unbelievers might mark it off as just a stroke of bad luck; those who are more superstitious might mark it off as an omen...a bad omen. But as Christians while we, like everyone, may ask, "Why?" if we are more mature Christians we will likely ask, "What am I to learn?" That is, "What are you trying to teach me, God?" The dog's death was likely tied to the fact that many people were feeding the dog during the reception time following the wedding. One or two meat balls might have been fine, but when the 20th person, with a smile, throws the dog a meat ball, the damage may be very real. And so it was. So there was a lesson to be learned about dogs and their appetites, and the wisdom of not feeding a dog from off our plate. But was there and is there something far deeper going on?

It is interesting to me that the death of the dog took place within the context of a wedding, where two people expressed their devotion and life-long care for one another. Years ago, within seconds of me saying out loud, "I love this car" (it was the first of 6 Toyota MR2s that I have now owned), a man in a gray van turned right in front of me, causing me to crash into the side of his van. He was extremely apologetic and his insurance covered the cost of my car's repair in total. But I never forgot that timing and since then have never said of a car, "I LOVE this car." Like…appreciate…that's okay. But not love.

And then I have thought of the bonding that likely came from the dog's death. I mean here were a newlywed husband and wife ready to head off on their honeymoon and their very first night was occupied by dealing with a dying dog, and then a dead dog, and then burying the dead dog. That kind of event would, I think, either drive a couple apart or bring them even closer together. We're all trusting that it is the latter. And if that is the case, then maybe only something as traumatic as the death of a beloved dog could bring that about.

But it wasn't luck…even in this most terrible of years. It wasn't bad luck any more than my failing to find a four-leaf clover has just been bad luck.



⬇ Bad Luck





**Upcoming Events**

**Young Adults Sunday School**

06 Mar 2022 _ 09:00AM

**Older Adults Sunday School**

06 Mar 2022 _ 09:00AM

**Worship Service**

06 Mar 2022 _ 10:30AM

**Prayer Meeting**

09 Mar 2022 _ 07:00PM

**Bravehearts Breakfast**

12 Mar 2022 _ 07:00AM

Search …

Burning Hearts Community C…

2460 New Holland Pike, Lancaster, PA 17601

4.8 ★★★★★

View larger map

A A A    Copyright © 2022. BurningHearts.org. Designed by Shape5.com Joomla Templates

Desktop Version



+ 100% −     Search the website 🔍

The
# DISCIPLINARY BOARD
*of the Supreme Court of Pennsylvania*

**FOR ATTORNEYS FOR THE PUBLIC CASES NEWS & MEDIA ABOUT**

*Quick Links*

**‹ Back to Search**

**BROWSE RULES**

*Browse the Rules that govern attorneys.*

# Winne, Esther Jean

*Public Information*

**FILE A COMPLAINT**

*File a complaint against an attorney.*

*Pending Proceedings*     *History*

**LOOK UP AN ATTORNEY**

*View an attorney's contact information and disciplinary history.*

**SEARCH OPINIONS**

*Search Supreme Court and*

*Disciplinary Board Opinions.*

**RECENT CASES**

*Search Supreme Court and Disciplinary Board Actions.*

| | |
|---|---|
| **Attorney ID:** | 316115 |
| **Current Status:** | Active |
| **Date of Admission:** | 11/6/2013 |
| **Employer:** | U.S. Attorney's Office, District of Arizona |
| **Address:** | 40 N Central Ave #1800 Phoenix, Arizona 85004 |
| **Country:** | United States |
| **Telephone:** | (602) 514-7500 |
| **Fax:** | N/A |
| **County:** | Out of State |
| **District:** | Out of State |

**Professional Liability Insurance:**

I do not maintain professional liability insurance because I do not have private clients and have no possible exposure to malpractice actions (e.g. retired, full-time in-house counsel, prosecutor, full-time government counsel, etc.)



**City of Phoenix**

BARTON J. FEARS
General Counsel
Phoenix Municipal Court

January 21, 2021

Mr. David Carpenter
P.O. Box 344
Landisville, PA 17538

*Via US Mail--Certified*

**RE:** *The Envelope, The Three Boxes, and The Priority Mail Envelope Containing Documents Sent to the Phoenix Municipal Court*

Dear Mr. Carpenter:

As the Phoenix Municipal Court's ("Court's") attorney, I am writing to let you know that the envelope, the three boxes, and the priority mail envelope containing documents that you sent earlier this month to the Court have been received. Included in these documents is a one-page, set of proposed findings for the Court's Chief Presiding Judge to sign-off on finding "bribery" and "corruption" allegedly committed as a part of an alleged real estate purchase for address 1148 Mill Mar Road, Lancaster, PA 17601. A copy of your proposed findings is enclosed with this letter.

From reviewing your submitted documents, please be informed that the Phoenix Municipal Court, as a limited jurisdiction court and through its judges, does not have the jurisdiction (meaning the legal authority granted by the State of Arizona) to make findings and/or rulings, or otherwise adjudicate or process any request related to <u>any</u> out-of-state matter. Specifically, the Court's legal authority over cases and legal matters is limited to those involving misdemeanor crimes and a small class of civil disputes such as civil traffic, parking, and zoning where such crimes or disputes have occurred <u>only</u> within the city limits of Phoenix, Arizona. As a result, the Court lacks jurisdiction over your matter alleging bribery and corruption taking place out-of-state in Pennsylvania. Thus, the Phoenix Municipal Court will not be signing-off on your requested proposed findings regarding the alleged bribery and corruption.

Let me now address the additional proposed findings that the "information was also sent to [Ms.] Allister Adel" and that "[she] will be able to agree and confirm" Mr. Shand's place of employment. First, what was actually sent to Ms. Adel is unknown. Although you have provided priority mail documentation that something may have been sent, the actual contents of what may have been sent is unknown. Second, what Ms. Adel would actually be able to agree to is unknown—the Court can not presume to know what Ms. Adel would, or would not

agree to. As a consequence, the Phoenix Municipal Court will not be signing-off on these additional proposed findings.

This concludes the Phoenix Municipal Court's response to your submitted documents. Best of luck to you on your future endeavors.

Sincerely,

Barton J. Fears
General Counsel Phoenix Municipal Court

BJF/bjf

enclosure

2

Google                    1 / 47

## nmary Information

| | | | |
|---|---|---|---|
| er: | Marcus W & William S & Marcus W Shand | Prop Class: | Residential |
| er Addr: | 1148 Mill Mar Rd | Annual Tax: | $4,692 |
| er City St: | Lancaster Pa | Record Date: | 09/25/17 |
| er Zip+4: | 17601-1623 | Settle Date: | 09/22/17 |
| er Occupied: | Yes | Doc Num: | 000006357333 |
| | | Sale Amt: | $200,000 |
| er Cr Rt: | C058 | | |

## graphic Information

| | | | |
|---|---|---|---|
| nty: | Lancaster, PA | Census: | 0117.032 |
| nicipality: | East Hempfield Twp | | |
| n Sch Dist: | Hempfield | | |
| Id: | 290-17223-0-0000 | | |

## essment & Tax Information

| | | | | | |
|---|---|---|---|---|---|
| Year: | 2020 | Annual Tax (Est): | $4,692 | Total Land Asmt: | $93,100 |
| nty Tax: | $674 | Taxable Land Asmt: | $93,100 | Total Bldg Asmt: | $138,400 |
| nicipal Tax: | $234 | Taxable Bldg Asmt: | $138,400 | Total Asmt: | $231,500 |
| ool Tax (Est): | $3,784 | | | Taxable Total Asmt: | $231,500 |

## Characteristics

| | | |
|---|---|---|
| | Sq Ft: | 17,424 |
| | Acres: | 0.4000 |

## lding Characteristics

| | | | | | |
|---|---|---|---|---|---|
| al SQFT: | 2,075 | Total Rooms: | 5 | Garage Type: | Att/BuiltIn/Bsmt |
| idential Design: | 2 Story | Bed Rooms: | 2 | Gas: | Public |
| ries: | 2.00 | Full Baths: | 2 | Water: | Public |
| ll Units: | 1 | Total Baths: | 2.0 | Sewer: | Public |
| Grd Fin SQFT: | 2,075 | Family Room: | 0 | Year Built: | 1969 |
| place Total: | 1 | Exterior: | Frame | Heat Fuel: | Electric |
| ch/Deck: | Deck | Residential Style: | Colonial | | |
| ning: | Central Air | Residential Units: | 1 | | |
| | | Roof: | Composition, Shingle | | |
| | | Fireplace: | Yes | | |
| | | Att Grg SQFT: | 625 | | |
| | | Heat Delivery: | Hot/Warm Air | | |
| | | Elec: | Hooked-Up | | |

## les & Descriptions

| | | | |
|---|---|---|---|
| id Use: | 113 Res: 1 Fam Dwlg | | |
| | | Det Structure: | Bank Barn |

e data on this report is compiled by BRIGHT MLS from various public and private sources. The data on this report is not a legal flood determination. Errors may exist in any field on this report, including owner's name, tax amounts, mortgage history, and property characteristics. Verify the accuracy of all data with the county or municipality.



⊞ 100% ⊟     🐦 | f |     *Search the website*    🔍



## The
# DISCIPLINARY BOARD
*of the Supreme Court of Pennsylvania*

I need to... ⌄

**FOR ATTORNEYS FOR THE PUBLIC CASES NEWS & MEDIA ABOUT**

*Quick Links*

**BROWSE RULES**

*Browse the Rules that govern attorneys.*

**FILE A COMPLAINT**

*File a complaint against an attorney.*

**LOOK UP AN ATTORNEY**

*View an attorney's contact information and disciplinary history.*

**SEARCH OPINIONS**

*Search Supreme Court and*

‹ Back to Search

# Adams, Heather Lynn

*Public Information*

*Pending Proceedings*     *History*

*Disciplinary Board Opinions.*

**RECENT CASES**

*Search Supreme Court and Disciplinary Board Actions.*

| | |
|---|---|
| **Attorney ID:** | 80604 |
| **Current Status:** | Active |
| **Date of Admission:** | 12/4/1997 |
| **Employer:** | County of Lancaster |
| **Address:** | Lancaster County District Attorney's Office 50 N. Duke St. LANCASTER, Pennsylvania 17608 |
| **Country:** | United States |
| **Telephone:** | (717) 299-8100 |
| **Fax:** | (717) 295-3693 |
| **County:** | Lancaster |
| **District:** | District 2 |

**Professional Liability Insurance:**

I do not maintain professional liability insurance because I do not have private clients and have no possible exposure to malpractice actions (e.g. retired, full-time in-house counsel, prosecutor, full-time government counsel, etc.)

# MEMBER PROFILE

## Ashley Moody

### Member in Good Standing

### Eligible to Practice Law in Florida

**Bar Number:**

487198

**Mail Address:**

Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-0001

Office: **850-245-0140**

**Email:**

**citizenservices@myfloridalegal.com**

**Personal Bar URL:**

https://www.floridabar.org/mybarprofile/487198

**vCard:**

**County:**

Leon

**Circuit:**

02

**Admitted:**

04/18/2001

**10-Year Discipline History:**

None

## Law School:

University of Florida, Fredric G. Levin College of Law

## Firm:

Office of the Attorney General

The Find a Lawyer directory is provided as a public service. The Florida Bar maintains limited basic information about lawyers licensed to practice in the state (e.g., name, address, year of birth, gender, law schools attended, admission year). However, The Florida Bar allows individual attorneys the opportunity to add personal and professional information to the directory. The lawyer is solely responsible for reviewing and updating any additional information in the directory. The lawyer's added information is not reviewed by The Bar for accuracy and The Bar makes no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents are not responsible for the accuracy of that additional information. Publication of lawyers' contact information in this listing does not mean the lawyers have agreed to receive unsolicited communications in any form. Unauthorized use of this data may result in civil or criminal penalties. The Find a Lawyer directory is not a lawyer referral service.